UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH CAROLINA
FLORENCE DIVISION

| | |
|---|---|
| Cheryl H. Powell, | ) |
|       Plaintiff, | ) |
| vs. | ) Civil Action No.: 4:08-cv-2482-RBH-TER |
| Nan Ya Plastics Corporation, America | ) |
|       Defendant. | ) |

**DEFENDANT'S MOTION FOR SUMMARY JUDGMENT**

Defendant Nan Ya Plastics Corporation, America ("Nan Ya"), through its undersigned counsel, moves for summary judgment pursuant to Rule 56 of the Federal Rules of Civil Procedure on all claims brought by Plaintiff Cheryl Powell. Nan Ya's Motion is based on the grounds that there exists no genuine issue of material fact and Nan Ya is entitled to judgment as a matter of law.

This Motion is based on grounds and authorities set forth more fully in the accompanying Memorandum in Support of Summary Judgment; the attached excerpts from the depositions of Cheryl Powell, Stephen Page, Travis Hyman, Brent Cutright, and Christian Mann; the affidavits of Devin Baxley, Bruce Chen, Tim Harvey, Travis Hyman, Jimmy Liu, Christian J. Mann, Brandy Morris, Greg Morris, Stephen Page, Eric Stevenson, David Trammel, and Anny Tsai; and other attached exhibits.

Respectfully submitted,

/s/ Jonathan P. Pearson
By: Jonathan P. Pearson (Federal ID# 3027)
Richele K. Taylor (Federal ID#09422)
Attorneys for Defendant
Nan Ya Plastics Corporation, America
jpearson@laborlawyers.com
rtaylor@laborlawyers.com

Fisher & Phillips LLP
Post Office Box 11612
Columbia, South Carolina  29211
Telephone: (803) 255-0000
Facsimile: (803) 255-0202

Dated this 20th day of May 2009.