**UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH CAROLINA
FLORENCE DIVISION**

| | |
|---|---|
| Cheryl H. Powell, )<br>)<br>Plaintiff, )<br>)<br>vs. )<br>)<br>Nan Ya Plastics )<br>Corporation, America )<br>)<br>Defendant. )<br>_____) | Civil Action No.: 4:08-cv-2482-RBH-TER |

**TABLE OF CONTENTS FOR
EXHIBITS TO MOTION FOR SUMMARY JUDGMENT**

**Deposition Excerpts**

Cheryl H. Powell................................................................................................................1

Eric Stevenson ...................................................................................................................2

Stephen Page......................................................................................................................3

Travis Hyman.....................................................................................................................4

Brent Cutright ....................................................................................................................5

Christian Mann...................................................................................................................6

**Deposition Exhibits**

Cheryl H. Powell

    Exhibit #2:   Evaluation 3/8/00 ...............................................................................7

    Exhibit #3:   Rating Summary 5/7/01 ....................................................................8

    Exhibit #4:   Evaluation 3/8/02 ...............................................................................9

    Exhibit #5:   Evaluation 3/1/03 .............................................................................10

    Exhibit #6:   Evaluation 3/4/04 .............................................................................11

    Exhibit #7:    Warning ................................................................................................... 12

    Exhibit #8:    Letter of Counseling .............................................................................. 13

    Exhibit #9:    Evaluation 3/1/05 .................................................................................. 14

    Exhibit #10:  Evaluation 3/1/06 .................................................................................. 15

    Exhibit #11:  Warning ................................................................................................. 16

    Exhibit #12:  Letter of Counseling ............................................................................ 17

    Exhibit #13:  Evaluation 3/1/07 .................................................................................. 18

    Exhibit #15:  Charge of Discrimination ...................................................................... 19

Eric Stevenson

    Exhibit #2:    Memo of Recorded Dated 2/22/07 and Employee Handbook ........................ 20

**SC Employment Security Commission**

Excerpts from Transcript of Hearing 7/19/2007 ........................................................................ 21

**Affidavits**

Devin Baxley ............................................................................................................................ 22

Bruce Chen ............................................................................................................................... 23

Tim Harvey .............................................................................................................................. 24

Travis Hyman ........................................................................................................................... 25

Jimmy Liu ................................................................................................................................ 26

Christian J. Mann ..................................................................................................................... 27

Brandy Morris .......................................................................................................................... 28

Greg Morris .............................................................................................................................. 29

Stephen Page ............................................................................................................................ 30

Eric Stevenson .............................................................................................................................31

David Trammel .........................................................................................................................32

Anny Tsai..................................................................................................................................33


**Unpublished Cases**

*Brice v. Joule Inc.,* 229 F.3d 1141, 2000 WL 1225547 (4th Cir. 2000).........................................34

*Brockman v. Snow,* No. 06-1004, 2007 WL 493926 (4th Cir. Feb. 13, 2007) ...............................35

*Chavis v. Barhnart,* No. 6:05-CV-1783, 2007 WL 1032300 (D.S.C. Mar. 31, 2007) ..................36

*Davis v. Seven Seventeen HB Philadelphia Corp.,* No. 1:02CV332,
   2003 WL 21847841 (M.D.N.C. June 3, 2003) ........................................................................37

*Ellison v. First Citizens Bank & Trust Co.*, No. 97-1623, 1998 WL 276273
   (4th Cir. 1998)..........................................................................................................................38

*Harris v. Clyburn*, No. 94-1009, 1995 WL 56634 (4th Cir. 1995)................................................39

*Horne v. Reznick Fedder & Silverman*, CA No. 05-1025, 2005 WL 3076921
   (4th Cir. 2005)..........................................................................................................................40

*Reese v. Meritor Automotive, Inc.,* No. 00-1604, 2001 WL 227329 (4th Cir. 2001) ....................41

*Singleton v. Dept. of Corr. Health,* No. 03-2160, 2004 WL 2603642 (4th Cir. 2004)..................42

*Tyler v. Ratner Co.,* No. 3:07-150, 2008 WL 2307517 (D.S.C. June 2, 2008) .............................43

*Ware v. Potter,* No. 03-1577, 2004 WL 1775010 (4th Cir. June 2, 2004) ....................................44