```
 1              UNITED STATES DISTRICT COURT
 2           FOR THE DISTRICT OF SOUTH CAROLINA
 3                    FLORENCE DIVISION
 4
    CHERYL H. POWELL,
 5
         Plaintiff,
 6
    vs                    Case No.:  4:08-cv-2482-RBH-TER
 7
    NAN YA PLASTICS AMERICA,
 8
         Defendant.
 9
                    D E P O S I T I O N
10
    WITNESS:         BRENT CHARLES CUTRIGHT
11
    DATE:            Thursday, April 16, 2009
12
    TIME:            2:35 p.m.
13
    LOCATION:        Law Offices of
14                   Cromer & Mabry
                     300 Candi Lane
15                   Columbia, South Carolina

16  TAKEN BY:        Attorneys for the Plaintiff

17  REPORTED BY:     GINA M. SMITH
                     Certified Shorthand Reporter
18                   Registered Professional Reporter

19
    ---------------------------------------------------
20
21
22
23
                    Gina M. Smith, CSR, RPR
24                  117 Harmon Creek Court
                      Lexington, SC 29072
25                      803-359-5705
```

1   worked with you?
2       A.   I'm sure, yeah.
3       Q.   What was that opinion?
4       A.   I mean, I don't think we asked a lot.  I
5   mean, it was basically answering the phones,
6   filing, a little bit of data entry.
7       Q.   Did she appear to do the job competently?
8       A.   Yeah, she was fine.
9            MR. MABRY:  Let's take a few minutes.
10           (A recess transpired.)
11  BY MR. MABRY:
12      Q.   Mr. Cutright, do you ever recall
13  Ms. Powell either connecting or disconnecting
14  computer cables under any of the desks?
15      A.   I mean, I don't remember a specific
16  instance.  We all pretty much just -- somebody had
17  to plug them in.  So --
18      Q.   Y'all would do it yourselves?
19      A.   Yeah.
20           MR. MABRY:  That's all I have.
21           (The deposition concluded at 2:49 p.m.)
22
23
24
25