1              UNITED STATES DISTRICT COURT

2          FOR THE DISTRICT OF SOUTH CAROLINA

3                  FLORENCE DIVISION

4

CHERYL H. POWELL,

5

    Plaintiff,

6

  vs                    Case No.:  4:08-cv-2482-RBH-TER

7

NAN YA PLASTICS AMERICA,

8

    Defendant.

9

                D E P O S I T I O N

10

WITNESS:           CHRISTIAN JAMES MANN

11

DATE:              Thursday, April 16, 2009

12

TIME:              2:50 p.m.

13

LOCATION:          Law Offices of
14                 Cromer & Mabry
                   300 Candi Lane
15                 Columbia, South Carolina

16    TAKEN BY:     Attorneys for the Plaintiff

17    REPORTED BY:  GINA M. SMITH
                    Certified Shorthand Reporter
18                  Registered Professional Reporter

19
      ---------------------------------------------------
20

21

22

23
                  Gina M. Smith, CSR, RPR
24                117 Harmon Creek Court
                  Lexington, SC 29072
25                   803-359-5705

1          Q.   What happened to your notes?

2          A.   They were formed into the memo of record.

3          Q.   And so the notes themselves were destroyed

4    or tossed out?

5          A.   Yes.

6          Q.   And did you -- I think there's a document

7    that you -- and I think you may have written it

8    first and then it was --

9          A.   We both had a --

10         Q.   And tell me what -- just generally what

11    you recall about what Ms. Powell said during that

12    meeting just based on your memory.

13         A.   Okay.  She basically talked about, you

14    know, I guess unprofessional comments that was

15    going on in the office of QC II, side two.

16         Q.   And were these comments about getting

17    under the boss' desk, things like that?

18         A.   Yeah, something like that.

19              MR. MABRY:   What I'd like to do if we

20    could -- there's two ways to do it, Mr. Pearson,

21    and that would -- really all I want to mark is the

22    memo, and I only have it -- it's Bates stamped

23    pages 45, 46, and 47, and it's of Exhibit 2 to

24    Stevenson's deposition.   We can just -- maybe we

25    can take those three pages out and make it