```
NAN YA PLASTICS CORP.-AMERICA              Print on  1/27/00
Personnel Action Form - Change             Return Before 3/ 8/ 0
============================= Employee Information =============================
Name :POWELL         CHERYL         H.     Social Security No:250133244
Alias:POWELL,CHERYL,H.
Original Hire Date :  3/08/99              FPG-USA Hire Date :  3/08/99
Recently Rehire Date: 3/08/99              Affiliate Transfer Date :  0/00/00
===================== New Employee or Present Data =============================
                     Present  Data           New  (** must be filled)
```

| | Present Data | New (** must be filled) |
|---|---|---|
| Effect Date | | 3/08/00 ** |
| Location Name | NAN YA PLASTICS CORP, A NALC | |
| Department Name | Q.C. DEPARTMENT OFFICE 6310 | |
| Job Code & Title | ADAS ADMINISTRATIVE ASSISTAN | |
| Job Grade/Category | 04 Assistant    AT | |
| Performance Rating /Merit Increase % | | PG A    Merit 4.5 % |
| Promotional/Special Increase% (If any) | | Promo.   %  Special   % |
| Total Increase % | | Total 4.5 % |
| Yearly Base Salary or Hourly Wage | 18,000.00 | 18,810.— |
| Next Review Date | 3/08/00 | 3/08/01 ** |

```
========================== Comments & Information ==========================
```

| In grade 04, | ##### Merit Increase ##### | | | | |
|---|---|---|---|---|---|
| Min: 16000.00 | Compa-Ratio | C | B | A | A+ |
| Mid: 21500.00 | | | | | |
| Max: 25100.00 | Below .79 | 2.5 | 4.0 | 5.0 | 6.0 |
| | From .80 To .89 | 2.0 | 3.5 | 4.5 | 5.5 |
| Compa-Ratio is | From .90 To 1.00 | 1.5 | 3.0 | 4.0 | 5.0 |
| Curr. salary/Mid | From 1.01 To 1.09 | 1.0 | 2.5 | 3.5 | 4.5 |
| = .837 | Above 1.10 | .5 | 2.0 | 3.0 | 4.0 |

```
================ Salary History (up to latest three) ================
```

| Effect Date | Loc. Code | Dept Code | Job Grade | Job Cat. | Salary /Wage | Perfm. Rating | Incrs% Merit | Incrs% Promo. | Incrs% Speci. | Incrs% Total |
|---|---|---|---|---|---|---|---|---|---|---|
| 3/08/99 | NALC | 6310 | 04 | AT | 18,000.00 | | | | | |

```
================================= Approvals =================================
1. Supervisor / Department Manager       3. Division Head

Name:                                    Name:
Date: 3/17/00           3/24/00          Date:

2. Plant Manager / Director              4. President Office

Name:                                    Name:

Date:                                    Date:
========================== Personnel/Payroll Only ==========================
Emp.Status:A /  Class.:F /   Group:S /    Pay Schedule Date:  /  /
Personnel:              3/28/00          Payroll:
```

DEFENDANT'S EXHIBIT 2 Powell

MAR. 29 ENT'D

01AA000013
18502.0019 Personnel File

# RATING SUMMARY

Side 1

Employee _C. Powell_  Evaluation Date _3/16/00_
Position _Admn. Asst._  Hire Anniversary Date _3/8/95_

