# RATING SUMMARY

Side 1

Employee _Cheryl Powell_   Evaluation Date _5/7/01_
Position _Adm Ass't_   Hire Anniversary Date _3/8/99_

## HUMAN RESOURCE DEVELOPMENT PERFORMANCE RATING

| • PART A: FOR ALL EMPLOYEES | Evaluation Points |
|---|---|
| 1. DEVELOPMENT OF SELF Degree to which growth and continual improvement is sought, as evidenced by creating and implementing an Individual Development Plan, and meeting Master Training Plan requirements. | 80 |
| 2. COLLABORATION Able to work/cooperate with others on an individual or group basis. | 90 |
| 3. DILIGENCE AND ETHICS Earnest and persistent effort to accomplish what is undertaken while adhering to strong ethical principles, and, working with honesty and integrity in dealings with co-workers and customers. | 85 |
| 4. GOAL SETTING AND ACHIEVEMENT Able to define and prioritize goals/objectives and to carry out specific courses of action for self and/or others to achieve them; possesses extraordinary commitment of time and energy to ensure task/goal achievement. | 85 |
| 5. VERSATILITY Able to modify one's own behavioral style to respond to the needs of others while maintaining one's own objectives and sense of dignity. | 83 |
| • PART B: FOR ALL SUPERVISOR AND ABOVE POSITIONS | |
| 6. ~~LEADERSHIP Able to influence the actions and opinions of others in a desired direction;~~ exhibits judgment in leading others to worthwhile objectives. A leader is someone who develops and inspires a realistic, achievable shared vision, challenges the process, enables others to act in a planned manner in order to attain practical results, and with emotional maturity, models the way while encouraging the heart. | |
| 7. DEVELOPMENT OF OTHERS Effectiveness and thoroughness of managerial efforts to develop the knowledge, skills and abilities of subordinates, as measured by the implementation of staff Individual Development Plans, attaining Departmental Master Training Plan objectives, and the diligence displayed in meeting the requirements of the *Performance Review and Evaluation Guideline*. | |
| AVERAGE of EVALUATION POINTS | 84.6 |

*See Section 6.4 for an explanation of EVALUATION POINTS and how they relate to a person's Performance Grade and Rating.

I. HUMAN RESOURCE DEVELOPMENT PERFORMANCE RATING [30% weight]
   Average of Evaluation Points (from above) _84.6_ x .30 =   _25.38_

II. INDIVIDUAL ANNUAL GOALS [70% weight]
   Average of Evaluation Points (from Attachment 1) _84.1_ x .70 =   _58.9_

III. RECOMMENDED OVERALL RATING SUMMARY - EVALUATION POINTS
   _84.28_

| YOUR RATING IS [Circle One] | OUTSTANDING A+ 93 - 100 | EXCEEDS EXPECTATIONS A 85 - 92 | COMPETENT B 70 - 84 | IMPROVEMENT NEEDED C 60 - 69 | NOT ACCEPTABLE D 59 and below |
|---|---|---|---|---|---|

SIDE 2 MUST BE COMPLETED [SEE OVER]

00000152  12/98

DEFENDANT'S EXHIBIT 3
Powell

01AA000025
18502.0019 Personnel File

# RATING SUMMARY

Side 2

This side must be completed prior to submission and final approval.

**Immediate Supervisor's Comments:**
Overall good performance. Ms Powell has found several errors on Staple COA's. Good job on Activity Committee. She also worked on Refinishing OC/OT's breakRoom.

**Employee has these particular strengths:**
good attitude, willingness to help others, Team player. dependable

**Areas for further development or improvement are:**
Continue to learn about computer programs, cross Train on Chip COA's and Time sheets

Initial Preparation By _____ (Immediate Supervisor)   Date 5/2/01

**Employee's Comments:**
My desire is to follow the Nau Ya 5's + prepare for Nau Ya's 10's. designing + plan to work harder on only attendance + efficiency.

Employee's Signature ___Cheryl Powell___   Date 5/7/01

**Approving Manager's Comments:**
Ms Powell has performed well. She has an excellent attitude. I recommend that Ms Powell be promoted to Level 5

Approved By _____   Date 5/7/01

Original of this document to Personnel Department

- ATTACH ADDITIONAL SHEET IF MORE SPACE IS REQUIRED