```
NAN YA PLASTICS CORP.-AMERICA                      Print on 6/13/02
Personnel Action Form - Change                  Return Before 3/ 8/02
============================ Employee Information ==========================
Name : POWELL          CHERYL       H.        Social Security No: 250133244
Alias: POWELL,CHERYL,H.
Original Hire Date   : 3/08/99        FPG-USA Hire Date     : 3/08/99
Recently Rehire Date : 3/08/99        Affiliate Transfer Date : 0/00/00
====================== New Employee or Present Data =========================
                      Present Data                New (** must be filled)
```

| | Present Data | New (** must be filled) |
|---|---|---|
| Effect Date | | 3/8/02 ** |
| Location Name | NAN YA PLASTICS CORP, A NALC | NAN YA Plastics Corp, A NALC |
| Department Name | Q.C. DEPARTMENT OFFICE 6310 | QC Department Office 6310 |
| Job Code & Title | ADAS ADMINISTRATIVE ASSISTAN | ADAS Administrative Asst. |
| Job Grade/Category | 05 Assistant AT | 05 Asst. |
| Performance Rating /Merit Increase % | | PG B  Merit 4.0 % |
| Promotional/Special Increase% (If any) | | Promo. %  Special % |
| Total Increase % | | Total 4.0 % |
| Yearly Base Salary or Hourly Wage | 20,221.00 | 21,030 |
| Next Review Date | 3/08/02 | 3/1/03 ** |

```
============================== Comments & Information ======================
                     In grade 05,       | #####  Merit Increase  #####
                     Min:    19600.00   | Compa-Ratio        | C  | B  | A  | A+
                     Mid:    26300.00   |--------------------|----|----|----|----
                     Max:    29400.00   | Below .80 (<=.79)  |    |4.0 |5.0 |6.0
                     ----------------   | From  .80 To  .89  |    |3.5 |4.5 |5.5
                     Compa-Ratio is     | From  .90 To 1.00  |    |3.0 |4.0 |5.0
                     Curr. salary/Mid   | From 1.01 To 1.09  |    |2.5 |3.5 |4.5
                       = .76            | Above 1.09 (>=1.10)|    |2.0 |3.0 |4.0
================== Salary History (up to latest three) ======================
```

| Effect Date | Loc. Code | Dept Code | Job Grade | Job Cat. | Salary /Wage | Perfm. Rating | Incrs% Merit | Incrs% Promo. | Incrs% Speci. | Incrs% Total |
|---|---|---|---|---|---|---|---|---|---|---|
| 3/08/01 | NALC | 6310 | 05 | AT | 20,221.00 | B | 3.50 | 4.00 | | 7.50 |
| 3/08/00 | NALC | 6310 | 04 | AT | 18,810.00 | A | 4.50 | | | 4.50 |
| 3/08/99 | NALC | 6310 | 04 | AT | 18,000.00 | | | | | |

```
============================== Approvals ===================================
1. Supervisor / Department Manager      3. Division Head

Name: [signature]                       Name: [signature] 2-7-02
Date: 9/4/02                            Date:
2. Plant Manager / Director             4. President Office

Name: [signature]                       Name:
Date:                                   Date:
========================= Personnel/Payroll Only ============================
Emp.Status: A /   Class.: F /  Group: S /   Pay Schedule Date: 3 0 JUL 2002
Personnel: [signature] 7/9     [signature] 6/27  Payroll: [signature]
                                                          SCANNED
```

**DEFENDANT'S EXHIBIT 4** Powell

**PERSONNEL ⟶ DEPARTMENT ⟶ PERSONNEL ⟶ PMO ⟶ PERSONNEL**

01AA000027
18502.0019 Personnel File

# RATING SUMMARY

Side 1

Employee _Cheryl Powell_ Evaluation Date _6/26/2_
Position _Admin Asst._ Hire Anniversary Date _3/8/99_

