272

```
NAN YA PLASTICS CORP.-AMI    CA                          Print on 1/17/03
Personnel Action Form - Change                      Return Before 3/ 1/03
============================ Employee Information ========================
Name :POWELL         CHERYL         H.        Social Security No:250133244
Alias:POWELL,CHERYL,H.
Original Hire Date  :  3/08/99             FPG-USA Hire Date :   3/08/99
Recently Rehire Date:  3/08/99         Affiliate Transfer Date :  0/00/00
====================== New Employee or Present Data ======================
                          Present  Data         New  (** must be filled)
```

| | Present Data | New (** must be filled) |
|---|---|---|
| Effect Date | | 3/1/03 ** |
| Location Name | NAN YA PLASTICS CORP, A NALC | |
| Department Name | Q.C. DEPARTMENT OFFICE 6310 | 6310 |
| Job Code & Title | ADAS ADMINISTRATIVE ASSISTAN | ADAS |
| Job Grade/Category | 05 Assistant           AT | 05 |
| Performance Rating /Merit Increase % | Merit Increase  4.0 % | PG B        Merit  4.0 % |
| Promotional/Special Increase% (If any) | X Prorated Factor  .9808 | Promo. ___% Special ___% |
| Total Increase % | = Prorated Merit Increase  3.923 % | Total  % 3.923 |
| Yearly Base Salary or Hourly Wage | 21,030.00 | $21,855 |
| Original Review Date | 3/08/03 | New review Date 3/1/04 ** |

```
========================= Comments & Information ========================
           In grade 05    | ######    Merit Increase    #####
           Min:   19600.00|Compa-Ratio    | C  | B  | A  | A+
           Mid:   26300.00|---------------|----|----|----|----
           Max:   29400.00| .80 (<=.79)   |    |4.00|5.00|6.00
           ----------------| .80 To  .89  |    |3.50|4.50|5.50
           Compa-Ratio is  | .90 To 1.00  |    |3.00|4.00|5.00
           Curr. salary/Mid|1.01 To 1.09  |    |2.50|3.50|4.50
              =   .79      |1.09(>=1.10)  |    |2.00|3.00|4.00
================== Salary History (up to latest three) ==================
```

| Effect Date | Loc. Code | Dept Code | Job Grade | Job Cat. | Salary /Wage | Perfm. Rating | Incrs% Merit | Incrs% Promo. | Incrs% Speci. | Incrs% Total |
|---|---|---|---|---|---|---|---|---|---|---|
| 3/08/02 | NALC | 6310 | 05 | AT | 21,030.00 | B | 4.00 | | | 4.00 |
| 3/08/01 | NALC | 6310 | 05 | AT | 20,221.00 | B | 3.50 | 4.00 | | 7.50 |
| 3/08/00 | NALC | 6310 | 04 | AT | 18,810.00 | A | 4.50 | | | 4.50 |

```
============================== Approvals ================================
1. Supervisor / Department Manager      3. Division Head
Name:                                   Name:
         [signature]                              [signature] 4-21-03
Date:    2/10/03                        Date:

2. Plant Manager / Director             4. President Office
Name:    [signature]                    Name:
Date:                                   Date:
========================== Personnel/Payroll Only =======================
Emp.Status:A /   Class.:F /   Group:S /     Pay Schedule Date: 15 MAY 2003
Personnel:  [signature] 4/23/03    [signature] 2/18    Payroll: [signature] 7/14/03
```

DEFENDANT'S EXHIBIT 5
Powell

01AA000035
18502.0019 Personnel File

# RATING SUMMARY

Employee __Cheryl P.__  Evaluation Date __/__/__   Side 1
Position _____  Hire Anniversary Date __/__/__

