```
NAN YA PLASTICS CORP.-AMERICA              240           Print on   2/18/04
Personnel Action Form - Change                     Return Before  3/ 1/04
==============================  Employee Information  ========================
Name :POWELL          CHERYL         H.            Employee ID:  2201462
Alias:POWELL,CHERYL,H.
Original Hire Date   :  3/08/99           FPG-USA Hire Date :  3/08/99
Recently Rehire Date:   3/08/99       Affiliate Transfer Date :  0/00/00
=====================   New Employee or Present Data  ========================
                        Present   Data              New  (** must be filled)
------------------      ------------------------    -----------------------
Effect Date                                         3/1/04 **
Location Name           NAN YA PLASTICS CORP, A NALC            NALC
Department Name         Q.C. DEPARTMENT OFFICE  6310            6310
Job Code & Title        ADAS ADMINISTRATIVE ASSISTAN   ADAS
Job Grade/Category      05 Assistant              AT    05
Performance Rating        Merit Increase       0  %  PG C       Merit  0  %
/Merit Increase %
Promotional/Special     X Prorated Factor   1.0000   Promo. __ %  Special __ %
Increase% (If any)
Total Increase %        = Prorated Merit     0  %   Total  0  %
                          Increase
Yearly Base Salary        21,855.00                 $21,855
or Hourly Wage
Original Review Date    3/01/04                New review Date  3/1/05  **
=========================  Comments & Information  ===========================
                        In grade 05,       ######   Merit Increase   ######
                        Min:    19600.00 Compa-Ratio |  C  |  B  |  A  | A+
                        Mid:    26300.00 ------------
                        Max:    29400.00 .80 (<=.79)      3.00 4.00 5.00
                        ----------------  .80 To  .89     2.50 3.50 4.50
                        Compa-Ratio is    .90 To 1.00     2.00 3.00 4.00
                        Curr. salary/Mid 1.01 To 1.09     1.50 2.50 3.50
                        =   .83          1.09(>=1.10)     1.00 2.00 3.00
====================== Salary History (up to latest three) ====================
Effect   Loc.  Dept  Job  Job   Salary   Perfm.  Incrs%  Incrs%  Incrs%  Incrs%
Date     Code  Code  Grade Cat.  /Wage   Rating  Merit   Promo.  Speci.  Total
-------- ----  ----  --   --    --------- ---    ------  ------  ------  ------
3/01/03  NALC  6310  05   AT    21,855.00  B     3.92                    3.92
3/08/02  NALC  6310  05   AT    21,030.00  B     4.00                    4.00
3/08/01  NALC  6310  05   AT    20,221.00  B     3.50            4.00    7.50
=========================== Approvals =======================================
1. Supervisor / Department Manager   3. Division Head
Name: [signature]                    Name: [signature]
Date: 2-19-04                        Date: 
2. Plant Manager / Director          4. President Office
Name: [signature]                    Name:
Date:                                Date:
========================= Personnel/Payroll Only ============================
Emp.Status:A /   Class.:F /   Group:S /   Pay Schedule Date: 15 JUN 2004
Personnel: [signature] 5/24  [signature] 3/31   Payroll:  SCANNED
```

DEFENDANT'S EXHIBIT 6
Powell

01AA000041
18502.0019 Personnel File

# SALARY EVALUATION FORM

Page 1 of 2

Employee _Cheryl Powell_
Position _Admin Asst._
ID # _220146?_

Evaluation Date _3/1/04_
Hire Date _3/8/99_

## PERSONAL PERFORMANCE RATING

| • PART A: FOR ALL EMPLOYEES | Evaluation Points |
|---|---|
| 1. DEVELOPMENT OF SELF<br>Degree to which growth and continual improvement is sought. | 5/10 |
| 2. TEAMWORK<br>Able to work/cooperate with others on an individual or group basis. | 7/10 |
| 3. DILIGENCE AND ETHICS<br>Earnest and persistent effort to accomplish what is undertaken while adhering to strong ethical principles and working with honesty and integrity in dealing with co-workers and business associates. | 9/10 |
| 4. GOAL SETTING AND ACHIEVEMENT<br>Able to define and prioritize goals/objectives and to carryout specific courses of action for self and/or others to achieve them. Possesses commitment of time and energy to ensure task/goal achievement. | 5/10 |
| 5. VERSATILITY<br>Displays multi-functional skills and had the ability to handle different technical tasks. Demonstrates flexibility when working with others. | 5/10 |
| • PART B: FOR ALL ASSISTANT SUPERVISORS AND ABOVE POSITIONS | |
| 6. LEADERSHIP<br>Demonstrates effective leadership through inspiring a shared vision, challenging the process, enabling others to act, modeling the way, and encouraging the heart. | N/A |
| 7. DEVELOPMENT OF OTHERS<br>Effectiveness and thoroughness of managerial efforts to develop the knowledge, skills, abilities and performance of subordinates and others. | N/A |
| **AVERAGE of PERSONAL PERFORMANCE POINTS** | 31/50 = 62 |

