NAN YA PLASTICS CORPORATION, AMERICA - SC

# WARNING
(TYPE OR PRINT - PRESS FIRMLY)

☒ Oral Warning
☐ Written Warning
☐ Probation
☐ Suspension

Employee Name: Cheryl Powell  Dept: QC
SS#: 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  Sect: QC
Date: 1/21/3  Supr: S. Page

Nature of Infraction:
Describe/Explain:
☐ Excessive Absence
☐ Failure to Follow SOP
☐ Excessive Tardiness
☐ Safety Violation
☒ Failure to Follow Direction
☐ Other _____

Failure to follow directions by Director - Director specifically asked that you take a document to purchasing, instead you placed it in normal mail which would delay vital lab equip.

☐ Explanation or Documentation Attached

Previous Infractions - (Date, type of infraction, and corrective action.)
1.
2.
3.
4.

☐ Explanation or Documentation Attached

Current Corrective Action:
1. Pay closer attention to detail
2. If you are not clear about instructions - Ask!

**DEFENDANT'S EXHIBIT 7**

☐ Explanation or Documentation Attached

Send white, yellow, and pink copy to Personnel for review and signature before a Written Warning, Probation, or Suspension is presented to the employee.

Personnel Sign and Date: [signature] 1/21/03

Doc. No.: 003 010

Employee Comments:
My supervisor Anthony Martin had me to fill out a PR for an area for low melt fiber, approximately 5:00pm. Anthony asked me to have Bruce Chen, director to sign. Upon review + signature of Bruce Chen I was given the PR. I asked him (Bruce Chen) should it be faxed he said he wasn't. I asked him specifically should I carry the PR to purchasing he said no, just drop in mail.

Employee Signature: Cheryl Powell 1/21/03

☐ Explanation or Documentation Attached
☐ Second Witness Signature if Employee chooses not sign

Initiator _____  Approval - Supervisor or Above [signature]

Top white copy to be sent to Personnel after completion. Yellow copy to be retained by the department.
Form #: PN12  DO NOT MAKE COPIES

01AA000087
18502.0019 Personnel File