TO: Cheryl Powell

FROM: Christopher Chapman

DATE: 9/15/2004

RE: Letter Of Counseling

During your yearly evaluation with David Trammel and myself, we discussed with the you the importance of improving your attendance. You explained to David and I that you understood the situation and would remedy any problems in the future.

During the last week in July, Keith Seal and I again discussed your attendance problems with you. You were late or left early 7 times in the month of July. We explained at this time that you must improve your attendance immediately.

So far in the month of September you have been late to work, late from lunch, or have left early 5 times and your quality of work is par at best.

Any further problems, including attendance, will result in further disciplinary action, up to and including termination.

I have read the statement above and I am fully aware of the situation.

_Refuse to sign. Do not agree._
Signature and Date of Employee

cc: Bruce Chen
Dean Liao
David Trammel



DEFENDANT'S EXHIBIT 8

SCANNED

01AA000086
18502.0019 Personnel File