```
NAN YA PLASTICS CORP.-AM   CA                       Print on  2/08/05
Personnel Action Form - Change        225           Return Before 3/ 1/05
========================= Employee Information =========================
Name :POWELL      CHERYL       H.        Employee ID:  201462
Alias:POWELL,CHERYL,H.
Original Hire Date   :   3/08/99      FPG-USA Hire Date  :  3/08/99
Recently Rehire Date:   3/08/99       Affiliate Transfer Date :  0/00/00
===================== New Employee or Present Data  ====================
                    Present   Data            New   (** must be filled)
```

| | Present Data | | New (** must be filled) | |
|---|---|---|---|---|
| Effect Date | | | 3/1/05 ** | |
| Location Name | NAN YA PLASTICS CORP, A NALC | | NPCA | NALC |
| Department Name | Q.C. DEPARTMENT OFFICE 6310 | | QC Dept. Office | 6310 |
| Job Code & Title | ADAS ADMINISTRATIVE ASSISTAN | | ADAS ADMIN ASST. | |
| Job Grade/Category | 05 Assistant | AT | 05 Assistant | AT |
| Performance Rating /Merit Increase % | Merit Increase 3.0 % | | PG B Merit 3.00 % | |
| Promotional/Special Increase% (If any) | X Prorated Factor 1.0000 | | Promo. — % Special — % | |
| Total Increase % | = Prorated Merit 3.0 % | | Total 3.00 % | |
| Yearly Base Salary or Hourly Wage | 21,855.00 | | 22,510.00 $22,511 | |
| Original Review Date | 3/01/05 | | New Review Date 3/1/06 ** | |

```
========================= Comments & Information =========================
                        |In grade 05,     |#####   Merit Increase  #####
                        |Min:   20384.00  |Compa-Ratio  | C  | B  | A  | A+
                        |Mid:   27352.00  |-------------|----|----|----|----
                        |Max:   30576.00  |.80 (<=.79)  |    |3.00|4.00|5.00
                        |---------------  |.80 To  .89  |    |2.50|3.50|4.50
                        |Compa-Ratio is   |.90 To 1.00  |    |2.00|3.00|4.00
                        |Curr. salary/Mid |1.01 To 1.09 |    |1.50|2.50|3.50
                        |    =   .79      |1.09 (>=1.10)|    |1.00|2.00|3.00
================= Salary  History (up to latest three)  ================
```

| Effect Date | Loc. Code | Dept Code | Job Grade | Job Cat. | Salary /Wage | Perfm. Rating | Incrs% Merit | Incrs% Promo. | Incrs% Speci. | Incrs% Total |
|---|---|---|---|---|---|---|---|---|---|---|
| 3/01/03 | NALC | 6310 | 05 | AT | 21,855.00 | B | 3.92 | | | 3.92 |
| 3/08/02 | NALC | 6310 | 05 | AT | 21,030.00 | B | 4.00 | | | 4.00 |
| 3/08/01 | NALC | 6310 | 05 | AT | 20,221.00 | B | 3.50 | 4.00 | | 7.50 |

```
========================== Approvals ==========================
1. Supervisor / Department Manager    3. Division Head

Name:                                 Name:

Date:                                 Date:

2. Plant Manager / Director           4. President Office

Name:                                 Name:

Date:                                 Date:
```

DEFENDANT'S EXHIBIT 4

```
===================== Personnel/Payroll Only =====================
Emp.Status:A /    Class.:F /    Group:S /   Pay Schedule Date:   /  /

Personnel                            5/2/05  Payroll:
```

**Employee** _Cheryl Powell_  **Evaluation Date** __/__/__

**Position** _____  **Hire Date** __/__/__

**ID #** _____

## PERSONAL PERFORMANCE RATING

| | PART A: FOR ALL EMPLOYEES | Evaluation Points |
|---|---|---|
| • | | |
| 1. | DEVELOPMENT OF SELF<br>Degree to which growth and continual improvement is sought. | 7 |
| 2. | TEAMWORK<br>Able to work/cooperate with others on an individual or group basis. | 8 |
| 3. | DILIGENCE AND ETHICS<br>Earnest and persistent effort to accomplish what is undertaken while adhering to strong ethical principles and working with honesty and integrity in dealing with co-workers and business associates. | 7 |
| 4. | GOAL SETTING AND ACHIEVEMENT<br>Able to define and prioritize goals/objectives and to carryout specific courses of action for self and/or others to achieve them. Possesses commitment of time and energy to ensure task/goal achievement. | 7 |
| 5. | VERSATILITY<br>Displays multi-functional skills and had the ability to handle different technical tasks. Demonstrates flexibility when working with others. | 6 |
| • | PART B: FOR ALL ASSISTANT SUPERVISORS AND ABOVE POSITIONS | |
| 6. | LEADERSHIP<br>Demonstrates effective leadership through inspiring a shared vision, challenging the process, enabling others to act, modeling the way, and encouraging the heart. | — |
| 7. | DEVELOPMENT OF OTHERS<br>Effectiveness and thoroughness of managerial efforts to develop the knowledge, skills, abilities and performance of subordinates and others. | — |
| | AVERAGE of PERSONAL PERFORMANCE POINTS | 35/50 = 70 |

