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

```
NAN YA PLASTICS CORP.-AMI   CA                          Print on  3/13/06
Personnel Action Form - Change        220              Return Before 3/ 1/06
================================ Employee Information ========================
Name :POWELL       CHERYL       H.               Employee ID:  201462
Alias:POWELL,CHERYL,H.
Original Hire Date  :  3/08/99            USA Hire Date    :  3/08/99
Recently Rehire Date:  3/08/99            Affiliate Transfer Date :  0/00/00
====================== New Employee or Present Data  =========================
                       Present  Data              New  (** must be filled)
Effect Date                                       3/1/06 **
Location Name          NAN YA PLASTICS CORP, A NALC    NALC

Department Name        Q.C. DEPARTMENT OFFICE   6310   QC Dept Office 6310

Job Code & Title       ADAS ADMINISTRATIVE ASSISTAN    ADAS Admin. Asst.

Job Grade/Category     05 Assistant              AT    05 Asst.          AT

Performance Rating     Merit Increase    2.50 %   PG B      Merit  2.5 %
 /Merit Increase %
Promotional/Special    X Prorated Factor 1.0000        Promo.  %   Special  %
  Increase% (If any)
Total Increase %       = Prprated Merit  2.50 %        Total   2.50 %

Yearly Base Salary     22,511.00
 or Hourly Wage                                        23,074
Original Review date   3/01/06                New Review Date  3/1/07 **
=========================== Comments & Information  ===========================
                       | In grade 05,       | ######    Merit  Increase    ######
                       | Min:     20384.00  | Compa-Ratio     | C  | B   | A   | A+
                       | Mid:     27352.00  |-----------------|----|-----|-----|----
                       | Max:     30576.00  | .80   (<=.79)   |    | 3.00| 4.00| 5.00
                       |--------------------| .80  To  .89    |    | 2.50| 3.50| 4.50
                       | Compa-Ratio is     | .90  To 1.00    |    | 2.00| 3.00| 4.00
                       | Curr. salary/Mid   |1.01  To 1.09    |    | 1.50| 2.50| 3.50
                       |    =    .82        |1.09 (>=1.10)    |    | 1.00| 2.00| 3.00
================= Salary  History (up to latest three) ========================
Effect   Loc.  Dept  Job   Job   Salary     Perfm.  Incrs%  Incrs%  Incrs%  Incrs%
Date     Code  Code  Grade Cat.  /Wage      Rating  Merit   Promo.  Speci.  Total
-------  ----  ----  ----- ----  ---------  ------  ------  ------  ------  ------
3/01/05  NALC  6310  05    AT    22,511.00   B      3.00                    3.00
3/01/03  NALC  6310  05    AT    21,855.00   B      3.92                    3.92
3/08/02  NALC  6310  05    AT    21,030.00   B      4.00                    4.00
=============================== Approvals =====================================
1. Supervisor / Department Manager       3. Division Head
Name:                                    Name:
Date:           3/29/06                  Date:           5-12-06
2. Plant Manager / Director              4. President Office
Name:                                    Name:
Date:                                    Date:
=========================== Personnel/Payroll Only ============================
Emp.Status:A /   Class.:F /   Group:S /  | Pay Schedule Date:    /   /
Personnel:                    5/30/06    | Payroll:
```

DEFENDANT'S EXHIBIT 10

01AA000001
18502.0019 Personnel File

# SALARY EVALUATION FORM

Page 1 of 2

Employee _Cheryl Powell_  
Position _Admin Asst._  
ID # _____

Evaluation Date __/__/__  
Hire Date __/__/__

## PERSONAL PERFORMANCE RATING

| • PART A: FOR ALL EMPLOYEES | Evaluation Points |
|---|---|
| 1. **DEVELOPMENT OF SELF** <br> Degree to which growth and continual improvement is sought. | 7 |
| 2. **TEAMWORK** <br> Able to work/cooperate with others on an individual or group basis. | 8 |
| 3. **DILIGENCE AND ETHICS** <br> Earnest and persistent effort to accomplish what is undertaken while adhering to strong ethical principles and working with honesty and integrity in dealing with co-workers and business associates. | 8 |
| 4. **GOAL SETTING AND ACHIEVEMENT** <br> Able to define and prioritize goals/objectives and to carryout specific courses of action for self and/or others to achieve them. Possesses commitment of time and energy to ensure task/goal achievement. | 8 |
| 5. **VERSATILITY** <br> Displays multi-functional skills and had the ability to handle different technical tasks. Demonstrates flexibility when working with others. | 7 |
| • PART B: FOR ALL ASSISTANT SUPERVISORS AND ABOVE POSITIONS | |
| 6. **LEADERSHIP** <br> Demonstrates effective leadership through inspiring a shared vision, challenging the process, enabling others to act, modeling the way, and encouraging the heart. | |
| 7. **DEVELOPMENT OF OTHERS** <br> Effectiveness and thoroughness of managerial efforts to develop the knowledge, skills, abilities and performance of subordinates and others. | |
| **AVERAGE of PERSONAL PERFORMANCE POINTS** | 76 |

