

# NAN YA PLASTICS CORPORATION, AMERICA
## SOUTH CAROLINA PLANT
140 EAST BEULAH ROAD, LAKE CITY, S.C. 29560
TEL: 843-389-7800  FAX: 843-389-6897

TO: Cheryl Powell
FROM: David Trammel
DATE: 2/21/07
SUBJECT: Warning

In the past years, we have discussed attendance issues with you and you have received various disciplinary actions. After a period of correction on your part, we are again observing tardiness.

On 2/15/07 you were observed by Mr. Steve Page being 5 minutes late to work. On 2/20/07, the QC Director observed that you were late to work by 4 minutes. These occurrences warrant a Written Warning because you are a representative of our office management team. You should be an example of good attendance practices and not the exception to them.

The following is a list of corrective actions that must be adhered to in order to avoid further serious disciplinary actions:

### Corrective Action Plan

1. Do not be late to work or from lunch break.
2. Take appropriate breaks according to policy.
3. Do not miss excessive amounts of time from work.
4. Follow all policies and guidelines in QC in order to set a professional example for others.

I will correct the problem listed above without delay.

_____
Cheryl Powell

DEFENDANT'S EXHIBIT 11

*Because of the "laid" atmosphere in the office I didn't think 5 - 4 minutes would really impact my job work habits. I will try to become more professional as the other upper management. I know I'm to be at my desk @ 7:55 but I missed & didn't call in for 2 days. It's been a mad rush →*

01AA000084
18502.0019 Personnel File

at work. Lots of management on & I'm late for 2 days. Years past all disputed my tardiness, because false allegations.

Thank you.
Chris Powell 2/21/07

01AA000085
18502.0019 Personnel File