Employee ID #: 201462     **Letter of Counseling**     Sect./Dept.: QC Department
NPCA – SC

Date: March 1, 2007
From: David Trammel
To: Cheryl Powell
Re: Tardiness

    We have spoken to you on several occasions regarding the importance of punctuality and we have stressed this same issue in your evaluations. On 9/15/04 you received a Letter of Counseling because of poor performance including arriving late and leaving early. At that time your were told, "Any further problems, including attendance, will result in further disciplinary action, up to and including termination." Last week on 2/21/07 we warned you again about a growing problem with tardiness. In our discussion, you clearly indicated that you did not think that punctuality was very important. *(vs management's*

    We are very disappointed that one week after our meeting, you were late again *un-professional action in* coming back from lunch on 2/28/07. We are giving you this Letter of Counseling to *the office for more* stress to you that this pattern of behavior is not acceptable and will not be tolerated. *than 1/2*

    While we want you to be successful here, it is important that you demonstrate that *hour.* you are willing to meet our expectations. Again be advised that additional problems, including attendance, may result in further disciplinary action, up to and including termination.

David Trammel

**DEFENDANT'S EXHIBIT 12**

---

I have read and understand this letter.

*Cheryl Powell*
Cheryl Powell

① Being late comes from deciding to go by Personnel, ② water. The closer it gets to evaluations it seems that tardiness becomes an issue. I expect to be evaluated on quality of work, not just time (a minute) 2 late. This seems to be a problem with a person-ality conflict; trying to get rid of me because of upper management request! This is a problem I have w/ management.

01AA000083
18502.0019 Personnel File