```
NAN YA PLASTICS CORP.-AMERICA                          Print on   3/14/07
Personnel Action Form - Change                       Return Before 3/ 1/07
============================ Employee Information ============================
Name : POWELL           CHERYL         H.          Employee ID:  201462
Alias: POWELL,CHERYL,H.
Original Hire Date   :  3/08/99    210    FPG-USA Hire Date    :  3/08/99
Recently Rehire Date:   3/08/99           Affiliate Transfer Date :  0/00/00
======================= New Employee or Present Data ========================
                        Present Data             New  (** must be filled)
----------------------  ----------------------   ----------------------------
Effect Date                                      MAR  1/ 2007 **
Location Name           NAN YA PLASTICS CORP, A NALC   Nan Ya Plastics Corp, A NALC
Department Name         Q.C. DEPARTMENT OFFICE  6310   QC Department Office 6310
Job Code & Title        ADAS ADMINISTRATIVE ASSISTAN   ADAS Admin Asst
Job Grade/Category      05 Assistant              AT   05 Asst.                AT
Performance Rating      Merit Increase         %  PG C           Merit   O   %
 /Merit Increase %
Promotional/Special    X Prorated Factor   1.0000   Promo.     %  Special     %
 Increase% (If any)
Total Increase %        = Prorated Merit       %  Total  0.0 %

Yearly Base Salary      23,074.00                $23,074.00
 or Hourly Wage
Original Review Date    3/01/07              New Review Date   3/1/18     **
========================== Comments & Information ============================
                         In grade 05,     ##### Merit Increase #####
                         Min:   21199.00  Compa-Ratio | C  |  B  |  A  | A+
                         Mid: √ 28446.00  ------------|----|-----|-----|-----
                         Max:   31799.00  .80 (<=.79) |    | 3.00| 4.00| 5.00
                         ----------------  .80 To .89  |    | 2.50| 3.50| 4.50
                         Compa-Ratio is    .90 To 1.00 |    | 2.00| 3.00| 4.00
                         Curr. salary/Mid  1.01 To 1.09|    | 1.50| 2.50| 3.50
                         = .81             1.09 (>=1.10)|   | 1.00| 2.00| 3.00
================= Salary History (up to latest three) ========================
Effect   Loc.  Dept  Job   Job   Salary    Perfm.  Incrs%  Incrs%  Incrs%  Incrs%
Date     Code  Code  Grade Cat.  /Wage     Rating  Merit   Promo.  Speci.  Total
-------- ----  ----  ----- ----  --------- ------  ------  ------  ------  ------
3/01/06  NALC  6310  05    AT    23,074.00   B     2.50                    2.50
3/01/05  NALC  6310  05    AT    22,511.00   B     3.00                    3.00
3/01/03  NALC  6310  05    AT    21,855.00   B     3.92                    3.92
=============================== Approvals ====================================
1. Supervisor / Department Manager      3. Division Head

Name: [signature]                       Name: [signature] 15-24-07
Date: 4/4/7                             Date:
----------------------------------      ----------------------------------
2. Plant Manager / Director             4. President Office

Name: [signature]                       Name:

Date:                                   Date:
========================== Personnel/Payroll Only ============================
Emp.Status:A /   Class.:F /   Group:S /  | Pay Schedule Date:    /   /
Personnel:                               | Payroll:
```

DEFENDANT'S EXHIBIT 13

01AA000051
18502.0019 Personnel File

# SALARY EVALUATION FORM

Page 1 of 2

Employee _Cheryl Powell_  Evaluation Date _4/4/7_
Position _Admn Asst._  Hire Date _3/8/99_
ID # _201462_

## PERSONAL PERFORMANCE RATING

| • | PART A: FOR ALL EMPLOYEES | Evaluation Points |
|---|---|---|
| 1. | **DEVELOPMENT OF SELF** Degree to which growth and continual improvement is sought. | 55 |
| 2. | **TEAMWORK** Able to work/cooperate with others on an individual or group basis. | 75 |
| 3. | **DILIGENCE AND ETHICS** Earnest and persistent effort to accomplish what is undertaken while adhering to strong ethical principles and working with honesty and integrity in dealing with co-workers and business associates. | 65 |
| 4. | **GOAL SETTING AND ACHIEVEMENT** Able to define and prioritize goals/objectives and to carryout specific courses of action for self and/or others to achieve them. Possesses commitment of time and energy to ensure task/goal achievement. | 65 |
| 5. | **VERSATILITY** Displays multi-functional skills and had the ability to handle different technical tasks. Demonstrates flexibility when working with others. | 70 |
| • | PART B: FOR ALL ASSISTANT SUPERVISORS AND ABOVE POSITIONS | |
| 6. | **LEADERSHIP** Demonstrates effective leadership through inspiring a shared vision, challenging the process, enabling others to act, modeling the way, and encouraging the heart. | |
| 7. | **DEVELOPMENT OF OTHERS** Effectiveness and thoroughness of managerial efforts to develop the knowledge, skills, abilities and performance of subordinates and others. | |
| | **AVERAGE of PERSONAL PERFORMANCE POINTS** | 66 |

