EEOC Form 5 (5/01)

# CHARGE OF DISCRIMINATION

This form is affected by the Privacy Act of 1974. See enclosed Privacy Act Statement and other information before completing this form.

| Charge Presented To: | Agency(ies) Charge No(s): |
|---|---|
| [X] FEPA | |
| [X] EEOC | 14C-2007-01141 |

**South Carolina Human Affairs Commission** and EEOC
*State or local Agency, if any*

| Name (indicate Mr., Ms., Mrs.) | Home Phone (Incl. Area Code) | Date of Birth |
|---|---|---|
| Ms. Cheryl H. Powell | (843) 374-3190 | 10-21-1958 |

Street Address: 350 W. Main Street, Lake City, SC 29560

Named is the Employer, Labor Organization, Employment Agency, Apprenticeship Committee, or State or Local Government Agency That I Believe Discriminated Against Me or Others. (If more than two, list under PARTICULARS below.)

| Name | No. Employees, Members | Phone No. (Include Area Code) |
|---|---|---|
| NAN-YA PLASTICS OF AMERICA CORPORATION | 500 or More | (843) 389-7800 |

Street Address: 140 E. Buelah Rd, Lake City, SC 29560

**DEFENDANT'S EXHIBIT 15**

DISCRIMINATION BASED ON (Check appropriate box(es).)

[ ] RACE  [ ] COLOR  [X] SEX  [ ] RELIGION  [ ] NATIONAL ORIGIN
[X] RETALIATION  [X] AGE  [ ] DISABILITY  [ ] OTHER (Specify below.)

DATE(S) DISCRIMINATION TOOK PLACE
Earliest: 08-01-2006   Latest: 05-24-2007

[ ] CONTINUING ACTION

THE PARTICULARS ARE (If additional paper is needed, attach extra sheet(s)):

I. Personal Harm: (a) Beginning in August 2006 and continuing, I have been subjected to sexual harassment, harassment and intimidation in the workplace. (b) I was denied a transfer on or about February 5, 2007 and April 1, 2007. (c) I was intimidated and disciplined on March 27, 2007. (d) I was discharged on May 24, 2007.

II. Respondent's Reasons for Adverse Action(s): (a) None given. (b) I was told I could apply but a recommendation would have to be signed by my manager. (c) I was told I had complaints about my work environment. (d) Socializing on the job.

III. Complainant's Contentions: (a) I contend that I have been treated unfairly because sexual harassment is an unlawful employment practice. Additionally, Respondent has a duty to maintain a workplace free of harassment by male employees towards female employees. There were numerous incidents of harassment and sexual harassment by younger, male employees towards me during this time frame. (b) In February I asked to transfer to another department. I was told I could apply but my manager would have to sign the recommendation. Needless to say I was not transferred. In April I also was denied a transfer. A younger, new hire got the job. (c) I was called in to explain a complaint I had. I felt very intimidated by the meeting with male management and I felt like I was being disciplined rather than the other way around. I complained about being the only female in the office and about the sexual harassment. I was told they would get back to me but it never happened. (d) I contend that the reason given for my discharge is false and a pretext to retaliate against me.

IV. I therefore believe that I have been discriminated against and retaliated against because of my age (48; DOB: 10/21/58) and sex (female, to include sexual harassment), in violation of the South Carolina Human Affairs Law, as amended, Title VII of the US Civil Rights Act of 1964, as amended, and the US Age Discrimination in Employment Act, as amended.

I want this charge filed with both the EEOC and the State or local Agency, if any. I will advise the agencies if I change my address or phone number and I will cooperate fully with them in the processing of my charge in accordance with their procedures.

I declare under penalty of perjury that the above is true and correct.

