# WITNESS STATEMENT OF TIM HARVEY

PERSONALLY APPEARED, Tim Harvey, who, being duly sworn, stated as follows:

1. My name is Tim Harvey. I will have worked at the Nan Ya Plastics Corporation, America, Lake City plant for twelve years in July.

2. Since 2005, I have held the position of Section Manager in the General Affairs Section.

3. During the beginning 2007 I was aware that Cheryl Powell was interested in transferring from the Quality Control Department to an open position in my Section.

4. At this time, I am simply not sure how I became aware of her interest.

5. Above me in the Chain of Command is the Director of Administration (Andy Chen).

6. From past experiences I knew that Andy Chen was disinclined to consider internal transfers because it had the potential to interfere with interdepartmental relationships and it forced the company to cross-train the transferred employee as well as still hiring and training a person for the vacated position.

7. For the reasons listed above, I chose to recruit a candidate from outside the company.

Pursuant to 28 U.S.C. §1746, I declare under penalty and perjury that the foregoing is true and correct.

_____
Tim Harvey

Dated this 20TH day of May.