# WITNESS STATEMENT OF TRAVIS HYMAN

PERSONALLY APPEARED, Travis Hyman, who, being duly sworn, stated as follows:

1. My name is Travis Hyman. I will have worked at the Nan Ya Plastics Corporation, America, Lake City plant for seventeen years in June.

2. Since 2000, I have held the position of Assistant Manager in the Quality Control Department.

3. From the time when Cheryl Powell began working at Nan Ya, I have been one of her supervisors.

4. Above me in the Chain of Command is the Director of Quality Control (Bruce Chen), the Quality Control Section Manager (David Trammel), and the Auto Packing Section Manager (Stephen Page). They are all considered Ms. Powell's supervisors as well.

5. Cheryl has made statements that involve me as part of a lawsuit against Nan Ya.

6. Cheryl stated that I asked her to go by Bruce's office every morning when she arrived at work so that he could see she arrived at work.

7. I did ask Cheryl to do this as I was trying to ensure that Cheryl came to work on time and that Bruce saw her arrive on time.

8. Cheryl had a problem getting to work on time and returning to work from her lunch break on time.

9. Bruce saw Cheryl come in late several times. Bruce discussed Cheryl's tardiness with David, Stephen, and me. He told us we needed to do a better job as managers and make sure Cheryl came to work on time.

10. Cheryl also discussed an incident that happened when my mother was very sick. Cheryl gave me a hug when I was having a hard day dealing with my mother being sick. I thanked Cheryl for the hug and told her that her expression of sympathy meant a lot to me. I did not

make any inappropriate comments about the hug or insinuate that the hug meant anything more.

11. Also, Cheryl had mentioned that she wanted to transfer to the General Affairs Section at Nan Ya to an Administrative Assistant position.

12. There is no formal process for a salaried employee to ask for a transfer at Nan Ya. I was aware that Stephen Page and Bruce Chen had informed Tim Harvey and Andy Chen that Cheryl was interested in transferring to General Affairs, so I did not take any other action. Tim Harvey was the Section Manager of General Affairs and was responsible for hiring someone in this position. Andy Chen was the Director of the Administration Department.

13. I never heard anything back about her transferring.

14. I had no control over the General Affairs Section and whether it would agree to accept the transfer of an employee from the Quality Control Department.

15. I had no decision-making authority over who received the job in the General Affairs Section.

Pursuant to 28 U.S.C. §1746, I declare under penalty and perjury that the foregoing is true and correct.

_____
Travis Hyman  5/20

Dated this 20 day of May.