## WITNESS STATEMENT OF JIM LIU

PERSONALLY APPEARED, Jim Liu, who, being duly sworn, stated as follows:

1. My name is Jim Liu. I have worked at the Nan Ya Plastics Corporation, America, Lake City plant since 1992.

2. I hold the position of Project Director in the Plant Manager's Office.

3. My office is in the Administration Building. However, occasionally I review reports or handle business in the Quality Control Department, and I would sit at a desk in the office shared by Cheryl Powell and others.

4. In May of 2007, I was in Ms. Powell's office and overheard her arguing loudly with Stephen Page in a confrontational manner. Ms. Powell's behavior was rude, loud and insubordinate.

5. Ms. Powell's behavior towards her supervisor was completely inappropriate.

6. Later that day, Bruce Chen, Director of Quality Control, and Eric Stevenson, Assistant Director and Personnel Manager, asked me at separate times if I had witnessed anything between Ms. Powell and Mr. Page.

7. I told both Mr. Chen and Mr. Stevenson that I heard Ms. Powell argue loudly with Mr. Page and confront him in an insubordinate manner.

Pursuant to 28 U.S.C. §1746, I declare under penalty and perjury that the foregoing is true and correct.

_____ 5/19/09
Jim Liu

Dated this 19 day of May.