## WITNESS STATEMENT OF BRANDY MORRIS

PERSONALLY APPEARED, Brandy Morris, who, being duly sworn, stated as follows:

1. My name is Brandy Morris. I currently reside in Lake City, South Carolina.

2. I am an Administrative Assistant at Nan Ya Plastics Corporation, America, in Lake City, South Carolina.

3. I work in the Partially Oriented Yarn (POY) II Department.

4. I have been employed by Nan Ya for four years as of January 2009.

5. My direct supervisor is Greg Huggins.

6. I work in a different department from where Cheryl Powell worked, but our offices were very close.

7. Ms. Powell had to come to my office on some mornings in order to obtain the payroll report, which was printed at my desk. Her boyfriend, Ronnie Cox, had to come through the office sometimes for other business reasons.

8. On the morning of May 24, 2007, Ms. Powell and Mr. Cox were at my desk. While Ms. Powell and Mr. Cox had legitimate reasons for being in the office at various times during the day, at this particular moment all three of us were discussing a coworker who had been injured.

9. Stephen Page walked through my office at that time and told Ms. Powell, "You need to get back to your work area."

10. Mr. Page was not being rude, but was simply telling Ms. Powell to go back to her office. I assumed this was because she and Mr. Cox were standing at my desk, and it looked unprofessional since they were dating.

11. Ms. Powell got very upset in response to Mr. Page's request and made several comments to Mr. Page. I could not hear all the comments.

12. After making comments to Mr. Page, Ms. Powell turned to me, glaring, and declared in a very loud voice, "From now on, I'll just have to make an appointment to see you."

13. Ms. Powell then continued to mumble loudly on her way back to her desk.

14. Ms. Powell's body language and tone of voice was completely inappropriate.

15. Mr. Page's face showed that he was appalled by the conduct.

16. I was unable to hear any other comments, but I felt that Ms. Powell's behavior was very inappropriate and thought to myself that she would probably get terminated for her behavior.

Pursuant to 28 U.S.C. §1746, I declare under penalty and perjury that the foregoing is true and correct.

Brandy Morris

Dated this 19 day of May, 2009.

Columbia 229306.1