# WITNESS STATEMENT OF STEPHEN PAGE

PERSONALLY APPEARED, Stephen Page, who, being duly sworn, stated as follows:

1. My name is Stephen Page. I have worked at the Nan Ya Plastics Corporation, America, Lake City plant as the Quality Control, Auto Packing Section Manager for about eight years.

2. Bruce Chen is the Director of Quality Control. There are two section managers for the Quality Control Department, the Quality Control Section Manager, and the Auto Packing Section Manager.

3. There are three administrative assistants in Quality Control that are all supervised by the various managers.

4. At the time Cheryl was terminated, she was supervised by David Trammel, Travis Hyman, and me. Bruce would have had final authority over her.

5. Cheryl had a chronic tardiness problem.

6. Bruce saw Cheryl come in late several times and discussed her tardiness with David, Travis, and me. He told us we needed to do a better job as managers and make sure she came to work on time.

7. We all tried to better manage Cheryl's chronic problem with tardiness.

8. In February of 2007, Cheryl received a warning in an attempt to stress to Cheryl how important it was for her to arrive at work on time.

9. Cheryl then received another warning in March 0f 2007 as she continued to be tardy.

Pursuant to 28 U.S.C. §1746, I declare under penalty and perjury that the foregoing is true and correct.

_____
Stephen Page

Dated this 19 day of May.