# WITNESS STATEMENT OF DAVID TRAMMEL

PERSONALLY APPEARED, David Trammel, who, being duly sworn, stated as follows:

1. My name is David Trammel. I worked at Nan Ya Plastics Corporation, America's Lake City, South Carolina plant for 16 years. I left to take another job last year. I began working in November 1991 as a Production Supervisor in the POY-1 Area. I also served in several different capacities before becoming the Assistant Section Manager in Quality Control. I later became the Quality Control Section Manager.

2. I knew Cheryl Powell while I worked for Nan Ya. I was either an Assistant Section Manager or Section Manager in QC while she worked in the department as an Administrative Assistant. There are two QC offices, QC I and QC II. There were times when Cheryl Powell and I worked together in the QC I office. Towards the end of her employment, she worked in the QC II office and I worked in the QC I office. These offices are physically separated by several hundred yards.

3. At the time of Cheryl Powell's termination, Bruce Chen was the Director of Quality Control. He was my direct supervisor. I was Quality Control Section Manager and Travis Hyman was Quality Control Assistant Section Manager. Steve Page was the Section Manager for QCAP or Quality Control Auto Packing. My office was in the QC I office. Travis and Steve were in QC II. Bruce Chen has several offices, including one in QC I and QC II. He moved from place to place.

4. There were three Administrative Assistants in the QC Department. They all worked for Bruce Chen. However, Steve Page and I alternated in evaluating Administrative Assistants. There was no set pattern as to when Steve would evaluate them and when I would evaluate them. Bruce Chen usually used me for any personnel type issues, such as disciplinary actions, etc.

5. The document marked as "Defendant's Exhibit 6," and attached to this statement, is a Personnel Evaluation I completed for Cheryl Powell in 2004 for performance year 2003. She received a "C" which is an "improvement needed." This means that she received no raise. Out of the 70 employees in my section, there was usually no one who received a ranking that low. I cannot remember there ever being more than one "C" in any given year.

6. In Defendant's Exhibit 6, I noted that Cheryl had a problem with punctuality. This was typical throughout her employment. Cheryl had chronic issues with being late to work and late to lunch. It was usually only five or ten minutes. We would verbally counsel Cheryl and work with her. She would get better for a while and then she would return to her old lateness patterns. Because of the Managers' duties in the plant, often Cheryl could come to work or return from lunch late without us knowing. However, when we saw her, we would try to encourage her to be more punctual. I specifically noted in Defendant's Exhibit 6 that punctuality was an issue and she said she would be more punctual. However, this did not last.

7. I also noted in Defendant's Exhibit 6 that she needed to repeat instructions and training. Cheryl could answer the phone, file documents, and make copies. However, she continually struggled with learning even the most basic computer programs. She could not be relied on to accurately run reports, retrieve information from the computer system or the like. At times, I can remember other Admin Assistants complaining that we always went to them for the more complex jobs because Cheryl just could not do the work.

8. The entire time I was working in the QC Department of Nan Ya, Cheryl Powell was the worst Administrative Assistant we had. We all liked Cheryl as a person and covered for her, but she always struggled to achieve marginal performance.

9. The attached document called "Defendant's Exhibit 5" is a Performance Evaluation I did for Cheryl in 2003 for calendar year 2002, I noted that she needed to focus on time management. This was a reflection of her continual tardiness problem. I also noted that

she needed to understand reports, etc. She received a "competent" ranking which qualified for her pay raise. At this point in her career, Cheryl had been there several years and should have started developing into an experienced Admin Assistant. However, she failed to do so and continued to have tardiness problems.

10. The attachment marked "Defendant's Exhibit 9" is an employee evaluation I completed in 2005 for calendar year 2004. I noted that she was "improving" and that she felt that she had the ability to do better. I also said that she needed to learn more computer skills and improve her speed. Cheryl was still a marginal employee at this time and had tardiness problems. However, if I had marked her as "needing improvement" for a second year in a row, her employment would have been terminated. For this reason, I said what little positive I could say about her to save her job.

11. The attachment marked "Defendant's Exhibit 10" is an evaluation I gave Cheryl Powell in 2006 for calendar year 2005. I still noted that she needs to work on her technical abilities with reports, charts, etc. Cheryl continued to have problems. I noted her strengths to be "office housekeeping" and "courteous phone skills." This should show that I was struggling to find something nice to say about her on her evaluation. This was the last evaluation that I gave Cheryl while she was at Nan Ya. After that, Steve Page evaluated her for a couple of years.

12. I was involved in a warning that was given to Cheryl Powell on February 21, 2007. It is attached and marked as "Defendant's Exhibit 11." I correctly noted that we had discussed attendance issues with her for years. I then warned her because she was five minutes late on February 15, 2007 and four minutes late on February 20, 2007.

13. Even though these were not long periods, they were very typical of Cheryl's tardiness patterns. Defendant's Exhibit 11 was a result of a Bruce Chen personally observing Cheryl being late on several occasions. Bruce was only in the QC Office from time to time. He told Page and me very pointedly that he wanted something done about Cheryl's tardiness. In

fact, he told us he did not believe we were doing a good job as Section Mangers if we could not get her to work on time. We knew Cheryl had had a continuing problem with tardiness so we gave her a written warning. I met with Cheryl, Steve Page, and Travis Hyman to give her the warning. Cheryl became upset and said that she did not think four or five minutes tardiness would really matter because of the "lax" atmosphere. At some point during the conversation, we told her that tardiness was not professional. She then said that other people in the office made unprofessional comments. She mentioned that some people have said that employees must get "under the boss' desk to get a promotion."

14. When I heard this comment, I told her that I would have to have Personnel investigate due to our Harassment Policy. She did not want Personnel to investigate, but I told her that under the Company's Harassment Policy, I had no option. I reported this to Eric Stevenson in the Personnel Office. It is my understanding that he conducted an investigation. I was not involved in the investigation. However, he followed up with several people.

15. Several days later, Cheryl was late again coming back from lunch. I was surprised that she was late again so soon. We gave a letter of counseling on March 1, 2009. It is attached as "Defendant's Exhibit 12." We made comments on the counseling that indicated she believed the counseling was connected to her upcoming evaluation. All we wanted her to do was to come to work on time. Cheryl made several comments regarding managers' use of time in the office. Managers should be using their time efficiently like everyone else. However, managers do not get paid overtime. The managers of Nan Ya usually come to work between 7:00 and 7:30 in the morning and work past 5:00 in the afternoon.

16. Cheryl's employment was terminated a couple of months later. I do not remember the exact date. I was not personally involved in the termination.

Pursuant to 28 U.S.C. §1746, I declare under penalty and perjury that the foregoing is true and correct.

