# WITNESS STATEMENT OF ANNY TSAI

PERSONALLY APPEARED, Anny Tsai, who, being duly sworn, stated as follows:

1. My name is Anny Tsai. I currently reside in Lake City, South Carolina.

2. I am a Senior Account Manager in the Sales Department at Nan Ya Plastics Corporation, America, in Lake City, South Carolina.

3. As a Senior Account Manager, I am not usually involved in personnel issues.

4. In the spring of 2007, I was approached by Eric Stevenson, currently the Assistant Director and Personnel Manager.

5. Mr. Stevenson informed me that Cheryl Powell, an employee at Nan Ya, requested that a female be present in a meeting.

6. I met with Ms. Powell, Eric Stevenson, and Christian Mann, who was Nan Ya's Personnel Supervisor at that time.

7. In the meeting with Ms. Powell, Mr. Stevenson, and Mr. Mann, I listened to the conversation. I did not talk and I did not ask any questions.

8. Ms. Powell stated that the male employees in her office made unprofessional comments.

9. Ms. Powell stated that she overheard the male employees in her office make comments about other employees being "under the desks" of supervisors.

10. Ms. Powell stated that no comments were ever directly made toward her, but repeated over and over that she heard male employees make these comments and that it was unprofessional behavior.

11. Eric Stevenson asked Ms. Powell explicitly if she felt the comments were sexually harassing toward her or if she was being sexually harassed, and Ms. Powell stated, "No." Ms. Powell told Eric that she simply felt the comments were unprofessional.

12. Ms. Powell did not give the names of any particular employees as having made these comments.

13. Because Ms. Powell did not give names of any employees, Mr. Stevenson listed names of various employees and asked if each employee he named was making the unprofessional comments.

14. During the entire meeting, Ms. Powell never used the word *harass* or *sexually harassed*. She always used the words *unprofessional* conduct or behavior.

15. Mr. Stevenson was very clear in asking Ms. Powell if she was being harassed, and Ms. Powell stated, "No."

16. Ms. Powell did not allege that anyone had touched her inappropriately, directed any inappropriate comments toward her, or asked her to participate in any sexual activities.

17. I had no other involvement in this meeting, and Ms. Powell never talked to me about the meeting.

18. I did not know what happened after the meeting.

Pursuant to 28 U.S.C. § 1746, I declare under penalty and perjury that the foregoing is true and correct.

_____
Anny Tsai

Dated this 17 day of May, 2009.