## HUMAN RESOURCE DEVELOPMENT PERFORMANCE RATING

| • | PART A: FOR ALL EMPLOYEES | Evaluation Points |
|---|---|---|
| 1. | **DEVELOPMENT OF SELF** Degree to which growth and continual improvement is sought, as evidenced by creating and implementing an Individual Development Plan, and meeting Master Training Plan requirements. | 89 |
| 2. | **COLLABORATION** Able to work/cooperate with others on an individual or group basis. | 90 |
| 3. | **DILIGENCE AND ETHICS** Earnest and persistent effort to accomplish what is undertaken while adhering to strong ethical principles, and, working with honesty and integrity in dealings with co-workers and customers. | 92 |
| 4. | **GOAL SETTING AND ACHIEVEMENT** Able to define and prioritize goals/objectives and to carry out specific courses of action for self and/or others to achieve them; possesses extraordinary commitment of time and energy to ensure task/goal achievement. | 89 |
| 5. | **VERSATILITY** Able to modify one's own behavioral style to respond to the needs of others while maintaining one's own objectives and sense of dignity. | 86 |
| • | PART B: FOR ALL SUPERVISOR AND ABOVE POSITIONS | |
| 6. | **LEADERSHIP** Able to influence the actions and opinions of others in a desired direction; exhibits judgment in leading others to worthwhile objectives. A leader is someone who develops and inspires a realistic, achievable shared vision, challenges the process, enables others to act in a planned manner in order to attain practical results, and with emotional maturity, models the way while encouraging the heart. | |
| 7. | **DEVELOPMENT OF OTHERS** Effectiveness and thoroughness of managerial efforts to develop the knowledge, skills and abilities of subordinates, as measured by the implementation of staff Individual Development Plans, attaining Departmental Master Training Plan objectives, and the diligence displayed in meeting the requirements of the *Performance Review and Evaluation Guideline*. | |
| | **AVERAGE of EVALUATION POINTS** | 89.2 |

*See Section 6.4 for an explanation of EVALUATION POINTS and how they relate to a person's Performance Grade and Rating.

I.  HUMAN RESOURCE DEVELOPMENT PERFORMANCE RATING [30% weight]
    Average of Evaluation Points (from above) _89.2_ x .30 =     _26.76_
II. INDIVIDUAL ANNUAL GOALS [70% weight]
    Average of Evaluation Points (from Attachment 1) _89.1_ x .70 =   _62.7_
III. RECOMMENDED OVERALL RATING SUMMARY - EVALUATION POINTS
                                                                  _89.5_

| YOUR RATING IS [Circle One] | OUTSTANDING A+ 93 - 100 | EXCEEDS EXPECTATIONS A 85 - 92 | COMPETENT B 70 - 84 | IMPROVEMENT NEEDED C 60 - 69 | NOT ACCEPTABLE D 59 and below |
|---|---|---|---|---|---|

SIDE 2 MUST BE COMPLETED [SEE OVER]

00000152   12/98

01AA000014
18502.0019 Personnel File

# RATING SUMMARY

This side must be completed prior to submission and final approval.

**Immediate Supervisor's Comments:**
Ms Powell has performed well as QC Admin Asst. She is an asset to our dept.

**Employee has these particular strengths:**
Attitude and willingness to accept more responsibilities. Learns new tasks quickly.

**Areas for further development or improvement are:**
Continue to learn more about ISO 9000, and AS 9000 system.

Initial Preparation By _____ 3/15  _____ 3/13  Date 3/15/00
(Immediate Supervisor)

**Employee's Comments:**
I have no qualms, but would like to say, my first impression of this company in the business professionalism I perceived upon arrival was GREAT. It still remains. Top management are my model to guide my ability to become a business professional. I really enjoy the QC Build Office work ethics.

Employee's Signature _Cheryl Powell_   Date 3/16/00

**Approving Manager's Comments:**
Ms Powell does a good job.

Approved By _____   Date 3/17/00

Original of this document to Personnel Department

- ATTACH ADDITIONAL SHEET IF MORE SPACE IS REQUIRED

# INDIVIDUAL ANNUAL GOALS
## For (Year) 2001

1. Print one copy of this sheet at the beginning of each calendar year. Review these goals once a quarter.
2. At the time of the annual evaluation make a copy of this form and the previous years goals or attach to the evaluation form.
3. List Overall Evaluation Points on the copy that is attached to the evaluation.