## HUMAN RESOURCE DEVELOPMENT PERFORMANCE RATING

| • PART A: FOR ALL EMPLOYEES | Evaluation Points |
|---|---|
| 1. **DEVELOPMENT OF SELF** Degree to which growth and continual improvement is sought, as evidenced by creating and implementing an Individual Development Plan, and meeting Master Training Plan requirements. | 80 |
| 2. **COLLABORATION** Able to work/cooperate with others on an individual or group basis. | 90 |
| 3. **DILIGENCE AND ETHICS** Earnest and persistent effort to accomplish what is undertaken while adhering to strong ethical principles, and, working with honesty and integrity in dealings with co-workers and customers. | 90 |
| 4. **GOAL SETTING AND ACHIEVEMENT** Able to define and prioritize goals/objectives and to carry out specific courses of action for self and/or others to achieve them; possesses extraordinary commitment of time and energy to ensure task/goal achievement. | 80 |
| 5. **VERSATILITY** Able to modify one's own behavioral style to respond to the needs of others while maintaining one's own objectives and sense of dignity. | 80 |
| • PART B: FOR ALL SUPERVISOR AND ABOVE POSITIONS | |
| 6. **LEADERSHIP** Able to influence the actions and opinions of others in a desired direction: exhibits judgment in leading others to worthwhile objectives. A leader is someone who develops and inspires a realistic, achievable shared vision, challenges the process, enables others to act in a planned manner in order to attain practical results, and with emotional maturity, models the way while encouraging the heart. | |
| 7. **DEVELOPMENT OF OTHERS** Effectiveness and thoroughness of managerial efforts to develop the knowledge, skills and abilities of subordinates, as measured by the implementation of staff Individual Development Plans, attaining Departmental Master Training Plan objectives, and the diligence displayed in meeting the requirements of the *Performance Review and Evaluation Guideline*. | |
| **AVERAGE of EVALUATION POINTS** | 84 |

*See Section 6.4 for an explanation of EVALUATION POINTS and how they relate to a person's Performance Grade and Rating.

I. HUMAN RESOURCE DEVELOPMENT PERFORMANCE RATING [30% weight]
   Average of Evaluation Points (from above) _84_ x .30 =      _25.2_

II. INDIVIDUAL ANNUAL GOALS [70% weight]
   Average of Evaluation Points (from Attachment 1) _80.8_ x .70 =   _56.6_

III. RECOMMENDED OVERALL RATING SUMMARY - EVALUATION POINTS

   _81.8_

| YOUR RATING IS [Circle One] | OUTSTANDING A+ 93 - 100 | EXCEEDS EXPECTATIONS A 85 - 92 | COMPETENT B 70 - 84 | IMPROVEMENT NEEDED C 60 - 69 | NOT ACCEPTABLE D 59 and below |
|---|---|---|---|---|---|

**SIDE 2 MUST BE COMPLETED [SEE OVER]**

P:\FORMS\PN040 RATING SUMMARY

SCANNED

FORM PN040
REV 5/99

01AA000028
18502.0019 Personnel File

# RATING SUMMARY

Side 2

This side must be completed prior to submission and final approval.

**Immediate Supervisor's Comments:**
Ms Powell has a good attitude and is willing to accept any task

**Employee has these particular strengths:**
Accepts additional work when asked
good attitude

**Areas for further development or improvement are:**
Speak more clearly on the phone (louder voice)
Be in the office at 8:00 AM every morning

Initial Preparation By _____ Date 6/24/2
(Immediate Supervisor)

**Employee's Comments:**
Thank You

Employee's Signature _Cheryl Powell_ Date 6/24/02

**Approving Manager's Comments:**
Ms Powell does a good job

Approved By _____ Date 6/25/2

Original of this document to Personnel Department

- **ATTACH ADDITIONAL SHEET IF MORE SPACE IS REQUIRED**

P:\FORMS\PN040 RATING SUMMARY

SCANNED

FORM PN040
REV 5/99

01AA000029
18502.0019 Personnel File

# INDIVIDUAL ANNUAL GOALS

**For (Year)** 2002 – 3

Employee Name: Cheryl Powell

Employee and Svr/Mgr Initial and Date at each Quarterly Review

| March | June | September | December |
|---|---|---|---|
| | | | |

For Salary Employees (Section Manager and above use Form #: PN42)

Reviewed By _[signature]_

1. Print one copy of this sheet at the beginning of each calendar year. Review these goals once a quarter.
2. At the time of the annual evaluation make a copy of this form and the previous years goals to attach to the evaluation form.
3. List Overall Evaluation Points on the copy that is attached to the evaluation.