## HUMAN RESOURCE DEVELOPMENT PERFORMANCE RATING

| • | PART A: FOR ALL EMPLOYEES | Evaluation Points |
|---|---|---|
| 1. | **DEVELOPMENT OF SELF** Degree to which growth and continual improvement is sought, as evidenced by creating and implementing an Individual Development Plan, and meeting Master Training Plan requirements. | 7 |
| 2. | **COLLABORATION** Able to work/cooperate with others on an individual or group basis. | 7 |
| 3. | **DILIGENCE AND ETHICS** Earnest and persistent effort to accomplish what is undertaken while adhering to strong ethical principles, and, working with honesty and integrity in dealings with co-workers and customers. | 7 |
| 4. | **GOAL SETTING AND ACHIEVEMENT** Able to define and prioritize goals/objectives and to carry out specific courses of action for self and/or others to achieve them; possesses extraordinary commitment of time and energy to ensure task/goal achievement. | 7 |
| 5. | **VERSATILITY** Able to modify one's own behavioral style to respond to the needs of others while maintaining one's own objectives and sense of dignity. | 7 |
| • | **PART B: FOR ALL SUPERVISOR AND ABOVE POSITIONS** | |
| 6. | **LEADERSHIP** Able to influence the actions and opinions of others in a desired direction: exhibits judgment in leading others to worthwhile objectives. A leader is someone who develops and inspires a realistic, achievable shared vision, challenges the process, enables others to act in a planned manner in order to attain practical results, and with emotional maturity, models the way while encouraging the heart. | / |
| 7. | **DEVELOPMENT OF OTHERS** Effectiveness and thoroughness of managerial efforts to develop the knowledge, skills and abilities of subordinates, as measured by the implementation of staff Individual Development Plans, attaining Departmental Master Training Plan objectives, and the diligence displayed in meeting the requirements of the *Performance Review and Evaluation Guideline*. | / |
| | **AVERAGE of EVALUATION POINTS** | |

*See Section 6.4 for an explanation of EVALUATION POINTS and how they relate to a person's Performance Grade and Rating.

I. HUMAN RESOURCE DEVELOPMENT PERFORMANCE RATING [30% weight]
   Average of Evaluation Points (from above) __7o__ x .30 =      __21__

II. INDIVIDUAL ANNUAL GOALS [70% weight]
   Average of Evaluation Points (from Attachment 1) __77__ x .70 =   __54__

III. RECOMMENDED OVERALL RATING SUMMARY - EVALUATION POINTS
                                                              __75__

| YOUR RATING IS [Circle One] | OUTSTANDING A+ 93-100 | EXCEEDS EXPECTATIONS A 85-92 | COMPETENT B 70-84 | IMPROVEMENT NEEDED C 60-69 | NOT ACCEPTABLE D 59 and below |
|---|---|---|---|---|---|

(COMPETENT circled)

SIDE 2 MUST BE COMPLETED [SEE OVER]

P:\FORMS\PN040 RATING SUMMARY

FORM PN040
REV 5/99

01AA000036
18502.0019 Personnel File

# RATING SUMMARY

Side 2

This side must be completed prior to submission and final approval.

Immediate Supervisor's Comments:
Overall good Admin. Asst. Need to Focus on Time Mgmt. Understand Details of reports and what Mgr. is looking for in reports.

Employee has these particular strengths:
1. CoA's
2. Safety & Housekeeping
3. Helpful.

Areas for further development or improvement are:
1. Time management.
2. Analysis of Admin. paperwork. Spot potential problems and bring to Mgr. attention.

Initial Preparation By _____ (Immediate Supervisor)     Date 2/10/03

Employee's Comments:

Employee's Signature _Cheryl Power_     Date 2/10/03

Approving Manager's Comments:

Approved By _____     Date __/__/__

Original of this document to Personnel Department

- ATTACH ADDITIONAL SHEET IF MORE SPACE IS REQUIRED

P:\FORMS\PN040 RATING SUMMARY     FORM PN040 REV 5/99

01AA000037
18502.0019 Personnel File

# INDIVIDUAL ANNUAL GOALS:

1. Print one copy of this sheet at the beginning of each calendar year. Review these goals once a quarter. Employee Name: Cheryl Powell
2. At the time of the annual evaluation make a copy of this form and the previous years goals to attach to the evaluation form.
3. List Overall Evaluation Points on the copy that is attached to the evaluation.

For (Year) 2003

Employee and Svr/Mgr Initial and Date at each Quarterly Review

| March | June | September | December |
|---|---|---|---|
| | | | |

For Salary Employees (Section Manager and above use Form #: PN42)