I. PERSONAL PERFORMANCE RATING [30% weight]
   Average of Evaluation Points (from above) _62_ x .30 = _18.6_

II. INDIVIDUAL ANNUAL GOALS [70% weight]
    Average of Evaluation Points (from Individual Annual Goals Sheet) _68_ x .70 = _47.6_

III. RECOMMENDED OVERALL RATING SUMMARY

   _66.2_

| Recommended Rating Is: [Circle One] | OUTSTANDING A+ 93 - 100 | EXCEEDS EXPECTATIONS A 85 - 92 | COMPETENT B 70 - 84 | IMPROVEMENT NEEDED C 60 - 69 | NOT ACCEPTABLE D 59 and below |
|---|---|---|---|---|---|

(IMPROVEMENT NEEDED circled)

SCANNED

P:\FORMS\PN040 - SALARY EVALUATION FORM
FORM PN040
REVISED 12/1/03

01AA000042
18502.0019 Personnel File

# SALARY EVALUATION FORM

This side must be completed prior to submission and final approval.

**Immediate Supervisor's Comments:**
Cheryl does what is asked of her, but still requires repeat instruction and training. Punctuality is of the utmost importance.

**Employee has these particular strengths:**
1. Does what is ask of her by supervisor.

**Areas for further development or improvement are:**
1. Initiative
2. Follow-up/Recheck work.
3. Technical training/development.
4. Punctuality
4. Accuracy

Initial Preparation By _____ Date 3/11/04
(Immediate Supervisor)

**Employee's Comments:**
1. I have purchased an excel self help instructional book to teach myself more on technical issues when doing daily work +
2. I have started taking notes so I will always look back, this will improve my mistakes, therefore producing accuracy.
3. I will try to be more punctual + have more helpful to cover for Ann + Marie.

Employee's Signature  Cheryl J. Powell   Date 3/4/04

**Approving Manager's Comments:**
Cheryl has worked here several years. By this time she should be performing at a higher level (technically, responsibility, etc.). Improvement is needed.

Approved By _____ Date 2/29/04

Send original document to the Personnel Section, along with the Personnel Action Form (PAF) and the employee's Individual Annual Goals.

- ATTACH ADDITIONAL SHEET IF MORE SPACE IS REQUIRED

P:\FORMS\PN040 - SALARY EVALUATION FORM

FORM PN040
REVISED 12/1/03

SCANNED

01AA000043
18502.0019 Personnel File

# INDIVIDUAL ANNUAL GOALS:

1. Print one copy of this sheet at the beginning of each calendar year. Review these goals once a quarter. Employee Name: Cheryl Powell
2. At the time of the annual evaluation make a copy of this form and the previous year's goals to attach to the evaluation form.
3. List Overall Evaluation Points on the copy that is attached to the evaluation.

For (Year) 2004

Employee and Svr/Mgr Initial and Date at each Quarterly Review

| March | June | September | December |
|---|---|---|---|
| | | | |

For Salary Employees (Section Manager and above use Form #: PN42)

Reviewed By: _____

(To be filled out on the copy attached to the evaluation)  Overall Evaluation Points 34/50 = 68