I.  PERSONAL PERFORMANCE RATING [30% weight]
Average of Evaluation Points (from above) _70_ x .30 = _21.0_

II.  INDIVIDUAL ANNUAL GOALS [70% weight]
Average of Evaluation Points (from Individual Annual Goals Sheet) _85_ x .70 = _79.5_

III.  RECOMMENDED OVERALL RATING SUMMARY

$$\boxed{80.5}$$

| Recommended Rating Is: [Circle One] | OUTSTANDING A+ 93 - 100 | EXCEEDS EXPECTATIONS A 85 - 92 | COMPETENT B 70 - 84 | IMPROVEMENT NEEDED C 60 - 69 | NOT ACCEPTABLE D 59 and below |
|---|---|---|---|---|---|

01AA000047
18502.0019 Personnel File

**This side must be completed prior to submission and final approval.**

**Immediate Supervisor's Comments:**
_Improving in Areas requested._

**Employee has these particular strengths:**
_Has ability to improve and is accomplishing this._

**Areas for further development or improvement are:**
- _Continue improving Attendance._
- _Learn more computer skills, improve speed._

Initial Preparation By _____  Date 2/22/05
(Immediate Supervisor)

**Employee's Comments:**

Employee's Signature _____  Date 2/22/05

**Approving Manager's Comments:**
_Improved._

Approved By _____  Date 2/24/05

**Send original document to the Personnel Section, along with the Personnel Action Form (PAF) and the employee's Individual Annual Goals.**

- **ATTACH ADDITIONAL SHEET IF MORE SPACE IS REQUIRED**

FORM: PNF00040                               REVISED: 3/2004

01AA000048
18502.0019 Personnel File

# INDIVIDUAL ANNUAL GOALS

1. Print one copy of this sheet at the beginning of each calendar year. Review these goals once a quarter.
2. At the time of the annual evaluation make a copy of this form and the previous years goals to attach to the evaluation form.
3. List Overall Evaluation Points on the copy that is attached to the evaluation.

**For (Year) _2005_**

Employee Name: _Cheryl Privett_
Employee ID: _20/4462_
Reviewed By: _____

| Employee and Svr/Mgr Initial and Date at each Quarterly Review | March | June | September | December |
|---|---|---|---|---|

For Salary Employees (Section Manager and above use Form #: PN42)

(To be filled out on the copy attached to the evaluation)

**Overall Evaluation Points** _34/40 = 85_

| Goal # | (1) Description of Goals/Responsibilities | (2) Performance Expectations: Standards | (3) Target Date | (4) Self-Evaluation: Actual Performance vs. Standards | (5) Supervisor's Evaluation | Evaluation Points |
|---|---|---|---|---|---|---|
| 1. | **Safety** Contribute to the beauty and safety of our surroundings. Create a safe and healthy workplace by reporting any preventable accidents. | 1. Communicate to my supervisor when I see a possible hazard for our people or myself. Lead by example. 2. Wear PPE in required work area. 3. Avoid careless actions and speech. | Today | Makes sound decisions. Ex: 1. Prevented slips and falls by winterizing when iced. 2. Supplied employees with PPE. 3. Lead by example, encourages positive attitude. 4. Continually trying to become better. | | 10 ___ |
| 2. | **Housekeeping** Create a clean office/Always organize the work area to keep it safe, and in an orderly fashion, presentable to visitors. | Put away what is not being used. Do what can be done and ask what needs to be done. Do what I say I can. | Today | Improved on cleanliness: 1. Keep computers, file cabinets, desk, and corners cleaned. 2. Insured the office equipment was always working. | | 8 ___ |
| 3. | **Personnel/Payroll** Become aware of changes in lives/Communicate with our people, serve our peoples' needs better. Assist when employees need personal assistance. | 1. Provides an accurate record of time in and out. Knowing the employees' need and providing what is available for them. 2. Always have a caring attitude, helpful | Today | Has excellent persuasive ability: Ex 1. Respect others with dignity. 2. Encourages cooperative action. 3. Dedicated to completing a job. 4. Is stable and patient under pressure. | | 8 ___ |