I. **PERSONAL PERFORMANCE RATING [30% weight]**  
Average of Evaluation Points (from above) _76_ x .30 = _22.8_

II. **INDIVIDUAL ANNUAL GOALS [70% weight]**  
Average of Evaluation Points (from Individual Annual Goals Sheet) _80_ x .70 = _56.0_

III. **RECOMMENDED OVERALL RATING SUMMARY** _78.8_

| Recommended Rating Is: [Circle One] | OUTSTANDING A+ 93-100 | EXCEEDS EXPECTATIONS A 85-92 | COMPETENT B 70-84 | IMPROVEMENT NEEDED C 60-69 | NOT ACCEPTABLE D 59 and below |
|---|---|---|---|---|---|

(COMPETENT circled)

FORM: PNF00040

REVISED: 3/2004

01AA000002  
18502.0019 Personnel File

*Cheryl Powell*

SALARY EVALUATION FORM

This side must be completed prior to submission and final approval.

Immediate Supervisor's Comments:
Cheryl has improved on the previous issues.
_____
_____

Employee has these particular strengths:
- Office housekeeping
- Courteous phone skills.
_____

Areas for further development or improvement are:
- Technical abilities with reports, charts, etc.
-
-

Initial Preparation By _____ Date 3/17/06
(Immediate Supervisor)

Employee's Comments:
_____
_____
_____

Employee's Signature _Cheryl Powell_____ Date 3/27/06

Approving Manager's Comments:
_____
_____

Approved By_____ Date __/__/__

Send original document to the Personnel Section, along with the Personnel Action Form (PAF) and the employee's Individual Annual Goals.

- ATTACH ADDITIONAL SHEET IF MORE SPACE IS REQUIRED

FORM: PNF00040                                          REVISED: 3/2004

01AA000003
18502.0019 Personnel File

# INDIVIDUAL ANNUAL GOALS

1. Print one copy of this sheet at the beginning of each calendar year. Review these goals once a quarter.
2. At the time of the annual evaluation make a copy of this form and the previous years goals to attach to the evaluation.
3. List Overall Evaluation Points on the copy that is attached to the evaluation.

**For (Year)** 2006

Employee Name: Cheryl H. Powell
Employee ID: 201462
Reviewed By: D. TRAMMEL

| Employee and Svr/Mgr Initial and Date at each Quarterly Review | March | June | September | December |
|---|---|---|---|---|

For Salary Employees (Section Manager and above use Form #: PN42)   (To be filled out on the copy attached to the evaluation)   **Overall Evaluation Points** 88

| Goal # | (1) Description of Goals/Responsibilities | (2) Performance Expectations; Standards | (3) Target Date | (4) Self-Evaluation: Actual Performance vs. Standards | (5) Supervisor's Evaluation | Evaluation Points |
|---|---|---|---|---|---|---|
| 1. | **Safety** - My goal is to stay focused on keeping our office equipment operational and mention to upper management where there are potential safety hazards. | 1. Monitor the performance of our equipment. 2. Communicate to management of what I think needs addressed pertaining to the safety of our people. | Daily | Made sound decisions: 1. Ordered supplies/repair calls 2. Suggested Utilities fix A/C 3. Contributed to organization of our office and installing floor electrical cable covers. 4. Encouraging Assistant Supervisors to train employees on the monthly safety topics. | Good. Always promote Safety. | 9 |
| 2. | **Housekeeping** - My goal is to create a pleasant, clean, and organized workplace. Become better disciplined at cleaning. | 1. Seek opportunity to better organize. 2. Clean and put everything I know of in its place. | Daily | 1. Start the day with an evaluation of our office equipment and provide for the necessary needs of the day. | Good. | 9 |
| 3. | **Personnel/Payroll** My goals are to provide accurate information to Personnel so our people will be paid for their work done. | 1. Being aware of when our people will be on vacation and have them to sign their AV. | Daily | 1. Supported our people with reminders of importance to keep up with their hours of vacation left. | Need more detailed attention - Watch for errors. | 7 |

01AA000004
18502.0019 Personnel File

## INDIVIDUAL ANNUAL GOALS

1. Print one copy of this sheet at the beginning of each calendar year. Review these goals once a quarter.
2. At the time of the annual evaluation make a copy of this form and the previous years goals to attach to the evaluation form
3. List Overall Evaluation Points on the copy that is attached to the evaluation.

For (Year) _2006_

Employee Name: _Cheryl H. Powell_
Employee ID: _201462_
Reviewed By: _[signature]_

| 4. Data Entry/Report/Charts | | |
|---|---|---|
| My goals are to:<br>1. Get ready, set, go<br>2. Provide manager with the most updated results I can.<br>3. Prepare graphs accurately the first time.<br>4. Eliminate idleness. | Review shift log report daily.<br>Report the results immediately.<br>Provide support to management.<br>Become less outspoken about personal issues. | Daily |
| | Demonstrated management abilities by filling in when there are no supervisors. | — Need to expand Abilities and efficiency in these areas. |
| 5. | | |
| 6. | | |

Form: PNF00041 Revised 5/2005  See Section 6.4 of the Guideline for Performance Review and Evaluation for Performance Ratings, Performance Grades and Evaluation Points.

Page 2 of _2_

01AA000005
18502.0019 Personnel File