I. PERSONAL PERFORMANCE RATING [30% weight]
    Average of Evaluation Points (from above) _66_ x .30 = _19.8_

II. INDIVIDUAL ANNUAL GOALS [70% weight]
    Average of Evaluation Points (from Individual Annual Goals Sheet) _70_ x .70 = _49.0_

III. RECOMMENDED OVERALL RATING SUMMARY

    _68.8_

| Recommended Rating Is: [Circle One] | OUTSTANDING A+ 93 - 100 | EXCEEDS EXPECTATIONS A 85 - 92 | COMPETENT B 70 - 84 | IMPROVEMENT NEEDED C 60 - 69 | NOT ACCEPTABLE D 59 and below |
|---|---|---|---|---|---|

FORM: PNF00040  REVISED: 3/2004

01AA000052
18502.0019 Personnel File

This side must be completed prior to submission and final approval.

**Immediate Supervisor's Comments:**
Ms Powell has a good attitude. The major issues are being late to work and seeking out work when caught up on routine items. Ms Powell received 2 warnings for being late to work this evaluation period.

**Employee has these particular strengths:**
good attitude

**Areas for further development or improvement are:**
Punctuality - must be at work on time
Seek additional work when routine work is finished

Initial Preparation By _____ (Immediate Supervisor)    Date 4/9/7

**Employee's Comments:**

Employee's Signature _Mary Powell_    Date 4/9/07

**Approving Manager's Comments:**
Ms Powell was counseled on tardiness and keeping busy. Ms Powell has shown improvement since the last warning. She received (2) warnings this year.

Approved By _____    Date 4/9/7

Send original document to the Personnel Section, along with the Personnel Action Form (PAF) and the employee's Individual Annual Goals.

- ATTACH ADDITIONAL SHEET IF MORE SPACE IS REQUIRED

FORM: PNF00040                                    REVISED: 3/2004

# INDIVIDUAL ANNUAL GOALS

1. Print one copy of this sheet at the beginning of each calendar year. Review these goals once a quarter.
2. At the time of the annual evaluation make a copy of this form and the previous years goals to attach to the evaluation form
3. List Overall Evaluation Points on the copy that is attached to the evaluation.

For (Year) __2007__

Employee Name: Cheryl H. Powell

Employee ID: 201462

Reviewed By: _[signature]_

| Employee and Svr/Mgr Initial and Date at each Quarterly Review | March | June | September | December |
|---|---|---|---|---|

For Salary Employees (Section Manager and above use Form #: PN42)   (To be filled out on the copy attached to the evaluation)   **Overall Evaluation Points** ___

| Goal # | (1) Description of Goals/Responsibilities | (2) Performance Expectations; Standards | (3) Target Date | (4) Self-Evaluation: Actual Performance vs. Standards | (5) Supervisor's Evaluation | Evaluation Points |
|---|---|---|---|---|---|---|
| 1. | **Safety/** <br> 1. To keep safety supplies on hand. <br> 2. Report possible safety hazards. | 1. Must always keep safety glasses, gloves, ear plugs, flashlights, batteries, and dust mask on hand. Keep the 5 S program ongoing. <br> 2. Keep all surroundings as safe as I can. <br> 3. Maintain working office equipment. | Daily | | | |
| 2. | **Housekeeping/** <br> 1. Maintain a beautiful work-area. | 1. Sort, shine, systemizes, sustain, and self-discipline. | Daily | | | |
| 3. | **Personnel/Payroll** <br> 1. Communicate with my supervisors | 1. Communicate with employees to encourage them to remember they are responsible to fill out their AV cards when going on vacation. <br> 2. Just keep communicating, read shift log to keep better knowledge of attendance. | Daily | | | |
| 4. | **Data Entry, Reports, Charts** <br> 1. Proofread | 1. Provide management with the results in a timely manner. | Daily | | | |

Form: PNF0041 Revised 5/2005   See Section 6.4 of the Guideline for Performance Review and Evaluation for Performance Ratings, Performance Grades and Evaluation Points.

Page 1 of 1

01AA000054
18502.0019 Personnel File

# INDIVIDUAL ANNUAL GOALS

1. Print one copy of this sheet at the beginning of each calendar year. Review these goals once a quarter.
2. At the time of the annual evaluation make a copy of this form and the previous years goals to attach to the evaluation form
3. List Overall Evaluation Points on the copy that is attached to the evaluation.