8/2/07 — *Charging Party Signature*

NOTARY – When necessary for State and Local Agency Requirements

I swear or affirm that I have read the above charge and that it is true to the best of my knowledge, information and belief.
SIGNATURE OF COMPLAINANT: Cheryl Powell

SUBSCRIBED AND SWORN TO BEFORE ME THIS DATE (month, day, year) 08/02/07 Vernon A. Williams

03CD00000
18502.0040

SOUTH CAROLINA HUMAN AFFAIRS COMMISSION

| Post Office Box 4490 | 2611 Forest Drive, Suite 200 |
| Columbia, South Carolina 29240 | Columbia, South Carolina 29204 |
| (803) 737-7800 | Toll Free (800) 521-0725 |

### EMPLOYMENT INITIAL INQUIRY QUESTIONNAIRE

*Complete all portions applicable to your situation.*
Type or Print in ink only.
*You may add additional pages as needed.*
*Do not write on the back of any page in this Questionnaire.*
COMPLETION AND SUBMISSION OF THIS QUESTIONNAIRE DOES NOT IMPLY OR CONSTITUTE THE FILING OF A CHARGE.

Full Legal Name: __Cheryl__ (First) __Hanna__ (Middle) __Powell__ (Last)

Mailing Address: __350 W. Main St.__

City: __Lake City__   State: __SC__   Zip: __29560__

Telephone Number: Home (__843__) __374-3190__   Work: (__843__) __374-3190__
(Area Code)                                   (Area Code)

Cell: (__843__) __598-0617__   Beeper: (__N/A__)
(Area Code)                   (Area Code)

E-mail Address: __Corfinancial@yahoo.com__

Social Security Number: __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__

Date of Birth: __10-21-58__   Age: __48__   Sex (Circle one): M  (F)

Race (Circle one):   Black   (White)   Asian/Pacific Islander   American Indian/Alaskan Native   Other

National Origin (Circle one):   Arab/Afghani   East Indian   Hispanic   Mexican   (Other)

1. What business, organization or company allegedly harmed you? Give name and **complete** South Carolina business address including street number or post office box for the location where you are/were employed or applied for employment.

   Business Name: __Nan-Ya Plastics of America, South Carolina Plant__
   Street Address: __140 E. Beulah Rd.__
   Mailing Address: _____
   City: __Lake City__   State: South Carolina   Zip: __29560__
   Telephone Number: (__843__) __389-7800__
   (Area Code)
   What does this company do? __Produces + process chips for plastics + fibers__

   How many people does this business, organization, or company employ? Include all full-time and part-time employees at all locations.

   ___ less than 15   ___ 15 to 100   ___ 101 to 200   ___ 201 to 500   __✓__ over 500

03CD000007
18502.0019

2. Is the business, organization, or company named in question 1 owned by another business, organization or company? ✓ Yes ___ No  If yes, complete the following:

   Business Name: Nan Ya Plastics Corp.- America
   Street Address: 9 Peachtree Hill Road
   Mailing Address: _____
   City: Livingston   State: NJ   Zip: 07039
   Name of Human Resource Contact: unknown
   Telephone Number: (N/A)
   *(Area Code)*

3. Have you filed **this** complaint with the United States Equal Employment Opportunity Commission, any federal, state or local antidiscrimination agency, or in court? ___ Yes ✓ No  If yes, complete the following:

   Name of Agency: _____
   Case Number: _____   Date you filed this complaint: _____

4. Have you filed **this** complaint with the South Carolina Human Affairs Commission? ✓ Yes ___ No  *At this time.*
   If yes, complete the following about the Commission staff member to whom you complained:

   Name: John D.R. Jones, Director
   Case Number: N/A   Date you filed this complaint: today 6/9/07

5. Do you currently work for the business, organization or company in question 1? ___ Yes ✓ No
   If no, **give date** when you were fired or when you quit: 5/24/07
   *(mm/dd/yy)*

   Compete the following information about your current or most recent job that you held with the business, organization or company listed in question 1:

   Date of hire: 3/9/99
   Current or most recent job title: Administrative Assistant
   Current or most recent unit: QC2
   Current or most recent pay rate: $23,074.10
   Current or most recent Supervisor:
      Name: Brent Cutright
      Title: Supervisor
      Race: W   Sex: M   Age: approx 31   National Origin: US Citizen   Religion: Unknown