David Trammel

Dated this 26th day of April, 2009

```
NAN YA PLASTICS CORP.-AMI  CA                    Print on 1/17/03
Personnel Action Form - Cnange                   Return Before 3/ 1/03
============================ Employee Information ============================
Name :POWELL        CHERYL      H.       Social Security No:250133244
Alias:POWELL,CHERYL,H.
Original Hire Date  :   3/08/99          FPG-USA Hire Date :  3/08/99
Recently Rehire Date:   3/08/99          Affiliate Transfer Date :  0/00/00
====================== New Employee or Present Data ======================
                Present  Data              New  (** must be filled)
```

| | Present Data | New (** must be filled) |
|---|---|---|
| Effect Date | | |
| Location Name | NAN YA PLASTICS CORP, A NALC | 3/1 00 ** |
| Department Name | Q.C. DEPARTMENT OFFICE   6310 | 6310 |
| Job Code & Title | ADAS ADMINISTRATIVE ASSISTAN | ADAS |
| Job Grade/Category | 05 Assistant           AT | 05 |
| Performance Rating /Merit Increase % | Merit Increase    4.0 % | PG B    Merit  4.0 % |
| Promotional/Special Increase% (If any) | X Prorated Factor  .9808 | Promo. ____ %  Special ___ % |
| Total Increase % | = Prorated Merit Increase 3.923 % | Total 28 % 3.923 |
| Yearly Base Salary or Hourly Wage | 21,030.00 | $21,855 |
| Original Review Date | 3/08/03 | New review Date 3/1/04 ** |

```
====================== Comments & Information ======================
                    In grade 05 .XX  ######   Merit Increase   ######
                    Min:   19600.00  Compa-Ratio    C  B  A  A+
                    Mid:   26300.00
                    Max:   29400.00  .80 (<=.79)       4.00 5.00 6.00
                    ---------------  .80 To  .89       3.50 4.50 5.50
                    Compa-Ratio is   .90 To 1.00       3.00 4.00 5.00
                    Curr. salary/Mid 1.01 To 1.09      2.50 3.50 4.50
                    =   .79          1.09(>=1.10)      2.00 3.00 4.00
```

Salary History (up to latest three)

| Effect Date | Loc. Code | Dept Code | Job Grade | Job Cat. | Salary /Wage | Perfm. Rating | Incrs% Merit | Incrs% Promo. | Incrs% Speci. | Incrs% Total |
|---|---|---|---|---|---|---|---|---|---|---|
| 3/08/02 | NALC | 6310 | 05 | AT | 21,030.00 | B | 4.00 | | | 4.00 |
| 3/08/01 | NALC | 6310 | 05 | AT | 20,221.00 | B | 3.50 | 4.00 | | 7.50 |
| 3/08/00 | NALC | 6310 | 04 | AT | 18,810.00 | A | 4.50 | | | 4.50 |

```
============================= Approvals =============================
1. Supervisor / Department Manager    3. Division Head

Name:                                 Name:
------------------------------        ------------------------------
Date:       7/10/03                   Date:   4-21-03
------------------------------        ------------------------------
2. Plant Manager / Director           4. President Office

Name:                                 Name:
------------------------------        ------------------------------
Date:                                 Date:
===================== Personnel/Payroll Only =====================
Emp.Status:A /   Class.:F /   Group:S /      Pay Schedule Date: 15 MAY 2003

Personnel:           4/23/03                 Payroll:
```

DEFENDANT'S
EXHIBIT
5
Powell

# RATING SUMMARY

Side 1

Employee _Cheryl P._____ Evaluation Date __/__/__
Position _____ Hire Anniversary Date __/__/__

## HUMAN RESOURCE DEVELOPMENT PERFORMANCE RATING

| | | Evaluation Points |
|---|---|---|
| • | **PART A: FOR ALL EMPLOYEES** | |
| 1. | **DEVELOPMENT OF SELF** Degree to which growth and continual improvement is sought, as evidenced by creating and implementing an Individual Development Plan, and meeting Master Training Plan requirements. | 7 |
| 2. | **COLLABORATION** Able to work/cooperate with others on an individual or group basis. | 7 |
| 3. | **DILIGENCE AND ETHICS** Earnest and persistent effort to accomplish what is undertaken while adhering to strong ethical principles, and, working with honesty and integrity in dealings with co-workers and customers. | 7 |
| 4. | **GOAL SETTING AND ACHIEVEMENT** Able to define and prioritize goals/objectives and to carry out specific courses of action for self and/or others to achieve them; possesses extraordinary commitment of time and energy to ensure task/goal achievement. | 7 |
| 5. | **VERSATILITY** Able to modify one's own behavioral style to respond to the needs of others while maintaining one's own objectives and sense of dignity. | 7 |
| | | |
| • | **PART B: FOR ALL SUPERVISOR AND ABOVE POSITIONS** | |
| 6. | **LEADERSHIP** Able to influence the actions and opinions of others in a desired direction: exhibits judgment in leading others to worthwhile objectives. A leader is someone who develops and inspires a realistic, achievable shared vision, challenges the process, enables others to act in a planned manner in order to attain practical results, and with emotional maturity, models the way while encouraging the heart. | / |
| 7. | **DEVELOPMENT OF OTHERS** Effectiveness and thoroughness of managerial efforts to develop the knowledge, skills and abilities of subordinates, as measured by the implementation of staff Individual Development Plans, attaining Departmental Master Training Plan objectives, and the diligence displayed in meeting the requirements of the *Performance Review and Evaluation Guideline*. | / |
| | **AVERAGE of EVALUATION POINTS** | |

*See Section 6.4 for an explanation of EVALUATION POINTS and how they relate to a person's Performance Grade and Rating.

I.    **HUMAN RESOURCE DEVELOPMENT PERFORMANCE RATING [30% weight]**
         Average of Evaluation Points (from above) _7_ x .30 =          _21_

II.   **INDIVIDUAL ANNUAL GOALS [70% weight]**
         Average of Evaluation Points (from Attachment 1) _11_ x .70 =   _54_

III.  **RECOMMENDED OVERALL RATING SUMMARY - EVALUATION POINTS**          _75_

| YOUR RATING IS [Circle One] | OUTSTANDING A+ 93 - 100 | EXCEEDS EXPECTATIONS A 85 - 92 | COMPETENT B 70 - 84 | IMPROVEMENT NEEDED C 60 - 69 | NOT ACCEPTABLE D 59 and below |
|---|---|---|---|---|---|

### SIDE 2 MUST BE COMPLETED [SEE OVER]

QUALITER

FORM PN040
REV 5/99

01AA000036
18502.0019 Personnel File

# RATING SUMMARY

Side 2

**This side must be completed prior to submission and final approval.**

**Immediate Supervisor's Comments:**

Overall good Admin. Asst. Need to Focus on Time Mgmt.
Understand Details of reports and what Mgr. is looking for in reports.

**Employee has these particular strengths:**

1. Cost
2. Safety & Housekeeping
3. Helpful.

**Areas for further development or improvement are:**

1. Time management.
2. Analysis of Admin. paperwork. Spot potential problems and bring to Mgrs. attention.

Initial Preparation By _____ Date 2/10/03
(Immediate Supervisor)

**Employee's Comments:**

Employee's Signature _____ Date 2/10/03

**Approving Manager's Comments:**

Approved By _____ Date __/__/__

**Original of this document to Personnel Department**

- **ATTACH ADDITIONAL SHEET IF MORE SPACE IS REQUIRED**

01AA000037
18502.0019 Personnel File

# INDIVIDUAL ANNUAL GOALS

## For (Year) 2004 _____

2. Print one copy of this sheet at the beginning of each calendar year. Review these goals once a quarter. Employee Name: _Cheryl Powell_
   At the close of the annual evaluation make a copy of this form and the previous years goals to attach to the evaluation form.
3. List Overall Evaluation Points on the copy that is attached to the evaluation.