Employee Name Cheryl Powell

Reviewed By: _____

| Employee and Svr/Mgr Initial and Date at each Quarterly Review | March | June | September | December |
|---|---|---|---|---|

For Salary Employees (Section Manager and above use Form # 1N42)

Points _____

**Overall Evaluation**

(To be filled out on the copy attached to the evaluation)

| Goal # | (1) Description of Goals/Responsibilities | (2) Performance Expectations; Standards | (3) Target Date | (4) Self-Evaluation: Actual Performance vs. Standards | (5) Supervisor's Evaluation | Evaluation Points |
|---|---|---|---|---|---|---|
| 1. | GOALS | 1. To become Ann's backup and generate chip COA's. | June | | | |
| | | 2. To become a proficient administrative assistant in all areas of QC and wherever help is needed. | August | | | |
| | | 3. To become more knowledgeable with payroll, 401K and insurance programs to better assist/inform our people. | August | | | |
| | | 4. To become efficient with Abnormal, ISO 9000, SOP, Response/Service Reports, Inter-office communications, Recommendations, Activity's Budget & Morning Process Reports. | August | | | |
| | | 5. Practice Nan Ya Plastics Corp. 5S. | Present | | | |
| | | 6. Promote Nan Ya's 10's. | Present | | | |
| | | 7. To become a model of the expected responsible person. | Present | | | |
| 2. | STAPLE FIBER COA'S | 1. Insure the customer receive what they request. | Present | | | |
| | | 2. Maintain communication with my supervisors to better understand who the customers /buyers are. | Present | | | |
| | | 3. Provide buyer and the customer shipped to, with the same test results. | Present | | | |

Form #: 1N41 Rev. 5/99 See Section 6.4 of the Guideline for Performance Review and Evaluation for Performance Ratings, Performance Grades and Evaluation Points.

Page 1 of 3

01AA000016
18502.0019 Personnel File

# INDIVIDUAL ANNUAL GOALS

1. Print one copy of this sheet at the beginning of each calendar year. Review these goals once a quarter.
2. At the time of the annual evaluation make a copy of this form and the previous year's goals to attach to the evaluation form.
3. List Overall Evaluation Points on the copy that is attached to the evaluation.

For (Year) 2001　　　　　　　　　　　　　　　　　　　　　　　Employee Name Cheryl Powell

Reviewed By: _____

| 3. | CUSTOMER REQUIREMENTS | 1. Notify Production Planning when changes are not seen on the Quality Requirements for Staple Fiber Customer Shipments.<br>2. Update Physical Properties quarterly. | June<br><br>June | | |
|---|---|---|---|---|---|
| 4. | MONTHS END REPORT | 1. Expedite reports to next section.<br>2. Key in POY, DTY, & Chemical Quality Record, sort by lot, date, and lines. Show previous two months data and circulate.<br>3. DTY Inspection of Damaged Bobbins, DTY Manually Fed In & DTY Manually Taken Out Report and circulate. | Present<br>May<br><br><br><br>May | | |
| 5. | FILING/HOUSEKEEPING | 1. Practice Nan Ya 5 S's.<br>2. Practice the THM. | Present<br>Present | | |
| 6. | SAFETY | 1. Be aware of hazardous situations, correct the problems/and or report to the supervisors. | Present | | |
| 7. | Comments | | | | |

form # PN41 Rev. 5/99  See Section 6.4 of the Guideline for Performance Review and Evaluation for Performance Ratings, Performance Grades and Evaluation Points.　　　Page 2 of 3

01AA000017
18502.0019 Personnel File

# INDIVIDUAL ANNUAL GOALS

For (Year) 2000

Employee Name: Cheryl H. Powell

Reviewed By: _____

Employee and Svr/Mgr Initial and Date at each Quarterly Review

| March | June | September | December |
|---|---|---|---|

For Salary Employees (Section Manager and above use Form # PN42)

1. Print one copy of this sheet at the beginning of each calendar year. Review these goals once a quarter.
2. At the time of the annual evaluation make a copy of this form and the previous years goals to attach to the evaluation form.
3. List Overall Evaluation Points on the copy that is attached to the evaluation.