(To be filled out on the copy attached to the evaluation)    **Overall Evaluation Points** _____

| Goal # | (1) Description of Goals/Responsibilities | (2) Performance Expectations; Performance Standards | (3) Target Date | (4) Self-Evaluation: Actual Performance vs. Standards | (5) Supervisor's Evaluation | Evaluation Points |
|---|---|---|---|---|---|---|
| 1. | TRAINING | Always willing to learn new duties. | Now | | | |
| 2. | STAPLE FIBER CUSTOMER REQUIREMENTS | Record on the COA's the physical properties, the customer expect to receive. Commitment for an error frees COA every time. | Now | | | |
| 3. | | | | | | |
| 4. | COST / EXPENSE CONTROL | Deliver an accurate COA that the customer will always be satisfied that they will come back for more. Also, save the company money by using good judgement when purchasing office supplies, do not waste and utilize time wisely. Do not use overtime when a job is not urgent. | Now | | | |
| 5. | STAPLE FIBER PHYSICAL LAB | Help the Physical Lab key properties of lots so it will free analysts to perform quality testing on our products. | Now | | | |
| 6. | HOUSEKEEPING | Try to keep the office clean, organized, and files sorted. | Now | | | |
| 7. | SAFETY | Work smarter to avoid mistakes that could cause confusion to others. | Now | | | |

Form #: PN41 Rev. 5/99 See Section 6.4 of the Guideline for Performance Review and Evaluation for Performance Ratings, Performance Grades and Evaluation Points.    Page 1 of 1

SCANNED

01AA000030
18502.0019 Personnel File

# INDIVIDUAL ANNUAL GOALS

1. Print one copy of this sheet at the beginning of each calendar year. Review these goals once a quarter.
2. At the time of the annual evaluation make a copy of this form and the previous year's goals to attach to the evaluation form.
3. List Overall Evaluation Points on the copy that is attached to the evaluation.

**For (Year)** _2001_→  

**Employee Name:** Cheryl H. Powell  
**Reviewed By** _[signature]_

Employee and Svr/Mgr Initial and Date at each Quarterly Review

| March | June | September | December |
|---|---|---|---|

For Salary Employees (Section Manager and above use Form #: PN42)

(To be filled out on the copy attached to the evaluation)   **Overall Evaluation Points** ___

| Goal # | (1) Description of Goals/Responsibilities | (2) Performance Expectations; Standards | (3) Target Date | (4) Self-Evaluation: Actual Performance vs. Standards | (5) Supervisor's Evaluation | Evaluation Points |
|---|---|---|---|---|---|---|
| 1. | GOALS | 1. To become Ann's backup and generate chip COA's. <br> 2. To become a proficient administrative assistant in all areas of QC and wherever there is help needed. <br> 3. To become more knowledgeable with payroll, 401K and insurance programs to better assist/inform our people. <br> 4. To become efficient with Abnormal Payroll report, ISO 9000, SOP, Response/Service Reports, Inter-office communications, Recommendations, Activity's Budget & Morning Reports. <br> 5. Practice NanYa Plastics Corp. 5S. <br> 6. Promote NanYa 10S. <br> 7. To become a model of the expected responsible person. | June | 1. Met expectations. Need to work smarter to eliminate time wasted. <br> 2. Exceeded expectations. Performed management details when short of supervisors. Dynafil Scans, DTY COA's. <br> 3. Standard performance. Met deadlines even though the operators did not fulfill their obligations with the proper paperwork for closing payroll at the cut off time. <br> 4. Same as above. <br> 5. Below expectations. Need improvement. <br> 6. Below expectations. Need improvement. <br> 7. Beyond expectations. | Continue to learn more About COA's <br> Good job on class Training | 80 |

Form #: PN41 Rev. 5/99  See Section 6.4 of the Guideline for Performance Review and Evaluation for Performance Ratings, Performance Grades and Evaluation Points.   Page 1 of 3