Reviewed By: _____

(To be filled out on the copy attached to the evaluation)   Overall Evaluation Points _____

| Goal # | (1) Description of Goals/Responsibilities | (2) Performance Expectations: Standards | (3) Target Date | (4) Self-Evaluation: Actual Performance vs. Standards | (5) Supervisor's Evaluation | Evaluation Points |
|---|---|---|---|---|---|---|
| 1. | SAFETY | Data Entry for Safety Council Mtgs. Provide the paperwork for topic to be trained. Alert supv. When any employee did not get trained. | New Year | | | |
| 2. | RESPONSIBILITY | To be precise and accurate, pay close attention to detail and instructions made to me by my Department Head as well as my immediate supervisor. Push for the Excel program to be reinstalled to generate error free COA's. This will provide a more controlled COA that will show the customer a little variance in the different lots. Much time saved by using the Excel worksheet comparison than looking up previous history in the hard copies due to not accessible on access program. | New Year | | | |
| 3. | COST CONTROL | To encourage limited usage of supplies and monitor the budget for the lab and report status to manager. | New Year | | | |
| 4. | CUSTOMER SERVICE | Become more knowledgeable of all types of Staple Fiber requirements and the customers expectations Deliver | New Year | | | |
| 5. | HOUSEKEEPING | Maintain a clean kept office, which includes filing. | New Year | | | |

Form #: PN41 Rev. 5/99 See Section 6.4 of the Guideline for Performance Review and Evaluation for Performance Ratings, Performance Grades and Evaluation Points.   Page 1 of 1

01AA000038
18502.0019 Personnel File

# INDIVIDUAL ANNUAL GOALS

For (Year) 2002-2003

Employee Name: Cheryl Powell

Reviewed By:

1. Print one copy of this sheet at the beginning of each calendar year. Review these goals once a quarter.
2. At the time of the annual evaluation, make a copy of this form and the previous years goals to attach to the evaluation form.
3. List Overall Evaluation Points on the copy that is attached to the evaluation.

| | | Now | |
|---|---|---|---|
| 6. | SAFETY | Work smarter to avoid mistakes that could cause confusion to others. | First, Making my surroundings 100% safe within my capacity. For Admin. Responsibility I've learned of the Monthly Safety Meeting importance. | 9 |

01AA000039
18502.0019 Personnel File

# INDIVIDUAL ANNUAL GOALS

1. Print one copy of this sheet at the beginning of each calendar year. Review these goals once a quarter.
2. At the time of the annual evaluation make a copy of this form and the previous years goals to attach to the evaluation form.
3. List Overall Evaluation Points on the copy that is attached to the evaluation.

For (Year) 2002-2003

Employee Name: Cheryl Powell

Employee and Svr/Mgr Initial and Date at each Quarterly Review

| March | June | September | December |
|---|---|---|---|
| | | | |

Reviewed By:

For Salary Employees (Section Manager and above use Form #: PN42)

(To be filled out on the copy attached to the evaluation)

Overall Evaluation Points _____

| Goal # | (1) Description of Goals/Responsibilities | (2) Performance Expectations; Standards | (3) Target Date | (4) Self-Evaluation: Actual Performance vs. Standards | (5) Supervisor's Evaluation | Evaluation Points |
|---|---|---|---|---|---|---|
| 1. | TRAINING | Always willing to learn new duties. | Now | Top notch. Took over all of QC daily Admin. Duties as well as Payroll; Created new folders to record logs, Sample Requisitions, Analysis Report, Filament Quality Report. Provide DTY/POY COA's for Sales. Getting a grip on all the extra filing. | Study more details. | 7 |
| 2. | STAPLE FIBER CUSTOMER REQUIREMENTS | Record on the COA's the physical properties, the customer expect to receive. Commitment for an error frees COA every time. | Now | Better. Have created a formula that revises the COA when need to be within ranges. Banner year in fiber sales; Customers are pleased. | Good | 8 |
| 3. | COST / EXPENSE CONTROL | Deliver an accurate COA that the customer will always be satisfied that they will come back for more. Also, save the company money by using good judgement when purchasing office supplies, do not waste and utilize time wisely. Do not use overtime when a job is not urgent. | Now | Best. Banner year in fiber sales. Best. Limited time on OT, even when shipments have increased to 50 truckloads a day. Works smarter and more efficiently because of more responsibility given. Learning from the experiences. | 1. To much overtime. 2. Work on time report. | 7 |
| 4. | STAPLE FIBER PHYSICAL LAB | Help the Physical Lab key properties of lots so it will free analysts to perform Quality testing on our products. | Now | Team player. I go in each morning to see if they need help and I key results. | O.K. | 7 |
| 5. | HOUSEKEEPING | Try to keep the office clean, organized, and files sorted. | Now | Satisfactory. Always working on the appearance my work are and office. | Good | 8 |

Form #: PN41 Rev. 5/99 See Section 6.4 of the Guideline for Performance Review and Evaluation for Performance Ratings, Performance Grades and Evaluation Points.

Page 1 of 2

01AA000040
18502.0019 Personnel File