| Goal # | (1) Description of Goals/Responsibilities | (2) Performance Expectations; Standards | (3) Target Date | (4) Self-Evaluation: Actual Performance vs. Standards | (5) Supervisor's Evaluation | Evaluation Points |
|---|---|---|---|---|---|---|
| 1. | SAFETY | Data Entry for Safety Council Mtgs. Provide the paperwork for topic to be trained. Alert supv. When any employee did not get trained. | New Year | There is so much more to Safety Training than data entry. Demonstrate safety by wearing proper PPE in the restricted areas. Reported to Safety of the need for a rug to be placed in the ice house to prevent a slip/fall when the ice storm hit. | - Need to promote Safety by everyone to get proper edu. - Good. | 9/10 |
| 2. | RESPONSIBILITY | To be precise and accurate, pay close attention to detail and instructions made to me by my Department Head as well as my immediate supervisor. Push for the Excel program to be reinstalled to generate error free COA's. This will provide a more controlled COA that will show the customer a little variance in the different lots. Much time saved by using the Excel worksheet comparison than looking up previous history in the hard copies due to not accessible on access program. | New Year | Access program works well with the COA request by customers. Production of staple fiber is better, less changes are being made to COA's. | - Some errors in COA's, must strive for 0 errors. - Warning for being LATE, and counseled by Mgr. | 5/10 |
| 3. | COST CONTROL | To encourage limited usage of supplies and monitor the budget for the lab and report status to manager. | New Year | Created the record keeping system. Keeping a copy of store stock issue requests in the labs so the following shift will not order duplicates. | - Need to set a Goal and show improvement | 7/10 |
| 4. | CUSTOMER SERVICE | Become more knowledgeable of all types of Staple Fiber requirements and the customers expectations Deliver | New Year | Provides the customer with a certificate that assures the fiber purchased is what they need. Serves at banquets. I enjoy serving. | - How else can you reduce cost? Errors | 6/10 |
| 5. | HOUSEKEEPING | Maintain a clean, kept office, which includes filing. | New Year | Focusing on a clean, organized office and desk area. Do what I am told to do, be a team player, help where I can be of help to someone. | - OK - Need more initiative. - Follow instructions. | 7/10 |

Form #: PN41 Rev. 5/99  See Section 6.4 of the Guideline for Performance Review and Evaluation for Performance Ratings, Performance Grades and Evaluation Points.    Page 1 of 1

SCANNED

01AA000044
18502.0019 Personnel File

# INDIVIDUAL ANNUAL GOALS

Employee Name: *[signature] Cheryl Powell*
Employee ID: _____
Reviewed By: _____

**For (Year)** 2005

1. Print one copy of this sheet at the beginning of each calendar year. Review these goals once a quarter.
2. At the time of the annual evaluation make a copy of this form and the previous years goals to attach to the evaluation form.
3. List Overall Evaluation Points on the copy that is attached to the evaluation.

Employee and Svr/Mgr Initial and Date at each Quarterly Review

| March | June | September | December |
|---|---|---|---|
| | | | |

For Salary Employees (Section Manager and above use Form #: PN42)

(To be filled out on the copy attached to the evaluation) **Overall Evaluation Points**

| Goal # | (1) Description of Goals/Responsibilities | (2) Performance Expectations; Standards | (3) Target Date | (4) Self-Evaluation: Actual Performance vs. Standards | (5) Supervisor's Evaluation | Evaluation Points |
|---|---|---|---|---|---|---|
| 1. | **Safety**<br>1. Contribute to the beauty and safety of our surroundings.<br>2. Create a safe and healthy workplace by reporting any preventable accidents. | 1. Communicate to my supervisor when I see a possible hazard for our people or myself. Lead by example.<br>2. Wear PPE in required work area.<br>3. Avoid careless actions and speech. | Today | | | |
| 2. | **Housekeeping**<br>1. Create a clean office/Always organize the work area to keep it safe, and in an orderly fashion, presentable to visitors. | Put away what is not being used. Do what can be done and ask what needs to be done. Do what I say I can. | Today | | | |
| 3. | **Personnel/Payroll**<br>Become aware of changes in lives/Communicate with our people, serve our peoples' needs better. Assist when employees need personal assistance. | 1. Provides an accurate record of time in and out. Knowing the employees' need and providing what is available for them.<br>2. Always have a caring attitude, helpful to each employee. | Today | | | |
| 4. | **Data Entry/Reports/Charts**<br>Prepare correctly 1st time, be efficient/Deliver professionally. | 1. Be fast, quick when charting dynafil, denier charts.<br>2. Be readily available for accessing.<br>3. Transform idleness into focusing on priority. Become fast. Study the management needs and provide for their successfulness. | Today | | | |
| 5. | *Self-Development* | | | | | |
| 6. | *Goals + Customer Issues* | | | | | |

Form #: PN041 Rev. 5/99 See Section 6.4 of the Guideline for Performance Review and Evaluation for Performance Ratings, Performance Grades and Evaluation Points.
P:\FORMS\PN041 INDIVIDUAL ANNUAL GOALS (SALARY)

Page 1 of 3

01AA000045
18502.0019 Personnel File