Form #: PN04 Rev. 5/99 See Section 6.4 of the Guideline for Performance Review and Evaluation for Performance Ratings, Performance Grades and Evaluation Points.
P:\EFORMS\PN04 INDIVIDUAL ANNUAL GOALS (SALARY)

01AA000049
18502.0019 Personnel File

# INDIVIDUAL ANNUAL GOALS

Employee Name: _Paul J Pointe_

Employee ID: _261462_

1. Print one copy of this sheet at the beginning of each calendar year. Review these goals once a quarter.
2. At the time of the annual evaluation make a copy of this form and the previous years goals to attach to the evaluation form.
3. List Overall Evaluation Points on the copy that is attached to the evaluation.

Reviewed By: _____

## For (Year) _2005_

| | | Today | Efficient. Ex: |
|---|---|---|---|
| 4. | **Data Entry/Reports/Charts**<br>Prepare correctly 1st time, be efficient/Deliver professionally. | 1. Be fast, quick when charting dynafil, denier charts.<br>2. Be readily available for accessing.<br>3. Transform idleness into focusing on priority. Become fast. Study the management needs and provide for their successfulness. | 1. Prepares dynafil graphs for POY.<br>initiated actions to find the correct formula to chart Interface Scans.<br>2. Performs many tasks Supervisors were responsible for.<br>3. Focused on meeting deadlines for our inside customers (other departments).<br>4. Ability to define priorities in the QC department and mastered the job professionally.<br>5. Demonstrates an ability to overcome internal barriers. |

Form #: PN041 Rev. 5/99 See Section 6.4 of the Guideline for Performance Review and Evaluation for Performance Ratings, Performance Grades and Evaluation Points.
P:\FORMS\PN041 INDIVIDUAL ANNUAL GOALS (SALARY)

01AA000050
18502.0019 Personnel File

# INDIVIDUAL ANNUAL GOALS

**For (Year)** 2005

Employee Name: _Cheryl Powell_
Employee ID: _____

Reviewed By: _____

1. Print one copy of this sheet at the beginning of each calendar year. Review these goals once a quarter.
2. At the time of the annual evaluation make a copy of this form and the previous years goals to attach to the evaluation form.
3. List Overall Evaluation Points on the copy that is attached to the evaluation.

| Employee and Svr/Mgr Initial and Date at each Quarterly Review | March | June | September | December |
|---|---|---|---|---|

For Salary Employees (Section Manager and above use Form #: PN42)

(To be filled out on the copy attached to the evaluation) **Overall Evaluation Points** _____

| Goal # | (1) Description of Goals/Responsibilities | (2) Performance Expectations; Standards | (3) Target Date | (4) Self-Evaluation: Actual Performance vs. Standards | (5) Supervisor's Evaluation | Evaluation Points |
|---|---|---|---|---|---|---|
| 1. | **Safety** <br> 1. Contribute to the beauty and safety of our surroundings. <br> 2. Create a safe and healthy workplace by reporting any preventable accidents. | 1. Communicate to my supervisor when I see a possible hazard for our people or myself. Lead by example. <br> 2. Wear PPE in required work area. <br> 3. Avoid careless actions and speech. | Today | | | |
| 2. | **Housekeeping** <br> 1. Create a clean office/Always organize the work area to keep it safe, and in an orderly fashion, presentable to visitors. | Put away what is not being used. Do what can be done and ask what needs to be done. Do what I say I can. | Today | | | |
| 3. | **Personnel/Payroll** <br> Become aware of changes in lives/Communicate with our people, serve our peoples' needs better. Assist when employees need personal assistance. | 1. Provides an accurate record of time in and out. Knowing the employees' need and providing what is available for them. <br> 2. Always have a caring attitude, helpful to each employee. | Today | | | |
| 4. | **Data Entry/Reports/Charts** <br> Prepare correctly 1st time, be efficient/Deliver professionally. | 1. Be fast, quick when charting dynafil, denier charts. <br> 2. Be readily available for accessing. <br> 3. Transform idleness into focusing on priority. Become fast. Study the management needs and provide for their successfulness. | Today | | | |
| 5. | Goals + Customer Issues | | | | | |
| 6. | Self-Development | | | | | |

Form #: PN041 Rev. 5/99 See Section 6.4 of the Guideline for Performance Review and Evaluation for Performance Ratings, Performance Grades and Evaluation Points.
P:\FORMS\PN041 INDIVIDUAL ANNUAL GOALS (SALARY)

Page 1 of 3

01AA000045
18502.0019 Personnel File