For (Year) __2006

Employee Name: Cheryl H. Powell

Employee ID: 201462

Reviewed By: Stephen Page

| Goal # | (1) Description of Goals/Responsibilities | (2) Performance Expectations; Standards | (3) Target Date | (4) Self-Evaluation: Actual Performance vs. Standards | (5) Supervisor's Evaluation | Evaluation Points |
|---|---|---|---|---|---|---|
| 1. | **Safety** - My goal is to stay focused on keeping our office equipment operational and mention to upper management where there are potential safety hazards. | 1. Monitor the performance of our equipment. <br> 2. Communicate to management of what I think needs addressed pertaining to the safety of our people. | Daily | Exceed expectations daily. <br> 1. Each day starts with examining the office equipment and distributing faxes & reports that has been issued over the night shift. This provides management with all information to take to the meetings with barely any surprises. <br> 2. I fix the paper jams and troubleshoot problems on many occasions. Since the new copier arrived (3/6/06) maintenance has been called 9 times. I meet my obligations and provide for our office staff. This prevents stress & hurry for everyone. <br> 3. I cared enough to contact Utilities department to come fix the AC/Heating problems in the office 4 times and received the proper repair. <br> 4. Making sure Assistant Supervisors receive all the training materials on the monthly safety topics in a timely manner. <br> 5. I always have the safety supplies that our needed for both sections on hand in the field office. Medicines, band-aides, etc. are available to our employees. | 1. No safety issues in Qtr 1 or Qtr II office <br> 2. Good job with copy maintenance <br> 3. monitor office for safety hazards spills, open cabinets etc. | 95 |

01AA000055
18502.0019 Personnel File

# INDIVIDUAL ANNUAL GOALS

1. Print one copy of this sheet at the beginning of each calendar year. Review these goals once a quarter.
2. At the time of the annual evaluation make a copy of this form and the previous years goals to attach to the evaluation form.
3. List Overall Evaluation Points on the copy that is attached to the evaluation.

For (Year) __2006__

Employee Name: __Cheryl H. Powell__

Employee ID: __201462__

Reviewed By: __Stephen Page__

| | | Daily | |
|---|---|---|---|
| 2. | **Housekeeping** - My goal is to create a pleasant, clean, and organized workplace. Become better disciplined at cleaning. <br><br> 1. Seek opportunity to better organize. <br> 2. Clean and put everything I know of in its place. | 1. I have met and exceeded my expectations. I always start the day with an evaluation of our office equipment, filling paper in the fax and copier. I also recycle the used sheets into our fax machine saving the company money. <br> 2. Each day I use the 5 S's system. Sort, Shine, Systematize, Self-discipline, and Sustain. | Housekeepings in office needs attention i.e. organize cabinets <br><br> 70 |
| 3. | **Personnel/Payroll** My goals are to provide accurate information to Personnel so our people will be paid for their work done. <br><br> 1. Being aware of when our people will be on vacation and have them to sign their AV. | Daily <br><br> I have excelled in learning what my management will accept or not for payroll purposes. <br> 1. Each day I read the work shift log to find information concerning missed hours. <br> 2. I communicate well by leaving a note attached to the Asst's mailbox asking the person to come by and see me. I get results and discuss with management. | Good job with Payroll <br><br> 75 |

Form: PNF00041 Revised 5/2005 See Section 6.4 of the Guideline for Performance Review and Evaluation for Performance Ratings, Performance Grades and Evaluation Points.

Page 2 of 3

01AA000056
18502.0019 Personnel File

# INDIVIDUAL ANNUAL GOALS

1. Print one copy of this sheet at the beginning of each calendar year. Review these goals once a quarter.
2. At the time of the annual evaluation make a copy of this form and the previous years goals to attach to the evaluation form
3. List Overall Evaluation Points on the copy that is attached to the evaluation.

For (Year) __2006__

Employee Name: **Cheryl H. Powell**

Employee ID: __201462__

Reviewed By: _Stephen Page_

| | | Daily | |
|---|---|---|---|
| 4. | **Data Entry, Reports/Graphs** My goals are to: <br> 1. Get ready, set, go <br> 2. Provide manager with the most updated results I can. <br> 3. Prepare graphs accurately the first time. <br> 4. Eliminate idleness. | Review shift log report daily. Report the results immediately. Provide support to management. Become less outspoken about personal issues | Demonstrates management abilities by making sound decisions when I'm in charge. I have successfully managed to perform duties required of me by all my superiors and operators. I get the job done by maintaining a positive attitude under stress and intimidation. <br> 1. I am providing the graphs for the weekend and daily scans. <br> 2. I am working with my supervisor on the "bugs" that need be worked out of the SQC system. <br> 3. My time is busy with entering data, and assigning work to complete our departments obligations. COA's are prepared for our inside customers: Sales dept., Tech. Service dept. and the Filament dept. Response / Service reports are copied mailed to QCI to prove our quality and reports are typed and mailed to QCI then filed. Analysis reports are typed and mailed to all departments. <br> 4. 10-minute education reports are typed and maintained. <br> 5. I assign a person to provide the Sales Department with the boxed sample and have delivered to desired location. <br> 6. I always give my assistance to all departments. <br> 7. The power of teamwork proves to be an effective way to communicate. | 1. Continue to happen about SPC <br> 2. Good job on samples <br> 3. look for work when things appear slow <br> 4. Do not eat at Desk other than lunch, Use the Break Room <br> 5. Redin Typing PREPRS <br><br> 60 |

Form: PNF00041 Revised 5/2005 See Section 6.4 of the Guideline for Performance Review and Evaluation for Performance Ratings, Performance Grades and Evaluation Points.

Page 3 of 3

01AA000057
18502.0019 Personnel File