*Emp*
*Rev 10/13/03 3:26 PM*
*2 of 7*

03CD000008
18502.0019

6. What did the business, organization, or company you listed in question 1 do to you? Check all of the issues that have happened to you in the last 300 days and give the date of the most recent occurrence of each.

| ✓ | 5/24/07 (mm/dd/yy) | Fired | — | _____ (mm/dd/yy) | Quit |
| ✓ | 3/27/07 (mm/dd/yy) | Disciplined | — | _____ (mm/dd/yy) | Suspended |
| — | _____ (mm/dd/yy) | Denied Benefits | — | _____ (mm/dd/yy) | Pregnancy *(date you notified your employer)* |
| — | _____ (mm/dd/yy) | Denied Equal Wages | — | _____ (mm/dd/yy) | Denied a Reasonable Accommodation *(for a disability or religious beliefs)* |
| — | _____ (mm/dd/yy) | Terms / Conditions | ✓ | 8/1/06 – 5/24/07 (mm/dd/yy) | Intimidated |
| ✓ | 8/1/06 – 5/24/07 (mm/dd/yy) | Sexually Harassed | ✓ | 11/1/06 – 4/9/07 (mm/dd/yy) | Harassed - not sexually |

— _____ Involuntarily Transferred from: ~~QC 1~~
(mm/dd/yy)
To: _____

✓ 2/5/07 + 4/1/07  Denied Transfer from: QC 2
(mm/dd/yy)
To: General Affairs - Switchboard Operator

— _____ Demoted from: _____
(mm/dd/yy)
To: _____

— _____ Denied Promotion from: _____
(mm/dd/yy)
To: _____

| Date you applied _____ (mm/dd/yy) | Did you meet the qualifications? ___ Yes ___ No | Was the position available? ___ Yes ___ No | Who got the position? _____ |

— _____ Denied Hire to: _____
(mm/dd/yy)                (Position Name)

| Date you applied _____ (mm/dd/yy) | Did you meet the qualifications? ___ Yes ___ No | Was the position available? ___ Yes ___ No | Who got the position? _____ |

03CD000009
18502.0019

7. Why do you believe you received the treatment you checked in question 6? Check all bases applicable to your situation.

   ___ Race    ✓ Sex *(including sexual harassment or pregnancy)*    ✓ Age *(at least 40)*

   ✓ National Origin *(Ancestry)*    ___ Color

   ✓ Religion    What is your religion? __Christianity__

   ___ Disability    What is your medically diagnosed disability? _____

   What is the expected duration of your disability? _____
   Is any improvement expected? ___ Yes    ___ No  If yes, to what extent? _____

   When was your employer notified? _____
   Was it an on-the-job injury? ___ Yes    ___ No  When did the injury occur? _____
   Was a Worker's Compensation claim filed? ___ Yes    ___ No  If yes, on what date? _____
   Does or did your employer perceive you as having a disability? ___ Yes ___ No  If yes, explain:

   ✓ Retaliation *(opposed an unlawful employment practice or participated as a witness in a complaint)*
   Did you complain about your treatment to a member of management? ✓ Yes  ___ No  If yes, complete the following about the individual to whom you complained:

   Name:  __David Trammel  +  Eric Stevenson__
   Title: __QC Manager     -   Personnel Manager__

   Did you specifically allege that your treatment was discrimination based on one or more of the items checked in question 7? ✓ Yes    ___ No

   Have you been involved in a previous antidiscrimination complaint at work? ___ Yes ✓ No  If yes, provide dates and details of the complaint.

8. Who allegedly harmed you?
   Name: ① __Bruce Chen__    ② __Steve Page__
   Race: ① Asian    Sex: ① M    Age: ① approx 46    National Origin: ① Unknown    Religion: ① Unknown
   ② White    ② M    ② approx 46    ② US Citizen    ② unknown

   Was this individual employed by the business, organization, or company listed in question 1?
   ✓ Yes    ___ No  If no, complete the following on that individual:

   Employer: ① __Nan-Ya__    ② __Nan-Ya__
   Title: ① __Director__    ② __Manager__
   Work relationship to you: ① Processed data charts to view trends quality
   ② Managed payroll + personnel questions.