Reviewed By _____

| Employee and Svr/Mgr Initial and Date at each Quarterly Review | March | June | September | December |
|---|---|---|---|---|
| | | | | |

## For Salary Employees (Section Manager and above use form # PN42)

(To be filled out on the copy attached to the evaluation)

| Goal # | (1) Description of Goals/Responsibilities | (2) Performance Expectations; Standards | (3) Target Date | (4) Self-Evaluation: Actual Performance vs. Standards | (5) Supervisor's Evaluation | Evaluation Points |
|---|---|---|---|---|---|---|
| 1. | SAFETY | Data Entry for Safety Council Mtgs. Provide the paperwork for topic to be trained. Alert supv. When any employee did not get trained. | New Year | | | |
| 2. | RESPONSIBILITY | To be precise and accurate, pay close attention to detail and instructions made to me by my Department Head as well as my immediate supervisor. Push for the Excel program to be reinstalled to generate error free COA's. This will provide a more controlled COA that will show the customer a little variance in the different lots. Much time saved by using the Excel worksheet comparison than looking up previous history in the hard copies due to not accessible on access program. | New Year | | | |
| 3. | COST CONTROL | To encourage limited usage of supplies and monitor the budget for the lab and report status to manager. | New Year | | | |
| 4. | CUSTOMER SERVICE | Become more knowledgeable of all types of Staple Fiber requirements and the customers expectations. Deliver customers expectations | New Year | | | |
| 5. | HOUSEKEEPING | Maintain a clean kept office, which includes filing. | New Year | | | |

Overall Evaluation Points _____

Form #: PN41 Rev. 5/99 See Section 6.4 of the Guideline for Performance Review and Evaluation for Performance Ratings, Performance Grades and Evaluation Points.

Page 1 of 1

01AA000038
18502.0019 Personnel File

# INDIVIDUAL ANNUAL GOALS

Employee Name: Cheryl Powell

## For (Year) 2002-2003 _____

Reviewed By: _____

1. Print one copy of this sheet at the beginning of each calendar year. Review these goals once a quarter.
2. At the time of the annual evaluation make a copy of this form and the previous years goals to attach to the evaluation form.
3. List Overall Evaluation Points on the copy that is attached to the evaluation.

| | | | | |
|---|---|---|---|---|
| 6. | SAFETY | Work smarter to avoid mistakes that could cause confusion to others. | Now | First. Making my surroundings 100% safe within my capacity. For Admin. Responsibility I've learned of the Monthly Safety Meeting importance. | *(good.)* | 9 |

SOURCE

Form #: PN41 Rev. 3/99 See Section 6.4 of the Guideline for Performance Review and Evaluation for Performance Ratings, Performance Grades and Evaluation Points.

01AA000039
18502.0019 Personnel File

# INDIVIDUAL ANNUAL GOALS

1. Print one copy of this sheet at the beginning of each calendar year. Review these goals once a quarter.
2. At the time of the annual evaluation make a copy of this form and file previous years goals to attach to the evaluation.

**For (Year) 2002-2002**

Employee Name: Cheryl Powell

3. List Overall Evaluation Points on the copy that is attached to the evaluation.

Employee and Sup/Mgr Initial and Date
at each Quarterly Review

Reviewed By: _____

| March | June | September | December |
|---|---|---|---|

**For Salary Employees** (Section Manager and above use Form # PN42)

(To be filled out on the copy attached to the evaluation)

Overall Evaluation Points

| Goal # | (1) Description of Goals/Responsibilities | (2) Performance Expectations: Standards | (3) Target Date | (4) Self-Evaluation: Actual Performance vs. Standards | (5) Supervisor's Evaluation | Evaluation Points |
|---|---|---|---|---|---|---|
| 1. | TRAINING | Always willing to learn new duties. | Now | Top notch. Took over all of QC daily Admin. Duties as well as Payroll. Created new folders to record logs, Sample Requisitions, Analysis Report, Filament Quality Report. Provide DTY/POY COA's for Sales. Getting a grip on all the extra filing. | — Study new detail. | 7 |
| 2. | STAPLE FIBER CUSTOMER REQUIREMENTS | Record on the COA's the physical properties, the customer expect to receive. Commitment for an error free COA every time. | Now | Better. Have created a formula that revises the COA when need to be within ranges. Banner year in fiber sales. Customers are pleased. | Good | 8 |
| 3. | COST / EXPENSE CONTROL | Deliver an accurate COA that the customer will always be satisfied that they will come back for more. Also, save the company money by using good judgement when purchasing office supplies, do not waste and utilize time wisely. Do not use overtime when a job is not urgent. | Now | Best. Banner year in fiber sales. Best. Limited time on OT, even when shipments have increased to 50 truckloads a day. Works smarter and more efficiently because of more responsibility given. Learning from the experiences. | 1. Jim need overtime. 2. Work on time budget. | 7 |
| 4. | STAPLE FIBER PHYSICAL LAB | Help the Physical Lab key properties of lots so it will free analysis to perform Quality testing on our products. | Now | Team player. I go in each morning to see if they need help and I key results. | o.k. | 7 |
| 5. | HOUSEKEEPING | Try to keep the office clean, organized, and files stored. | Now | Satisfactory. Always working on the appearance my work are and office. | Good | 8 |

Form #: PN41 Rev. 5/99  See Section 6.4 of the Guideline for Performance Review and Evaluation for Performance Ratings, Performance Grades and Evaluation Points.

Page 1 of 2

01AA000040
18502.0019 Personnel File

======================= Employee Information =======================

Name :POWELL        CHERYL        H.              Employee ID:  2201462
Alias:POWELL,CHERYL,H.
Original Hire Date  :    3/08/99          FPG-USA Hire Date :  3/08/99
Recently Rehire Date:    3/08/99       Affiliate Transfer Date :  0/00/00
======================= New Employee or Present Data =======================
                      Present  Data          New  (** must be filled)
                   --------------------    --------------------------
Effect Date                                    3/1/04 **
Location Name      NAN YA PLASTICS CORP, A NALC        NALC
                   --------------------    --------------------------
Department Name    Q.C. DEPARTMENT OFFICE  6310        6310
                   --------------------    --------------------------
Job Code & Title   ADAS ADMINISTRATIVE ASSISTAN   ADAS
                   --------------------    --------------------------
Job Grade/Category  05 Assistant        AT       05
                   --------------------    --------------------------
Performance Rating    Merit Increase    Ø  %   PG  C     Merit   Ø %
 /Merit Increase %
Promotional/Special  X Prorated Factor  1.0000   Promo. __ %  Special _ %
 Increase% (If any)
Total Increase %     = Prorated Merit    Ø  %   Total   Ø %
                       Increase
Yearly Base Salary   21,855.00                  $21,855
 or Hourly Wage    --------------
Original Review Date   3/01/04       New review Date  3/1/05 **
======================= Comments & Information =======================

| | | ###### | Merit Increase | ##### | | |
|---|---|---|---|---|---|---|
| In grade 05, | | Compa-Ratio | C | B | A | A+ |
| Min: 19600.00 | | | | | | |
| Mid: 26300.00 | | .80 (<=.79) | | 3.00 | 4.00 | 5.00 |
| Max: 29400.00 | | .80 To .89 | | 2.50 | 3.50 | 4.50 |
| | | .90 To 1.00 | | 2.00 | 3.00 | 4.00 |
| Compa-Ratio is | | 1.01 To 1.09 | | 1.50 | 2.50 | 3.50 |
| Curr. salary/Mid | | 1.09(>=1.10) | | 1.00 | 2.00 | 3.00 |
| = .83 | | | | | | |

======================= Salary History (up to latest three) =======================

| Effect Date | Loc. Code | Dept Code | Job Grade | Job Cat. | Salary /Wage | Perfm. Rating | Incrs% Merit | Incrs% Promo. | Incrs% Speci. | Incrs% Total |
|---|---|---|---|---|---|---|---|---|---|---|
| 3/01/03 | NALC | 6310 | 05 | AT | 21,855.00 | B | 3.92 | | | 3.92 |
| 3/08/02 | NALC | 6310 | 05 | AT | 21,030.00 | B | 4.00 | | | 4.00 |
| 3/08/01 | NALC | 6310 | 05 | AT | 20,221.00 | B | 3.50 | 4.00 | | 7.50 |