(To be filled out on the copy attached to the evaluation)    Overall Evaluation Points _____

| Goal # | (1) Description of Goals/Responsibilities | (2) Performance Expectations; Standards | (3) Target Date | (4) Self-Evaluation: Actual Performance vs. Standards | (5) Supervisor's Evaluation | Evaluation Points |
|---|---|---|---|---|---|---|
| 1. | Staple Fiber COA's | 1. Control the templates and any other software programs that are used to produce COA's. | June | | | |
| 2. | Morning Reports | 1. Prepare the reports earlier by 10 minutes daily.<br>2. Learn how to find errors on the DTY Quality Data Report and successfully edit the report with minimal support. | June<br><br>September | | | |
| 3. | QC Forms | 1. Update, create & design any that are needed within the QC deparment. | June | | | |
| 4. | Training | 1. Learn how to properly fill out Chip COA's and fill in when needed.<br>2. Master Excel program. | September<br>September | | | |
| 5. | Communication | 1. Listen more attentively and stay motivated. Get involved with business decisions. | June | | | |
| 6. | Professionalism | 1. Conduct myself professionally and treat others with dignity and respect. | June | | | |

Form # PN41 Rev 5/97 See Section 6.4 of the Guideline for Performance Review and Evaluation for Performance Ratings, Performance Grades and Evaluation Points.    Page 1 of 2

01AA000018
18502.0019 Personnel File

# INDIVIDUAL ANNUAL GOALS

For (Year) 2000

Employee Name: Cheryl Powell

Employee and Supv/Mgr Initial and Date at each Quarterly Review

| March | June | September | December |
|---|---|---|---|

For Salary Employees (Section Manager and above use Form #: PN42)

Reviewed By _[signature]_

Overall Evaluation Points ___

1. Print one copy of this sheet at the beginning of each calendar year. Review these goals once a quarter.
2. At the time of the annual evaluation make a copy of this form and the previous year's goals to attach to the evaluation form.
3. List Overall Evaluation Points on the copy that is attached to the evaluation.

| Goal # | (1) Description of Goals/Responsibilities | (2) Performance Expectations; Standards | (3) Target Date | (4) Self-Evaluation: Actual Performance vs. Standards | (5) Supervisor's Evaluation | Evaluation Points |
|---|---|---|---|---|---|---|
| 1. | Staple Fiber COA's | 1.) Control the templates and any other software programs that are used to produce COA's. <br> 2.) Attentive to Shipping List for mislabeled codes/lot #'s. <br> 3.) Aware of each customer's needs. | June | 1. Controlling files successfully. <br> 2. Contributed to stopping shipments out in error. <br> 3. Submitting COA's that provide customers with needed info. | Has Found several errors on COA's Meeting customers needs | 90 |
| 2. | Morning Reports | 1. Prepare the reports 10 minutes earlier daily. <br> 2. Learn how to find errors on the DTY Quality Data Report and successfully edit the report with minimal support. <br> 3. Compile and distribute to appropriate persons. | September | 1. Contacting responsible persons for the missing reports and submitting to the PMO's. <br> 2. Properly editing DTY reports. <br> 3. Morning reports are submitted within the desired time for P/P to fax to Taiwan. | Good job reporting Concerns on DTY Report | 85 |
| 3. | QC Forms | 1. Update, create & design any that are needed within the QC department. | June | 1. Have attained knowledge that requires successful job performance. <br> 2. Binding books for lab results. | Good job | 80 |
| 4. | Training | 1. Learn how to properly fill out Chip COA's and fill in for Ann when needed. <br> 2. Master Excel programs. | September | 1. Willing to deliver. <br> 2. Achieve more knowledge of excel programs to provide myself/colleagues with charts, worksheets, etc. | Continue to learn about Excel and other programs | 80 |
(To be filled out on the copy attached to the evaluation)

01AA000019
18502.0019 Personnel File

INDIVIDUAL ANNUAL GOALS

For (Year) 2000

Employee Name: Cheryl Powell

1. Print one copy in this sheet at the beginning of each calendar year. Review these goals once a quarter.
2. At the time of the annual evaluation make a copy of this form and the previous year's goals to attach to the evaluation form.
3. List Overall Evaluation Points on the copy that is attached to the evaluation.