01AA000031
18502.0019 Personnel File

# INDIVIDUAL ANNUAL GOALS

For (Year) _2001-2_

Employee Name: _Cheryl H. Powell_

Reviewed By _[signature]_

1. Print one copy of this sheet at the beginning of each calendar year. Review these goals once a quarter.
2. At the time of the annual evaluation make a copy of this form and the previous years goals to attach to the evaluation form.
3. List Overall Evaluation Points on the copy that is attached to the evaluation.

| | | | |
|---|---|---|---|
| 2. | Staple Fiber COA's | 1. Insure the customer receive what they request.<br>2. Maintain communication with my supervisors to better understand whom the customers' / buyers are.<br>3. Provide buyer and the customer shipped to, with the same test results. | Present<br>June | 1. Performed expectations by updating the special customers' "A" grade requirement when modifying COA was necessary.<br>2. Beyond expectations by communicating to upper management the need to confer with senior management to check on the correct contact person and their fax number when I figured out the Shipping plant code, the contact person was not even purchasing our fiber yet. It should have been matched with another ship to code. This was due to another section of our plant not sending correct information to our Shipping office or our Quality Control section. By confirming, we now send the customer that purchases our fiber the COA's, but not the plant that did not purchase our fiber.<br>3. Met expectations. If the customer has several plants with the same specifications for their fiber, I send them the same results for all plants for the same lot. | Need to cross train with Mr. Lewis to Tram kit _[signature]_ |
| 3. | CUSTOMER REQUIRMENTS | 1. Notify Production Planning when changes are not seen on the Quality Requirements for the Quality Requirements for Staple Fiber Customer shipments.<br>2. Update physical properties quarterly. | | 1. Met expectations. I notified Production Planning when the report was updated but a specification was keyed in wrong. Such as a BTSD was keyed as an OBSD.<br>2. Fair. When our controls go beyond our current ranges for a length of time I present it to upper management to see if I can widen our ranges on COA's. | Good job _[signature]_ |

SCANNED

Form #: PN41 Rev. 5/99 See Section 6.4 of the Guideline for Performance Review and Evaluation for Performance Ratings, Performance Grades and Evaluation Points.

Page 2 of 3

01AA000032
18502.0019 Personnel File

# INDIVIDUAL ANNUAL GOALS

1. Print one copy of this sheet at the beginning of each calendar year. Review these goals once a quarter.
2. At the time of the annual evaluation make a copy of this form and the previous years goals to attach to the evaluation.
3. List Overall Evaluation Points on the copy that is attached to the evaluation.

For (Year) 2001-2      Employee Name: Cheryl H. Powell

Reviewed By: [signature]

| | | | | |
|---|---|---|---|---|
| 4. | MONTHS END REPORT | 1. Expedite reports to next section.<br>2. Key in POY, DTY, & Chemical Quality Record, sort by lot, date, and lines. Show previous two months data and circulate.<br>3. DTY Inspection of Damaged Bobbins. DTY Manually Fed In & DTY Manually Taken Out Report and circulate. | June | 1. Average. I need to push the Supervisor for the reports to get to me more frequently for the paperwork to be forwarded to the next section.<br>2. Meeting expectations. These reports are keyed within the third business day of the new month and delivered to my supervisor of the particular section. | OK<br><br>75 |
| 5. | FILING/HOUSEKEEPING | 1. Practice NanYa's 5's.<br>2. Practice the THM. | Daily | 1. Needs Improvement. Respect the people and equipment to perform the routine work effectively.<br>2. Beyond expectations. I keep the equipment manuals, etc., on record and locate missing manuals when other sections do not return ours. | OK<br><br>75 |
| 6. | SAFETY | 1. Be aware of hazardous situations, correct the problems / and or report to the supervisors. | Daily | 1. Beyond Expectations. I conversed with the cleaning crew to let them know of the importance of cleaning the refrigerator in our break room for any health liabilities. | good job.<br><br>90 |
| | | | | 88<br>88<br>88 | 88<br>88 |

01AA000033
18502.0019 Personnel File