03CD000010
18502.0019

9. For each item you checked in questions 6 and 7, state, in date order, what happened to you and identify all of the people involved by name, job title, and relevant category (i.e., race, sex, age, etc.) that you checked in question 7. Only include those things that occurred during the last 300 days that you checked in question 6. *(Attach additional pages as necessary - DO NOT WRITE ON THE BACK OF THIS FORM)*

_See Attached, please._

10. Were you given any reason for the treatment you described in question 9? _____ Yes ✓ No
If yes, what was/were the reason(s)? Answer this question in the same date order as question 9.

11. What is your reply to the reason(s) listed in question 10? If the reason(s) was/were not true, explain why.
_N/A_

*Emp*
*Rev 10/13/03 3:26 PM*
*5 of 7*

03CD000011
18502.0019




9. For each item you check in questions 6 and 7, state, in date order, what happened to you and identify all of the people involved by name, job title, and relevant category (i.e., race, sex, age, etc.) that you checked in question 7. Only include those things that occurred during the last 300 days that you checked in question 6.
(Attach additional pages as necessary-**Do not write on the back of this form**)

**8/1/06 approx. – Intimidation** - I Cheryl Powell, Administrative Assistant, white, female, 48 years old, was told by Travis Hyman, my manager of QC 2, black, male, 40 years old to go by Bruce Chen, QC director, Asian, male, approx. 46 years old desk each morning. I did not have to say good morning just be sure he sees me.

**8/1/06 approx. – Intimidation, Sexually Harassed** – In my office it was very unprofessional by the management. I am the only female in this office. At some point of the day, more than others, were comments and sometimes conversations as to who has been under the desk of Bruce Chen, QC director, Asian, male, approx. 46 years old, trying to get that promotion. "Oh, I know where you have been, your knees are dirty." Just laughing and carrying on. Steve Page, manager for QCAP, white, male, approx. 46 years old. Travis Hyman, my manager, QC 2, black, male, 40 years old, Brent Cutright, my supervisor, QC 2, white, male, approx. 31 years old. Greg Morris, Ass't. Supervisor for QCAP 2, white, male, approx. 31 years old.

**Approx. 11/11/06 – Intimidation, Harassed** – A meeting was held with Brent Cutright, supervisor, QC 2, white, male, approx. 31 years old, Travis Hyman, QC 2 manager, black, male, 40 years old, and Bruce Chen, QC director, Asian, male, approx. 46 years old. Discussion concerned the SQC system was not applicable to our QC2 department. I, Cheryl Powell was not to enter any more data into the program. Brent Cutright, supervisor, white, male, approx. 31 years old told me to keep busy or else.....

**Approx. 1/26/07 – Sexually Harassed – Intimidation** – Steve Page, QCAP manager, white, male, approx. 46 years old stood in front of me while I was filing in the tall cabinet, starred into my eyes and said "you sure look good in those jeans today." The look in his eyes and the way he said it made me very uncomfortable.

**Approx. 1/29/07 – Sexually Harassed – Intimidation** – Travis Hyman, QC 2 manager, black, male, 40 years old. Approx. 8:00 a.m. Travis came into Bruce Chen's office and left out crying loudly. I knew his mother had been battling cancer and Travis had been out quite a bit because of it. I went outside to express my sympathy and gave him a light hug of concern, nothing else. Upon his return a few days later he told me even though he knew my hug was an expression of sympathy for his situation of his mother he told me he felt more than he should have, which I took as a sexual advance towards me.

**Approx. 2/5/07 – Denied Hire to:** General Affairs/Switchboard Operator, I asked Bruce Chen, QC director, Asian, male, approx. 46 years old would he allow me to

transfer to another department. He told me he could not stop me from applying for the opening but my manager Travis Hyman would need to sign the recommendation.