======================= Approvals =======================
1. Supervisor / Department Manager     3. Division Head

Name: _____            Name: _____

Date: 2-18-04                     Date: _____

2. Plant Manager / Director           4. President Office

Name: _____            Name: _____

Date: _____            Date: _____
======================= Personnel/Payroll Only =======================
Emp.Status:A /   Class.:F /   Group:S /   Pay Schedule Date: 15 JUN 2004

Personnel:              5/24    3/31    Payroll: SCANNED

DEFENDANT'S
EXHIBIT  6
Powell

# SALARY EVALUATION FORM

Page 1 of 2

Employee _Cheryl Powell_     Evaluation Date _3/1/04_

Position _Admin Asst._       Hire Date _3/8/99_

ID # _2201462_

## PERSONAL PERFORMANCE RATING

| | PART A: FOR ALL EMPLOYEES | Evaluation Points |
|---|---|---|
| 1. | **DEVELOPMENT OF SELF** Degree to which growth and continual improvement is sought. | 5/10 |
| 2. | **TEAMWORK** Able to work/cooperate with others on an individual or group basis. | 7/10 |
| 3. | **DILIGENCE AND ETHICS** Earnest and persistent effort to accomplish what is undertaken while adhering to strong ethical principles and working with honesty and integrity in dealing with co-workers and business associates. | 9/10 |
| 4. | **GOAL SETTING AND ACHIEVEMENT** Able to define and prioritize goals/objectives and to carryout specific courses of action for self and/or others to achieve them. Possesses commitment of time and energy to ensure task/goal achievement. | 5/10 |
| 5. | **VERSATILITY** Displays multi-functional skills and had the ability to handle different technical tasks. Demonstrates flexibility when working with others. | 5/10 |
| | PART B: FOR ALL ASSISTANT SUPERVISORS AND ABOVE POSITIONS | |
| 6. | **LEADERSHIP** Demonstrates effective leadership through inspiring a shared vision, challenging the process, enabling others to act, modeling the way, and encouraging the heart. | N/A |
| 7. | **DEVELOPMENT OF OTHERS** Effectiveness and thoroughness of managerial efforts to develop the knowledge, skills, abilities and performance of subordinates and others. | N/A |
| | **AVERAGE of PERSONAL PERFORMANCE POINTS** | 31/50 = 62 |

**I.   PERSONAL PERFORMANCE RATING [30% weight]**
Average of Evaluation Points (from above) _62_ x .30 = _18.6_

**II.  INDIVIDUAL ANNUAL GOALS [70% weight]**
Average of Evaluation Points (from Individual Annual Goals Sheet) _68_ x .70 = _47.6_

**III. RECOMMENDED OVERALL RATING SUMMARY**      _66.2_

| Recommended Rating Is: [Circle One] | OUTSTANDING A+ 93 - 100 | EXCEEDS EXPECTATIONS A 85 - 92 | COMPETENT B 70 - 84 | IMPROVEMENT NEEDED C 60 - 69 | NOT ACCEPTABLE D 59 and below |
|---|---|---|---|---|---|
| | | | | | |

SCANNED

P:\FORMS\PN040 - SALARY EVALUATION FORM

FORM PN040
REVISED 12/1/03

01AA000042
18502.0019 Personnel File

**This side must be completed prior to submission and final approval.**

**Immediate Supervisor's Comments:**

Cheryl does what is asked of her, but still requires repeat instruction and training. Punctuality is of the utmost importance.

**Employee has these particular strengths:**

1. Does what is Ask of her by Supervisor.

**Areas for further development or improvement are:**

1. Initiative
2. Follow-up/Recheck work.
3. Technical training/development.
4. Punctuality.

4. Accuracy/

Initial Preparation By _____ Date __/__/__
(Immediate Supervisor)

**Employee's Comments:**

1. I have purchased an Excell self help instructional book to teach myself more on technical issues when doing daily work +
2. I have started taking notes so I will always look back, this will improve my mistakes, therefore producing accuracy.
3. I will try to be more punctual & have more helpful to cover for Ann + Main.

Employee's Signature _Cheryl Powell_ Date _3/4/04_

**Approving Manager's Comments:**

Cheryl has worked here several years. By this time she should be performing at a higher level (technically, responsibility, etc). Improvement is Needed.

Approved By _____ Date __/__/__

**Send original document to the Personnel Section, along with the Personnel Action Form (PAF) and the employee's Individual Annual Goals.**

▪ **ATTACH ADDITIONAL SHEET IF MORE SPACE IS REQUIRED**

# INDIVIDUAL ANNUAL GOALS:

## For (Year) 2004

Print one copy of this sheet at the beginning of each calendar year. Review these goals once a quarter.
2. At the time of the annual evaluation make a copy of this form and the previous years goals to attach to the evaluation.
3. List Overall Evaluation Points on the copy that is attached to this evaluation.

Employee and Svr/Mgr Initial and Date at each Quarterly Review

| March | June | September | December |
|---|---|---|---|

Employee Name: Cheryl Powell          Reviewed By:

For Salary Employees (Section Manager and above use Form # PN42)          (To be filled out on the copy attached to the evaluation)          Overall Evaluation Points $\frac{34}{5} = 68$

| Goal # | (1) Description of Goals/Responsibilities | (2) Performance Expectations; Standards | (3) Target Date | (4) Self-Evaluation; Actual Performance vs. Standards | (5) Supervisor's Evaluation | Evaluation Points |
|---|---|---|---|---|---|---|
| 1. | SAFETY | Data Entry for Safety Council Mtgs. Provide the paperwork for topic to be trained. Alert supv. When any employee did not get trained. | New Year | There is so much more to this data entry. Demonstrate safety by wearing proper PPE in the restricted areas. Reported to Safety of the need for a sug to be placed in the clock in/out house to prevent a slip/fall when the ice storm hit. | Good. Need everyone to promote GPP by to get perfect attend. | 9/10 |
| 2. | RESPONSIBILITY | To be precise and accurate, pay close attention to detail and instructions made to me by my Department Head as well as my immediate supervisor. Push for the Excel program to be reinstalled to generate error free COA's. This will provide a more controlled COA that will show the customer a little variance in the different lots. Much time saved by using the Excel worksheet comparison than looking up previous history in the hard copies due to not accessible on access program. | New Year | Access program works well with the COA request by customers. Production of staple fiber is better, less changes are being made to COA's. | Since Greene on Corp, must strive for to have Winning for new living LIMS, and Controlls by Mgr. | 5/10 |
| 3. | COST CONTROL | To encourage limited usage of supplies and monitor the budget for the lab and report status to manager. | New Year | Created the record keeping system. Keeping a copy of store stock issue requests in the labs so the following shift will not order duplicates. | Need to Set a Goal and show improvement. (How else can you reduce cost) | 7/10 |
| 4. | CUSTOMER SERVICE | Become more knowledgeable of all types of Staple Fiber requirements and the customers expectations. Deliver | New Year | Provides the customer with a certificate that assures the fiber purchased is what they need. | How does case for reduce cost Good. | 6/10 |
| 5. | HOUSEKEEPING | Maintain a clean, kept office, which includes: filing. | New Year | Serves at banquets. I enjoy serving. Focusing on a clean, organized office and desk area. Do what I am told to do, be a team player, help where I can be of help to someone. | OK Need more initiative. Follow instructions. | 7/10 |

SCANNED

01AA000044
18502.0019 Personnel File

# INDIVIDUAL ANNUAL GOALS

1. Print one copy of this sheet at the beginning of each calendar year. Review these goals once a quarter.
2. At the time of the annual evaluation make a copy of this form and the previous years goals to attach to the evaluation form.
3. List Overall Evaluation Points on the copy that is intended to the evaluation.