Reviewed By _____

| | | June | | |
|---|---|---|---|---|
| 5. Communication | 1. Listen more attentively and stay motivated. Get involved with business decisions. | 1. Being open-minded and responsive. 2. Currently an Activity Committee member expressing opinions reservedly. 3. Serving on the Beautification Committee communicating the needs, and cleanliness of the DTY/QC break-room, bathroom, & QC Field Office. | Good job with communication. Very active with Activity Committee | 90 |
| 6. Professionalism | 1. Conduct myself professionally and treat others with dignity and respect. | 1. Creating an attitude that presents professionalism in the work place. 2. Understanding obstacles in everyday life of others and expressing empathy. 3. Become the model of a good student. | Good attitude - need to be in office by 8:00 am every day | 80 |
| 7. SAFETY | 1. Help co-workers when in need. 2. Prepare my area in an orderly manner. 3. Prevent possible accidents. | 1. Stock the first aid box with medicines + supplies. 2. Practice the Manja 5's. 3. Do it right the 1st time. | Good job | 84 |
| | | | | |
| | | | | |
| | | | | |
| CHERYL | | | | |

Form #: 1N41 Rev. 5/99 See Section 6.4 of the Guideline for Performance Review and Evaluation for Performance Ratings, Performance Grades and Evaluation Points.

Page 2 of 2

01AA000020
18502.0019 Personnel File

# INDIVIDUAL ANNUAL GOALS

**for (Year)** _1999_

1. Print one copy of this sheet at the beginning of each calendar year. Review these goals once a quarter.
2. At the time of the annual evaluation make a copy of this form and the previous years goals to attach to the evaluation form.
3. List Overall Evaluation Points on the copy that is attached to the evaluation.

Employee Name: Cheryl H. Powell

Reviewed By: _S. Page, G. Cooper_

For Salary Employees (Section Manager and above use Form #: PN42)

Employee and Svr/Mgr Initial and Date at each Quarterly Review

| March | June | September | December |
|---|---|---|---|

(To be filled out on the copy attached to the evaluation)   **Overall Evaluation Points** _____

| Goal # | (1) Description of Goals/Responsibilities | (2) Performance Expectations: Standards | (3) Target Date | (4) Self-Evaluation: Actual Performance vs. Standards | (5) Supervisor's Evaluation | Evaluation Points |
|---|---|---|---|---|---|---|
| 1. | Training | This is the first review. The first 2-3 months were spent training on morning reports, COA preparations, AG's and HJ's log ins, using the AS400 for ordering supplies. Being a troubleshooter for the copier, fax and printer. | Daily by 9:30 a.m. | Successfully performed under probation. | Learns quickly and retains information well | 90 |
| 2. | Staple Fiber COA's | 1. Staying abreast of Customer Quality Requirements.<br>2. Keep supervisor informed of not receiving enough new information and when unfamiliarity's show up on COA shipping list.<br>3. Record and create spreadsheets to maintain updated data to ensure the customer has a current COA. | Daily before 4:00 p.m.<br><br>Daily<br><br>Daily | I have a commitment to win our customers confidence by providing COA's accurately and efficiently. This shall be complete by 4:00 p.m. daily. | On time with a minimum of errors. Has caught mistakes not revealed customer problems | 91 |
| 3. | Morning Reports | 1. Responsible for keying Staple Fiber Grade Summary, Q/C Summary Report, Q/C POY & DTY Packing Report, Chemical Lab Inspection Daily Report and the DTY Quality Daily Report for Production Planning to send out the daily Process Performance Summary & the S/F Process Performance Summary throughout interdepartmental and to Taipei.<br>2. Responsible for ordering Store Stock Request. | Daily before 9:30 a.m.<br><br><br><br>Daily<br><br><br><br><br><br>Daily | I have proven to be proficient in the areas of accuracy and time management which allows Production Planning to deliver to top management within their desired time frame. | Reports completed on time<br><br><br>Continue to learn more about store stock items, as soon etc. | 90 |