**On 2/19/07 – Intimidation – Harassed –** Approx. 8:20 a.m. Brent Cutright, supervisor QC 2, white, male, approx. 31 years old asked me had anyone talked to me about eating too much. I told him no. He said Bruce Chen, QC director, Asian, male, approx. 46 years old told him for me not have break at my desk. I usually ate an apple or nuts at 10:00 while still working, answering the telephone, thinking I was being helpful and efficient. My snack would be hidden in my desk drawer. Steve Page still ate at his desk even before the 10:00 break time, usually a chicken sandwich from Chic-Filet with a can cola. Travis Hyman would have a bag of chips at his desk. I was being singled out and intimidated. On this day, I called Bruce Chen and asked him did he say I ate too much? He said I'll talk to you later.

**Approx. 3/21/07 – Sexually Harassed – Intimidation –** Our office was preparing for the visit of Mr. Lin, EVP from Taiwan, Asian, male, approx. 72 years old by doing extra housekeeping. The floors were to be scraped, and waxed. I'm the only female employee in this office. The computers had been put on desk tops. This morning I was connecting Steve Page's computer under his desk and he said to me "this is the way to get a promotion". That is when everybody, includes Brent Cutright, Greg Morris, Travis Hyman said "Yeh, she's under the desk now!" They just started laughing about promotions by getting under the desk. I did my job to finish connecting his computer, left the office to go to the ladies room and regained my composure as I was very uncomfortable with the situation.

**Approx. 3/27/07 – Harassed – Disciplined –** Approx. 10:00 a.m. David Trammel, QC 1 manager, white, male, approx. 41 years old came to my desk and asked to see me in the meeting room. There in the small meeting room with a round table were Steve Page, Travis Hyman, and Brent Cutright. David Trammel asked me to have a seat. David Trammel had a warning for me being late on 2/15/07 for approx. 2 min. and 2/16/07 for approx. 5 min. He began to say now back in 2004 you had the same problem. You left 1 min. early at the end of the day, and you were late a couple of minutes on another day. "We told you then this needed to be corrected and now it has happened again." Well I said, "How can you all be concerned about me not being at my desk whenever you waste time during a day being so unprofessional and talking about the only way to get a promotion is to get under the desk of your boss?" David Trammel said that had nothing to do with what we were in there for and he would have to let Personnel know what was just told to him. I told him I did not want this to go to Personnel, being that you all are in here at one time I wanted to let all you know you all are very unprofessional and do not care about the real issues here.

**Approx. 3/27/07 – Disciplined – Intimidation -** I am not sure what time of day this was. Eric Stevenson, Personnel manager, white, male, approx. 48 years old called me to say David Trammel told him of the complaint I had and asked if I would come up to his office and explain. I went into a meeting room with Mr. Stevenson, and

03CD000013
18502.0019



Christian Mann, Personnel supervisor. Mr. Stevenson asked me to have a seat. I asked him if a lady could come in with me during the conference. He said LeeAnn was out that day but if I had anyone in mind he would ask them. I asked for Anny Tsai, Sales senior supervisor, Asian, female, approx. 28 years old, her office was right next door. I explained to them I was the only woman in this office and just a girl working as an administrative assistant trying to raise my son and do a good job. I was hired into an environment that I was not in charge of the management of management. I told them this has been the way this office had been run since I had been transferred there from QC 1 in 2002. (I was transferred there after Bruce Chen found out Chiu-loung Huang, Manager for Staple Fiber Dept., Asian, male approx. 37 years old, and me were friends. I was told by Mr. Stevenson to take all the time with him at the hospital that I needed to. Not to worry about my absences or vacation. (AV card) I stayed with Chiu-loung until his parents came from Dominic Republic which took four days. I only took the rest of the day of the accident off and used my vacation time because Bruce Chen was giving me grief. Chiu-loung's doctor told me he would never walk again. This happened on the week of Thanksgiving holiday in 2001.) Back to what was discussed in the conference with Mr. Stevenson, Christian Mann, and Anny Tsai: I told them how every day I heard upper management talk this kind of talk about getting under the bosses desk for a promotion until it was the joke of every day. Even Greg Morris said it was being talked about everyday. Mr. Stevenson told me he was not going to fire anyone for this type of behavior but he would talk to each one of them. I asked him to please let Steve Page know he was to be a leader and be an example for others to follow. I also told about Bob Parsons, Automation management, white, male, approx 35 years old. Devin Baxley, Automation management, white, male, approx. 35 years old. Also all in my office, Steve Page, Travis Hyman, and Brent Cutright. Mr. Stevenson said "he would get back with me in a few months to see how things were going."