For (Year) _2005_

Employee and SvrMgr Initial and Date at each Quarterly Review

| March | June | September | December |
|-------|------|-----------|----------|

For Salary Employees (Section Manager and above use Form # PM2)

Employee Name: _Cheryl Pennell_
Employee ID:

Reviewed By: _____

(To be filled out on the copy attached to the evaluation)

| Goal # | (1) Description of Goals/Responsibilities | (2) Performance Expectations; Standards | (3) Target Date | (4) Self-Evaluation: Actual Performance vs. Standards | (5) Supervisor's Evaluation | Evaluation Points |
|--------|-------------------------------------------|----------------------------------------|-----------------|------------------------------------------------------|----------------------------|-------------------|
| 1. | **Safety** <br> 1. Contribute to the beauty and safety of our surroundings. <br> 2. Create a safe and healthy workplace by reporting any preventable accidents. | 1. Communicate to my supervisor when I see a possible hazard for our people or myself. Lead by example. <br> 2. Wear PPE in required work area. <br> 3. Avoid careless actions and speech. | Today | | | |
| 2. | **Housekeeping** <br> 1. Create a clean office/Always organize the work area to keep it safe, and in an orderly fashion, presentable to visitors. | Put away what is not being used. Do what can be done and ask what needs to be done. Do what I say I can. | Today | | | |
| 3. | **Personnel/Payroll** <br> Become aware of changes in lives/Communicate with our people, serve our peoples' needs better. Assist when employees need personal assistance. | 1. Provides an accurate record of time in and out. Knowing the employees' need and providing what is available for them. <br> 2. Always have a caring attitude, helpful to each employee. | Today | | | |
| 4. | **Data Entry/Reports/Charts** <br> Prepare correctly 1st time, be efficient/Deliver professionally. | 1. Be fast, quick when charting dynafil, denier charts. <br> 2. Be readily available for accessing. <br> 3. Transform idleness into focusing on priority. Become fast. Study the management needs and provide for their successfulness. | Today | | | |
| 5. | _Self - Dev employee_ <br> _Goals + Customer Issues_ | | | | | |

**Overall Evaluation Points** _____

Form # (rev.) 3/99 See Sheet # 35 of the Guidline for Performance Review and Evaluation for Performance Ratings, Performance Grades and Evaluation Points.
P:\FORMS\PN\04 INDIVIDUAL ANNUAL GOALS (SALARY)

Page 1 of 3

01AA000045
18502.0019 Personnel File

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

```
NAN YA PLASTICS CORP.-AM   CA                    Print on  2/08/05
Personnel Action Form - Change        225        Return Before 3/ 1/05
========================= Employee Information ========================
Name :POWELL      CHERYL      H.              Employee ID:  201462
Alias:POWELL, CHERYL, H.
Original Hire Date  :   3/08/99       FPG-USA Hire Date :  3/08/99
Recently Rehire Date:   3/08/99    Affiliate Transfer Date :  0/00/00
========================= New Employee or Present Data ================
                     Present   Data          New  (** must be filled)
--------------------
Effect Date                                       3/1/05 **
Location Name        NAN YA PLASTICS CORP, A NALC    NPCA            NALC
-------------------
Department Name      Q.C. DEPARTMENT OFFICE  6310   QC Dept. Office  6310
                     ----                            ----
Job Code & Title     ADAS ADMINISTRATIVE ASSISTAN   ADAS Admin Asst.
                     ----                            ----
Job Grade/Category   05 Assistant             AT    05 Assistant       AT
                     --                              --
Performance Rating   Merit Increase    3.0  %  PG B   Merit    3.00 %
/Merit Increase %
Promotional/Special  X Prorated Factor 1.0000   Promo. ___ %  Special ___ %
Increase% (If any)                                       ------        ------
Total Increase %     = Prorated Merit    3.0  %  Total  3.00 %
                                         ---           ------
Yearly Base Salary   21,855.00                   22,510.00  $22,511
or Hourly Wage       -------------                  ------
Original Review Date  3/01/05           New Review Date  3/1/06  **
========================= Comments & Information =====================
                     In grade 05,     #####   Merit Increase  #####
                     Min:   20384.00  Compa-Ratio      C   B    A   A+
                     Mid:   27352.00  -------------
                     Max:   30576.00  .80 (<=.79)          3.00 4.00 5.00
                     ---------------  .80 To  .89      2.50 3.50 4.50
                     Compa-Ratio is   .90 To 1.00      2.00 3.00 4.00
                     Curr. salary/Mid 1.01 To 1.09     1.50 2.50 3.50
                     =   .79          1.09 (>=1.10)    1.00 2.00 3.00
========================= Salary  History (up to latest three) ==========
Effect  Loc. Dept  Job   Job  Salary    Perfm.  Incrs%  Incrs%  Incrs%  Incrs%
Date    Code Code  Grade Cat. /Wage     Rating  Merit   Promo.  Speci.  Total
------  ---- ----  ----- ---- --------- ------  ------  ------  ------  ------
3/01/03 NALC 6310  05    AT   21,855.00   B     3.92                    3.92
3/08/02 NALC 6310  05    AT   21,030.00   B     4.00                    4.00
3/08/01 NALC 6310  05    AT   20,221.00   B     3.50    4.00            7.50
========================= Approvals ===================================
1. Supervisor / Department Manager    3. Division Head

Name:                                 Name:

Date:                                 Date:
-----------------------------------   ----------------------------------
2. Plant Manager / Director           4. President Office

Name:                                 Name:

Date:                                 Date:
========================= Personnel/Payroll Only ======================
Emp.Status:A /   Class.:F /  Group:S /  | Pay Schedule Date:   /   /
                                        |
Personnel:                     5/2/05   | Payroll:
```

DEFENDANT'S
EXHIBIT
9

01AA000046
18502.0019 Personnel File

# SALARY EVALUATION FORM

**Employee** _Cheryl Powell_

**Evaluation Date** ___/___/___

**Position** _____

**Hire Date** ___/___/___

**ID #** _____

## PERSONAL PERFORMANCE RATING

| | PART A: FOR ALL EMPLOYEES | Evaluation Points |
|---|---|---|
| 1. | **DEVELOPMENT OF SELF** <br> Degree to which growth and continual improvement is sought. | 7 |
| 2. | **TEAMWORK** <br> Able to work/cooperate with others on an individual or group basis. | 8 |
| 3. | **DILIGENCE AND ETHICS** <br> Earnest and persistent effort to accomplish what is undertaken while adhering to strong ethical principles and working with honesty and integrity in dealing with co-workers and business associates. | 7 |
| 4. | **GOAL SETTING AND ACHIEVEMENT** <br> Able to define and prioritize goals/objectives and to carryout specific courses of action for self and/or others to achieve them. Possesses commitment of time and energy to ensure task/goal achievement. | 7 |
| 5. | **VERSATILITY** <br> Displays multi-functional skills and had the ability to handle different technical tasks. Demonstrates flexibility when working with others. | 6 |
| | **PART B: FOR ALL ASSISTANT SUPERVISORS AND ABOVE POSITIONS** | |
| 6. | **LEADERSHIP** <br> Demonstrates effective leadership through inspiring a shared vision, challenging the process, enabling others to act, modeling the way, and encouraging the heart. | |
| 7. | **DEVELOPMENT OF OTHERS** <br> Effectiveness and thoroughness of managerial efforts to develop the knowledge, skills, abilities and performance of subordinates and others. | |
| | **AVERAGE of PERSONAL PERFORMANCE POINTS** | 35/50 = 70 |