01AA000021
18502.0019 Personnel File

# INDIVIDUAL ANNUAL GOALS

For (Year) 1999

1. Print one copy of this sheet at the beginning of each calendar year. Review these goals once a quarter.
2. At the time of the annual evaluation make a copy of this form and the previous year's goals to attach to the evaluation form.
3. List Overall Evaluation Points on the copy that is attached to the evaluation.

Employee Name: Cheryl H. Powell

Reviewed By: _____

| | | | | |
|---|---|---|---|---|
| 4. | Additional Training | 1. Prepare and close payroll for approximately 90 employees.<br>2. Management training on Vacation Policy<br>3. Prepare Packing Daily Production Report.<br>4. Experience with SOP revisions.<br>5. Becoming more familiar with the ISO 9000 policies.<br>6. Also, am familiar with Process Procedures and Quality Records List. | As Needed<br><br>Daily<br><br>As Needed<br><br>When opportunity knocks. | Developed confidence and skill to handle any questions that may arise. I will pursue more research and become well rounded at reading Payroll's abnormal report.<br><br>Need more experience to become effective working on SOP revisions. | Made Training needed for ISO 9000<br><br>know SOP's well 9/1/99 | 86 |
| 5. | Recording Service Copy & Filing Original Response Forms | 1. Copying all Technical Service original Response Forms and filing in Response Binder. Record all in "Technical Service" "Service Reports" in a Service Log Binder then mailing to next official in line to receive document. | Daily | The workflow gets handle correctly but would like to learn more about this system.<br><br>Study and read more information on these issues. | good job | 91 |
| 6. | Paperwork Flow & Procedures | 1. Properly prepares purchase requisitions, safety reimbursements, recommendation reports, employee of the month, injury report, distribution of production notices, also reports for POY side I and II, DTY, and Chemical Sections to be sent to section managers and department heads. | Daily | Enjoy processing special requests. | Good Job | 91 |
| 7. | Teamwork | 1. Communicating with people by doing what is expected of me with enthusiasm. Able to respond to needs of others while being in charge of my responsibilities. | Daily | Formula for Teamwork: Responsibilities over Expectations. What this means to me is do what I am responsible for without expecting more from someone else. | Communicates well Good Attitude | 90 |

01AA000022
18502.0019 Personnel File

# INDIVIDUAL ANNUAL GOALS

For (Year) _1999_

Employee Name: _Cheryl H. Powell_

Reviewed By: _____

1. Print one copy of this sheet at the beginning of each calendar year. Review these goals once a quarter.
2. At the time of the annual evaluation make a copy of this form and the previous year's goal & attach to the evaluation form.
3. List Overall Evaluation Points on the copy that is attached to the evaluation.

| Goal # | (1) Description of Goals/Responsibilities | (2) Performance Expectations; Standards | (3) Target Date | (4) Self-Evaluation: Actual Performance vs. Standards | (5) Supervisor's Evaluation | Evaluation Points |
|---|---|---|---|---|---|---|
| 8. | Special Projects | 1. Organized Instrument Manuals, some office organization, making bookbinders for others, researched history of service maintenance occurrences on copier.<br>2. Also, notifying supervisor or General Affairs of housekeeping problems.<br>3. Offering my time to serve as needed when special events arrive. | Daily | By exercising time management I have been able to properly handle these extra task. | Accepts new responsibility | 88 |
| 8. | | | | | | |
| 9. | | | | | | |
| 10. | | | | | | |
| 11. | | | | | | |
| 12. | | | | | | |

SCANNED

01AA000023
18502.0019 Personnel File