**Approx. 04/01/07- Denied Transfer from QC 2 to General Affairs/Switchboard Operator. A new hire named Daniell Courtney.**

**Approx. 04/5/07 – Intimidation** – Mr. Stevenson called me to come up to his office. I and Mr. Stevenson sat in the meeting room. I told him Steve Page had a problem with me and it made me uncomfortable was very noticeable. He snubbed me when he walked by and kept opening his knife and slapping it closed. I never saw the knife because I pretended I didn't hear it or that he or his actions bothered me but it did intimidated me.

**Approx. 4/9/07 – Harassment – Intimidation** – During the lunch hour, 12:00 – 1:00 Mr. Palmer, Maintenance and a wood craftsman, white, male, approx. 62 years old took the golf cart and ate lunch under the oak tree where the picnic table was to be placed when he completed the project. Mr. Palmer and I were excitedly talking about having a place outside to sit in the sun. The picnic table was to be used for the employees to use for break times or lunch times. When I returned to the office Steve Page and Travis Hyman stayed in the meeting room for approximately 1 to 2 hours on the phone back and forth, even talking to David Trammel and I didn't know who else

at the time. But David Trammel called me and asked for Steve Page and I told him he was in the meeting room and he said "well he just called me." I carried him another portable phone.

**Approx. 4/10/07 – Intimidation –** I was on my way out for lunch and Mr. Palmer asked me did I get into trouble yesterday for eating lunch with him. I said "well no." Mr. Palmer had been called by Kevin Stogner, Maintenance Manager, white, male, approx. 43 years old on the day before and asked what was he and Cheryl Powell doing in the woods during lunch time in the golf cart. Kevin Stogner told Mr. Palmer Steve Page had called and told him he and I were in the woods together. I was insulted, humiliated, and intimidated for the accusation. I was on my way to the Personnel department to talk with Mr. Stevenson about what Steve Page had said. I pulled into the Personnel parking lot and realized it was too early to go in and wait for Mr. Stevenson to return from lunch. I went into my parking lot and walked up to my building, I noticed Travis Hyman was behind me coming in the same time as I. When I approached the usual way I enter our office I saw where the steam value was spewing water all up and down the ramp. I turned around walked back down the ramp and entered the building through the Filament dock and went into the QC 2 office from the Filament 2 office. I then called Mr. Stevenson around 3:00 (my 2nd break) and told him of what had been told about me. I told him it looked as if Steve Page was after me. He assured me he would talk with Steve Page and he thought everything would be alright.

**Approx. 4/25/07 – Intimidation – Sexual Harassment –** Steve Page was called into the Administrative Building, when he returned he came in smiling, sat and laid back into Brent Cutright's chair (which is right behind me) and said "Well I just got my sugar! I knocked on Mr. Lin's, (EVP of Taiwan, Asian, approx. 72 years old) door and walked right on in." Travis Hyman said "I guess it's time for me to go get mine!" I tried to block this sexually oriented conversation out of mind and continued to be productive at my job.