I. **PERSONAL PERFORMANCE RATING [30% weight]**
Average of Evaluation Points (from above) _70_ x .30 = _21.0_

II. **INDIVIDUAL ANNUAL GOALS [70% weight]**
Average of Evaluation Points (from Individual Annual Goals Sheet) _85_ x .70 = _79.5_

III. **RECOMMENDED OVERALL RATING SUMMARY** _80.5_

| Recommended Rating Is: [Circle One] | OUTSTANDING A+ 93 - 100 | EXCEEDS EXPECTATIONS A 85 - 92 | COMPETENT B 70 - 84 | IMPROVEMENT NEEDED C 60 - 69 | NOT ACCEPTABLE D 59 and below |
|---|---|---|---|---|---|
| | | | | | |

FORM: PNF00040

REVISED: 3/2004

01AA000047
18502.0019 Personnel File

# SALARY EVALUATION FORM

**This side must be completed prior to submission and final approval.**

**Immediate Supervisor's Comments:**
_Improving in Areas requested._

**Employee has these particular strengths:**
_Has ability to improve and is accomplishing this._

**Areas for further development or improvement are:**
- _Continue improving Attendance._
- _learn more computer skills, improve speed._

Initial Preparation By _____ Date _2/22/05_
                        (Immediate Supervisor)

**Employee's Comments:**

Employee's Signature _Chris J. Powell_ Date _2/22/05_

**Approving Manager's Comments:**
_Improved._

Approved By _____ Date _2/24/05_

**Send original document to the Personnel Section, along with the Personnel Action Form (PAF) and the employee's Individual Annual Goals.**

- **ATTACH ADDITIONAL SHEET IF MORE SPACE IS REQUIRED**

01AA000048
18502.0019 Personnel File

# INDIVIDUAL ANNUAL GOALS

Employee Name: _Cheryl Pacella_
Employee ID: _2/4462_
Reviewed By: _____

For (Year) _2005_

1. Print one copy of this sheet at the beginning of each calendar year. Review these goals once a quarter.
2. At the time of the annual evaluation make a copy of this form and list the previous years goals to attach to the evaluation form.
3. List Overall Evaluation Points on the copy that is attached to the evaluation.

Employee and Svr/Mgr Initial and Date at each Quarterly Review:

| March | June | September | December |
|-------|------|-----------|----------|
|       |      |           |          |

For Salary Employees (Section Manager and above use Form # PN42)

Overall Evaluation Points _3/4/06 = 85_

| Goal # | (1) Description of Goals/Responsibilities | (2) Performance Expectations: Standards | (3) Target Date | (4) Self-Evaluation: Actual Performance vs. Standards (To be filled out on the copy attached to the evaluation) | (5) Supervisor's Evaluation | Evaluation Points |
|--------|---------------------------------------------|------------------------------------------|-----------------|------------------------------------------------------------------------------------|------------------------------|-------------------|
| 1. | **Safety** Contribute to the beauty and safety of our surroundings. Create a safe and healthy workplace by reporting any preventable accidents. | 1. Communicate to my supervisor when I see a possible hazard for our people or myself. Lead by example. 2. Wear PPE in required work area. 3. Avoid careless actions and speech. | Today | Makes sound decisions. Ex: 1. Prevented slips and falls by winterizing when iced. 2. Supplied employees with PPE. 3. Lead by example, encourages positive attitude. 4. Continually strives to become better. | | $\frac{10}{1}$ |
| 2. | **Housekeeping** Create a clean office/Always organize the work area to keep it safe, and in an orderly fashion, presentable to visitors. | Put away what is not being used. Do what can be done and ask what needs to be done. Do what I say I can. | Today | Improved in cleanliness: 1. Keep computers, file cabinets, desk, and corners cleaned. 2. Insured the office equipment was always working. | | $\frac{8}{1}$ |
| 3. | **Personnel/Payroll** Become aware of changes in lives/Communicate with our people, serve our peoples' needs better. Assist when employees need personal assistance. | 1. Provides an accurate record of time in and out. Knowing the employees' need and providing what is available for them. 2. Always have a caring attitude, helpful | Today | Has excellent persuasive ability: Ex 1. Respect others with dignity. 2. Encourages cooperative action. 3. Dedicated to completing a job. 4. Is stable and patient under pressure. | | $\frac{8}{1}$ |

Form PN041 Rev. 5/99 See Section 6.4 of the Guideline for Performance Review and Evaluation for Performance Ratings, Performance Grades and Evaluation Points.
P:\EDRMS\PN041 INDIVIDUAL ANNUAL GOALS (SALARY)

01AA000049
18502.0019 Personnel File

# INDIVIDUAL ANNUAL GOALS

1. Print one copy of this sheet at the beginning of each calendar year. Review these goals once a quarter.
2. At the time of the annual evaluation make a copy of this form and the previous years goals to attach to the evaluation form.
3. List Overall Evaluation Points on the copy that is attached to the evaluation.

For (Year) _2005_

Employee Name: _Tracy J Border_
Employee ID: _207472.2_

Reviewed By: _____

| | | Today | Efficient. Ex: |
|---|---|---|---|
| 4 | **Data Entry/Reports/Charts** <br> Prepare correctly in time, be efficient/deliver professionally. | 1. Be fast, quick when churting dynafit, denier charts. <br> 2. Be readily available for accessing. <br> 3. Transform idleness into focusing on priority. Become fast. Study the management needs and provide for their successfulness. | 1. Prepares dynafit graphs for POY. Initiated actions to find the correct formula to chart Interface Scans. <br> 2. Performs many tasks Supervisors were responsible for. <br> 3. Focused on meeting deadlines for our inside customers (other departments). <br> 4. Ability to define priorities in the QC department and mastered the job professionally. <br> 5. Demonstrates an ability to overcome internal barriers. | 8 |

Form r p66ct Rev. 6/99 See Section 6.4 of the Guideline for Performance Review and Evaluation for Performance Ratings, Performance Grades and Evaluation Points.
F:\FORMS\PN041 INDIVIDUAL ANNUAL GOALS (SALARY)

Page 2 of 2

01AA000050
18502.0019 Personnel File

# INDIVIDUAL ANNUAL GOALS

1. Print one copy of this sheet at the beginning of each calendar year. Review there goals once a quarter.
2. At the time of the annual evaluation make a copy of this form and the previous years goals to attach to the evaluation form.
3. List Overall Evaluation Points on the copy that is attached to the evaluation.