**5/22/07 – Leading up to Final Retaliation -** Safety department called for Steve Page. I told Steve Page's wife (Sharon Page, Administrative Assistant for Safety department, white, female, approx. 45years old.) he wasn't in the office yet but would you like for me to give him a message? Sharon Page said "Cheryl tell Steve he has to have a *Return to Work Release* from the doctor before he can come back to work. He's not special." I wrote the message as I always do and put it on his desk that he needed the doctor's return to work release. Approx. 8:30 a.m. Steve Page came in he wadded the message up and threw it in the trash can. I told him also Safety had called and left the message. He brought over to me a hand written *Involuntary Termination Notice* to type in regards to Mr. Edward Graham, a material warehouse operator, black, male, 58 years old, and his early retirement date was scheduled for June 14, 2007. Bruce Chen came out of the morning meeting and Steve Page called him over to his desk and said I just fired Mr. Graham for a safety violation, you know the one that has applied for early retirement? Bruce Chen said yes. He does not care. At 11:00 a.m. Safety Department head, Ms. Kathy Lewis, called and asked "did you




give Steve Page the message? We have to have his *Return to Work Release* and I'm not teasing!" I gave Steve Page the message and he called his doctor. At 12:40 p.m. I saw the fax come in our office from the doctor that Steve Page was released from the doctor.

**5/23/07 – Leading up to Final Retaliation** – Early Wednesday morning 08:12 a.m. Steve Page came in with Mr. Edward Graham's file, handed it to me and told Mr. Eric Hannah, QCAP 2 Ass't Supv. and me that Mr. Graham was gone, early retirement! Just smiling. I called Mr. Stevenson and asked may I come up to see him. I went in to say I thought Steve Page broke the rules because he fired Mr. Edward Graham whenever he was not even suppose to be back at work until he had been to Safety with the *Return to Work Release* from the doctor. Mr. Stevenson said some people they let come to work without the *Return to Work Release* and others they send home or back to the doctor to get the form. I asked him is there a difference in handling management and operators? Because I have to send our operators back to safety before they can come into the work area.

**5/24/07 – Final Retaliation Fired** – Approx. 8:20 – 8:30 a.m I walked up to Brandi's, Administrative Ass't, white, female, approx. 25 years old, desk asked her if she had any lot confirm sheets ready and was going to pick up my Abnormal report which comes to her printer from the Personnel department every Thursday a.m., Friday a.m., Monday a.m., Tuesday a.m., and sometimes on Wednesday a.m. Mostly by 8:10 each day that it is sent. While I'm there at her desk my friend Ronny Cox, finish oil operator in training, white, male, 56 years old came from his morning meeting and before he went to the 3rd floor to start on his daily duties he stopped at Brandi's desk and asked her if she would order some oil that day because his trainer Terry Morris, finish oil operator, white, male, approx 46 years old had fallen yesterday and broke his foot and he needed her help  At that moment Steve Page came to me pointed his finger at me and said "get to work!" "get to work", in a loud voice, then he pointed to Ronny Cox and told him to get upstairs. I went to my desk. Steve Page told me he would now sign for any approvals for my vacations and absences. So I took the A/V off Travis's desk (I was asking for the 29th off at 10:00 to go to my doctor's appointment.) I asked him when did this start? He said and I'll be doing your evaluations too. I said you have never signed off on my evaluations. When did this come about? He said change your attitude Cheryl. I said "Steve the way you have addressed this issue I'm very upset. I was doing my work. If you would have asked me or giving me a chance to tell you, you would have known I was working." Steve Page said it looked to me as if you were socializing. I told him what it appeared to be and what it was are different things. He should have asked me. Approx. 10:00 a.m. Eric Watson, QCAP 1 Ass't Supv., white, male, approx. 28 years old came over to our office and sat in Steve Page's desk. Automation Devin Baxley came into our office and the conversation turned to the topic of homosexuality. Devin Baxley turned to leave, I stood up, asked him to come back. I looked at each man, Devin Baxley, Travis Hyman, Eric Watson, Brent Cutright and said I do not want to hear any of this type of talk in this office please. This offends me. Devin Baxley apologized. All the men left the office. Around 11:50, Steve Page came to

my desk told me to get in the golf cart with him that we were going to the Administration Building. I chose to walk. I then went into the meeting room with Steve Page and Mr. Stevenson and Mr. Stevenson said my boss had decided to separate me from the company because of socializing on the job.