**For (Year)** 2005

Employee Name: _Christof Pruess_
Employee ID: _____

Employee and Svr/Mgr Initial and Date
at each Quarterly Review

| March | June | September | December | Reviewed By: _____ |
|---|---|---|---|---|

For Salary Employees (Section Manager and above use Form 6 PM2)

(To be filled out on the copy attached to the evaluation)

Overall Evaluation Points _____

| Goal # | (1) Description of Goals/Responsibilities | (2) Performance Expectations; Standards | (3) Target Date | (4) Self-Evaluation; Actual Performance vs. Standards | (5) Supervisor's Evaluation | Evaluation Points |
|---|---|---|---|---|---|---|
| 1. | **Safety**<br>1. Contribute to the beauty and safety of our surroundings.<br>2. Create a safe and healthy workplace by reporting any preventable accidents. | 1. Communicate to my supervisor when I see a possible hazard for our people or myself. Lead by example.<br>2. Wear PPE in required work area.<br>3. Avoid careless actions and speech. | Today | | | |
| 2. | **Housekeeping**<br>1. Create a clean office/Always organize the work area to keep it safe, and in an orderly fashion, presentable to visitors. | Put away what is not being used. Do what can be done and ask what needs to be done. Do what I say I can. | Today | | | |
| 3. | **Personnel/Payroll**<br>Become aware of changes in lives/Communicate with our people, serve our peoples' needs better. Assist when employees need personal assistance. | 1. Provides an accurate record of time in and out. Knowing the employees' need and providing what is available for them.<br>2. Always have a caring attitude, helpful to each employee. | Today | | | |
| 4. | **Data Entry/Reports/Charts**<br>Prepare correctly 1st time, be efficient/Deliver professionally. | 1. Be fast, quick when charting dynafil, denier charts.<br>2. Be readily available for accessing.<br>3. Transform idleness into focusing on priority. Become fast. Study the management needs and provide for their successfulness. | Today | | | |
| 5. | _Self + Dave Improvement_ _Goals + Customer Focus_ | | | | | |

SAMPLE

See Statement of the Guideline for Performance Review and Evaluation for Performance Ratings, Performance Grades and Evaluation Points.

Reserved Rev. 699

P:\FORMS\PN04 INDIVIDUAL ANNUAL GOALS (SALARY)

Page 1 of 3

01AA000045
18502.0019 Personnel File

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

```
NAN YA PLASTICS CORP.-AMI   CA              Print on  3/13/06
Personnel Action Form - Change    220       Return Before 3/ 1/06
=============================== Employee Information ===============================
Name :POWELL    CHERYL                       Employee ID:  201462
Alias:POWELL,CHERYL,H.           H.
Original Hire Date  :   3/08/99             USA Hire Date :  3/08/99
Recently Rehire Date:   3/08/99    Affiliate Transfer Date:  0/00/00
=====================  New Employee or Present Data  =====================
                        Present  Data           New  (** must be filled)
---------------------  ---------------------   ------------------------
Effect Date                                     3/1/06 **
Location Name          NAN YA PLASTICS CORP, A NALC   nalc
                       ---------------------
Department Name        Q.C. DEPARTMENT OFFICE  6310   QC Dept Office 6310
                       ---------------------
Job Code & Title       ADAS ADMINISTRATIVE ASSISTAN   ADAS Admin Asst.
                       ---------------------
Job Grade/Category     05 Assistant        AT   05 Asst.          AT
                       ---------------------
Performance Rating     Merit Increase  2.50 %  PG B   Merit 2.5 %
 /Merit Increase %
Promotional/Special    X Prorated Factor 1.0000   Promo.  % Special  %
 Increase% (If any)
Total Increase %       = Prprated Merit  2.50 %  Total  2.50 %
                       ---------------------
Yearly Base Salary     22,511.00                 23,074
 or Hourly Wage        ---------------------
Original Review date   3/01/06       New Review Date  3/1/07 **
===========================  Comments & Information  ===========================
                         In grade 05,    ###### Merit Increase    ######
                         Min:  20384.00  Compa-Ratio   C   B    A    A+
                         Mid:  27352.00  ---------   ---- ---- ---- ----
                         Max:  30576.00  .80 (<=.79)       3.00 4.00 5.00
                         ---------       .80 To  .89       2.50 3.50 4.50
                         Compa-Ratio is  .90 To 1.00       2.00 3.00 4.00
                         Curr. salary/Mid 1.01 To 1.09      1.50 2.50 3.50
                         =  .82          1.09(>=1.10)       1.00 2.00 3.00
==================  Salary  History (up to latest three) ==================
Effect   Loc. Dept  Job  Job  Salary    Perfm.  Incrs%  Incrs%  Incrs%  Incrs%
Date     Code Code  Grade Cat.  /Wage   Rating  Merit   Promo.  Speci.  Total
------   ---- ----  ----- ----  ------  ------  ------  ------  ------  ------
3/01/05 NALC 6310   05    AT   22,511.00  B     3.00                    3.00
3/01/03 NALC 6310   05    AT   21,855.00  B     3.92                    3.92
3/08/02 NALC 6310   05    AT   21,030.00  B     4.00                    4.00
==========================  Approvals  ==========================
1. Supervisor / Department Manager   3. Division Head

Name:                                Name:

Date:                5/21/06         Date:
2. Plant Manager / Director          4. President Office

Name:                                Name:

Date:                                Date:
==================== Personnel/Payroll Only ====================
Emp.Status:A /  Class.:F /   Group:S /  | Pay Schedule Date:   /  /

Personnel:              5/30/06      | Payroll:
```

DEFENDANT'S
EXHIBIT
10

01AA000001
18502.0019 Personnel File

# SALARY EVALUATION FORM

**Employee** _Cheryl Powell_

**Position** _Admin Asst._

**ID #** _____

**Evaluation Date** ___/___/___

**Hire Date** ___/___/___

## PERSONAL PERFORMANCE RATING

| • | PART A:  FOR ALL EMPLOYEES | Evaluation Points |
|---|---|---|
| 1. | **DEVELOPMENT OF SELF** Degree to which growth and continual improvement is sought. | 7 |
| 2. | **TEAMWORK** Able to work/cooperate with others on an individual or group basis. | 8 |
| 3. | **DILIGENCE AND ETHICS** Earnest and persistent effort to accomplish what is undertaken while adhering to strong ethical principles and working with honesty and integrity in dealing with co-workers and business associates. | 8 |
| 4. | **GOAL SETTING AND ACHIEVEMENT** Able to define and prioritize goals/objectives and to carryout specific courses of action for self and/or others to achieve them.  Possesses commitment of time and energy to ensure task/goal achievement. | 8 |
| 5. | **VERSATILITY** Displays multi-functional skills and had the ability to handle different technical tasks. Demonstrates flexibility when working with others. | 7 |
| • | **PART B:  FOR ALL ASSISTANT SUPERVISORS AND ABOVE POSITIONS** | |
| 6. | **LEADERSHIP** Demonstrates effective leadership through inspiring a shared vision, challenging the process, enabling others to act, modeling the way, and encouraging the heart. | |
| 7. | **DEVELOPMENT OF OTHERS** Effectiveness and thoroughness of managerial efforts to develop the knowledge, skills, abilities and performance of subordinates and others. | |
| | **AVERAGE of PERSONAL PERFORMANCE POINTS** | 76 |

**I. PERSONAL PERFORMANCE RATING [30% weight]**
Average of Evaluation Points (from above) _76_ x .30 = _22.8_

**II. INDIVIDUAL ANNUAL GOALS [70% weight]**
Average of Evaluation Points (from Individual Annual Goals Sheet) _80_ x .70 = _56.0_

**III. RECOMMENDED OVERALL RATING  SUMMARY**  _78.8_

| Recommended Rating Is: [Circle One] | OUTSTANDING A+ 93 - 100 | EXCEEDS EXPECTATIONS A 85 - 92 | COMPETENT B 70 - 84 | IMPROVEMENT NEEDED C 60 - 69 | NOT ACCEPTABLE D 59 and below |
|---|---|---|---|---|---|

FORM: PNF00040

REVISED: 3/2004

01AA000002
18502.0019 Personnel File

*Cheryl Powell*

## SALARY EVALUATION FORM

**This side must be completed prior to submission and final approval.**

**Immediate Supervisor's Comments:**
Cheryl has improved on the previous issues.

**Employee has these particular strengths:**
- Office housekeeping
- Courteous phone skills.

**Areas for further development or improvement are:**
- Technical abilities with reports, charts, etc.

Initial Preparation By _____ Date 3/17/06
(Immediate Supervisor)

**Employee's Comments:**

Employee's Signature *Cheryl Powell* Date 3/27/06

**Approving Manager's Comments:**

Approved By_____ Date __/__/__

Send original document to the Personnel Section, along with the Personnel Action Form (PAF) and the employee's Individual Annual Goals.