03CD000017
18502.0019

12. Were other individuals treated better under the same or similar circumstances? ✓ Yes ___ No If yes, complete the following:

| Name | Job Title | Race | Sex | Age | National Origin | Religion | Supervisor's Name |
|---|---|---|---|---|---|---|---|
| Brandi Morris | Admin Ass't | W | F | 25 | US Citizen | unknown | Greg Huggins |
| Brief description of this individual's treatment: Brandi has been at her desk only a few times @ 8:00 AM. Usually she comes in late each morning, after lunch + always the 1st to leave at lunch + afternoons. Not even written, oral, or a letter of counseling. ||||||||
| Steve Page & Travis Hymen | Managers | ① W ② Black | ① M ② M | ① 40 ② approx 46 | ① ? ② US citizen | ① ? ② unknown | ① ? ② Bruce Chen |
| Brief description of this individual's treatment: Whenever late in the mornings, after lunch, or even left for personal time, was not recorded on the AV's (absent + vacation cards) we are responsible for. ||||||||

13. Were other individuals treated the same or worse as you under the same or similar circumstances? ___ Yes ✓ No If yes, complete the following:

| Name | Job Title | Race | Sex | Age | National Origin | Religion | Supervisor's Name |
|---|---|---|---|---|---|---|---|
| | | | | | | | |
| Brief description of this individual's treatment ||||||||
| | | | | | | | |
| Brief description of this individual's treatment ||||||||

14. Were there any witnesses to the events? ✓ Yes ___ No

15. Do those individuals have relevant, first-hand information that is material to this complaint? ✓ Yes ___ No

16. Are those individuals willing to speak with the Commission about this complaint? unknown Yes unknown No If yes, please provide the following information on each individual: *(Attach extra sheets for additional witnesses)*

Witness Name: _____
    (First)    (Middle)    (Last)

Mailing Address: _____

City: _____ State: _____ Zip: _____

Telephone Number: Home (___) _____ Work: (___) _____
    (Area Code)    (Area Code)

Cell: (___) _____ Beeper: (___) _____
(Area Code)    (Area Code)

E-mail Address: _____

*Emp*
*Rev 10/13/03 3:26 PM*
*6 of 7*

03CD000018
18502.0019





## Settlement Information

What is the minimum relief you would accept to settle this complaint?

___ Your job back   ___ Seniority   ___ Benefits   ___ Back Pay

✓ Other   To the fullest extent of punishment.

## Contact Information

Provide the following information on how the Commission may contact you during the Commission's regular workday hours.

Home: (843) 374-3190   Hours: anytime
Work: (843) 374-3190 /843-598-0617   Hours: anytime

Provide the following information on a person who will know where you can be reached. This individual should be someone who DOES NOT LIVE with you.

Contact Individual's Name: Powell, Mary Ann
  (Last) (First) (Middle) (Last)

Mailing Address: P.O. Box 656
City: Johnsonville   State: SC   Zip: 29555
Telephone Number: Home (843) 386-2202   Work: (843) 386-2202
  (Area Code)  (Area Code)
Cell: (—) N/A   Beeper: (—) N/A
  (Area Code)  (Area Code)
E-mail Address: N/A

Do you have an attorney representing you in this matter? ___ Yes  ✓ No   If yes, your attorney must send a *Letter of Representation* to the South Carolina Human Affairs Commission. The Commission cannot discuss any matter pertaining to your complaint with the attorney until it receives the Letter of Representation.

It is your responsibility to notify the Commission immediately if you change your address or telephone number. If you cannot be contacted because you have not met these responsibilities, your complaint may be dismissed. You must provide a telephone number by which the investigator can contact you during the Commission's normal business hours (8:30 A.M. to 5:00 P.M. Monday through Friday).

I have read (or it has been read to me) this document and understand the above information. I understand that the South Carolina Human Affairs Commission makes no promises or guarantees to me as to the possible outcome or results of this complaint. I certify that all of the information contained in this questionnaire is true, accurate, and factual to the best of my knowledge, information and belief.

Signature of Complainant: *Mary J. Powell*   Date: 6/9/07

Emp
Rev 10/13/03 3:26 PM
7 of 7

03CD000019
18502.0019