- **ATTACH ADDITIONAL SHEET IF MORE SPACE IS REQUIRED**

FORM: PNF00040                    REVISED: 3/2004

01AA000003
18502.0019 Personnel File

# INDIVIDUAL ANNUAL GOALS

1. Print one copy of this sheet at the beginning of each calendar year. Review these goals once a quarter.
2. At the time of the annual evaluation make a copy of this form and the previous years goals to attach to the evaluation form
3. List Overall Evaluation Points on the copy that is attached to the evaluation.

**For (Year)** _2006_

Employee Name: _____

Employee ID: _201462_

Reviewed By: _D. TRAMMEL_

| Employee and Svr/Mgr Initial and Date at each Quarterly Review | March | June | September | December |
|---|---|---|---|---|

**Overall Evaluation Points** _88_

For Salary Employees (Section Manager and above use Form #: PN42)    (To be filled out on the copy attached to the evaluation)

| Goal # | (1) Description of Goals/Responsibilities | (2) Performance Expectations; Standards | (3) Target Date | (4) Self-Evaluation: Actual Performance vs. Standards | (5) Supervisor's Evaluation | Evaluation Points |
|---|---|---|---|---|---|---|
| 1. | **Safety**- My goal is to stay focused on keeping our office equipment operational and mention to upper management where there are potential safety hazards. | 1. Monitor the performance of our equipment. 2. Communicate to management of what I think needs addressed pertaining to the safety of our people. | Daily | Made sound decisions: 1. Ordered supplies/repair calls 2. Suggested Utilities fix A/C 3. Contributed to organization of our office and installing floor electrical cable covers. 4. Encouraging Assistant Supervisors to train employees on the monthly safety topics. | Good. Always promote Safety. | 9 |
| 2. | **Housekeeping**- My goal is to create a pleasant, clean, and organized workplace. Become better disciplined at cleaning. | 1. Seek opportunity to better organize. 2. Clean and put everything I know of in its place. | Daily | 1. Start the day with an evaluation of our office equipment and provide for the necessary needs of the day. | Good. | 9 |
| 3. | **Personnel/Payroll** My goals are to provide accurate information to Personnel so our people will be paid for their work done. | 1. Being aware of when our people will be on vacation and have them to sign their A/V. | Daily | 1. Supported our people with reminders of importance to keep up with their hours of vacation left. | Need more detailed attention. Watch for errors. | 7 |

Form: PNF00041 Revised 5/2005  See Section 6.4 of the Guideline for Performance Review and Evaluation for Performance Ratings, Performance Grades and Evaluation Points.

Page 1 of 2

01AA000004
18502.0019 Personnel File

# INDIVIDUAL ANNUAL GOALS

1. Print one copy of this sheet at the beginning of each calendar year. Review these goals once a quarter.
2. At the time of the annual evaluation make a copy of this form and the previous years goals to attach to the evaluation form
3. List Overall Evaluation Points on the copy that is attached to the evaluation.

## For (Year) _2006_

Employee Name: _Cheryl H. Powell_

Employee ID: _201462_

Reviewed By: _D. Immel_

| | Data | Daily | |
|---|---|---|---|
| 4. | **Entry/Report/Charts** <br> My goals are to: <br> 1. Get ready, set, go <br> 2. Provide manager with the most updated results I can. <br> 3. Prepare graphs accurately the first time. <br> 4. Eliminate idleness. | Review shift log report daily. <br> Report the results immediately. <br> Provide support to management. <br> Become less outspoken about personal issues. | Demonstrated management abilities by filling in when there are no supervisors. | — Need to expand abilities and efficiency in these areas. |
| 5. | | | | |
| 6. | | | | |

Form: PNF00041 Revised 5/2005  See Section 6.4 of the Guideline for Performance Review and Evaluation for Performance Ratings, Performance Grades and Evaluation Points.

Page 2 of 2

01AA000005
18502.0019 Personnel File



**NAN YA PLASTICS CORPORATION, AMERICA**
**SOUTH CAROLINA PLANT**
140 EAST BEULAH ROAD, LAKE CITY, S.C. 29560
TEL: 843-389-7800   FAX: 843-389-6897

TO:        Cheryl Powell
FROM:    David Trammel
DATE:     2/21/07
SUBJECT: Warning

    In the past years, we have discussed attendance issues with you and you have received various disciplinary actions. After a period of correction on your part, we are again observing tardiness.

    On 2/15/07 you were observed by Mr. Steve Page being 5 minutes late to work. On 2/20/07, the QC Director observed that you were late to work by 4 minutes. These occurrences warrant a Written Warning because you are a representative of our office management team. You should be an example of good attendance practices and not the exception to them.

    The following is a list of corrective actions that must be adhered to in order to avoid further serious disciplinary actions:

**Corrective Action Plan**

1. Do not be late to work or from lunch break.
2. Take appropriate breaks according to policy.
3. Do not miss excessive amounts of time from work.
4. Follow all policies and guidelines in QC in order to set a professional example for others.

I will correct the problem listed above without delay.

_____
Cheryl Powell

DEFENDANT'S EXHIBIT ___11___

SCANNED

Because of the "laid" atmosphere in the office I didn't think 5-4 minutes would really impair my job work habits. I will try to become more professional as the other upper management. I know I'm to be at my desk @ 7:55 but I missed + didn't call in for 2 days. It's been a mad rush →

at work. Lots of management on" & I'm late
for 2 days. Years past I disputed my
tardiness, because false allegations.

Thank you.
Chris Powell 2/21/07

01AA000085
18502.0019 Personnel File

Employee ID #: 201462

# Letter of Counseling
## NPCA – SC

Sect./Dept.: QC Department

Date: March 1, 2007

From: David Trammel

To: Cheryl Powell

Re: Tardiness

    We have spoken to you on several occasions regarding the importance of punctuality and we have stressed this same issue in your evaluations. On 9/15/04 you received a Letter of Counseling because of poor performance including arriving late and leaving early. At that time your were told, "Any further problems, including attendance, will result in further disciplinary action, up to and including termination." Last week on 2/21/07 we warned you again about a growing problem with tardiness. In our discussion, you clearly indicated that you did not think that punctuality was very important. *(vs management's un professional action in the office for more than 1/2 hour.)*

    We are very disappointed that one week after our meeting, you were late again coming back from lunch on 2/28/07. We are giving you this Letter of Counseling to stress to you that this pattern of behavior is not acceptable and will not be tolerated.

    While we want you to be successful here, it is important that you demonstrate that you are willing to meet our expectations. Again be advised that additional problems, including attendance, may result in further disciplinary action, up to and including termination.

*[signature]*

David Trammel

**DEFENDANT'S EXHIBIT**
12

---

I have read and understand this letter.

*[signature]*

Cheryl Powell

① Being late comes from deciding to go by Personnel, ② water. The closer it gets to evaluations it seems that tardiness becomes an issue. I expect to be evaluated on quality of work, not just time of a minute or 2 late. This seems to be a problem with 1 person- ality or trying to get rid of me because of upper management request! This is a problem I have w/ management!

01AA000083
18502.0019 Personnel File